# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2026-1193

**Short Case Caption:** Shamoon v. City of San Antonio

**Filing Party** City of San Antonio, aka CPS Energy, City Service Board of San Antonio, dba CPS Energy

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Whether the district court correctly granted Defendant City of San Antonio's motion to dismiss Plaintiff Shamoon's second amended complaint and correctly denied Shamoon's motion to alter or amend the district court's judgment on the motion to dismiss.

Relief awarded below (if damages, specify):   ☐ None/Not Applicable

Judgement in favor of Defendant City of San Antonio aka CPS Energy, City Service Board of San Antonio, dba CPS Energy dismissing with prejudice all claims by Plaintiff Charles Shamoon and Ubiquitous Connectivity, LP.

Briefly describe the judgment/order appealed from:

The district court entered final judgment on April 30, 2025, and denied Plaintiff Charles Shamoon and Ubiquitous Connectivity, LP's motion to alter or amend the judgment on October 14, 2025.

| Nature of Judgment (select one:) | Date of Judgment: |
|---|---|
| ☒ Final Judgment, 28 USC § 1295<br>☐ Rule 54(b)<br>☐ Interlocutory Order (specify type) _____<br>☐ Other (explain) _____ | |

Date: 12/05/2025

Signature: Kirk T. Bradley  Digitally signed by Kirk T. Bradley Date: 2025.12.05 10:30:45 -05'00'

Name: Kirk T. Bradley