NO. 26-1193

| APPENDIX VOLUME III |
| --- |
| **Appendix 01401 - 001646** |

IN THE IN THE UNITED STATES
COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CHARLES SHAMOON, SR. AND UBIQUITOUS CONNECTIVITY, LP
*Appellants,*

v.

CITY OF SAN ANTONIO, AKA CPS ENERGY, CITY SERVICE BOARD OF SAN ANTONIO,
DBA CPS ENERGY,
*Appellee.*

Appeal from the United States District Court
for the Western District of Texas

**PRINCIPAL BRIEF OF APPELLANTS CHARLES SHAMOON, SR. AND
UBIQUITOUS CONNECTIVITY LP**

Steven N. Williams
Texas Bar No. 21577625
swilliams@munsch.com
Randall W. Miller
Texas Bar No. 24092838
rwmiller@munsch.com
Emily C. Means
Texas Bar No. 24137036
emeans@munsch.com

MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, TX 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

Dated: January 20, 2026.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/Steven N. Williams*
    Steven N. Williams
    Randall W. Miller
    Emily C. Means
    Munsch Hardt Kopf & Harr, P.C.
    500 N. Akard Street, Suite 40000
    Dallas, Texas 75201
    Telephone: (214) 855-7500


**COUNSEL FOR CHARLES SHAMOON, SR. AND UBIQUITOUS CONNECTIVITY, LP**

| Tab | Document | Original Docket Number | Appendix Page No. |
|---|---|---|---|
| | APPENDIX - VOLUME I | | |
| 1 | 2025-04-30 - Order Granting Motion to Dismiss | 98 | Appx00001 - Appx00013 |
| 2 | 2025-04-30 - Final Judgment | 99 | Appx00014 |
| 3 | 2025-10-14 - Order Denying Rule 59 Motion | 111 | Appx00015 - Appx00018 |
| 4 | 2026-01-19 - Docket Sheet | | Appx00019 - Appx00035 |
| 5 | 2018-07-12 - Plaintiff's Original Complaint | 1 | Appx00036 - Appx00139 |
| 6 | 2024-09-05 - Plaintiff's Second Amended Complaint | 89 | Appx00140 - Appx00169 |
| 7 | 2024-10-21 - Defendant's Motion to Dismiss | 91 | Appx00170 - Appx00514 |
| 8 | 2024-12-04 - Plaintiff's Opposition to Motion to Dismiss | 93 | Appx00515 - Appx00531 |
| 9 | 2024-12-11 - Defendant's Reply in Support of Motion to Dismiss | 94 | Appx00532 - Appx00548 |
| 10 | 2024-12-23 - Plaintiff's Sur-Reply in opposition to Motion to Dismiss | 96 | Appx00549 - Appx00554 |
| 11 | 2025-05-28 - Plaintiff's Rule 59 Motion | 102 | Appx00555 - Appx00570 |
| 12 | 2025-06-11 - Defendant's Opposition to Pltf Rule 59 Motion | 106 | Appx00571 - Appx00658 |
| 13 | 2025-06-25 - Plaintiff's Reply in support of Rule 59 Motion | 108 | Appx00659 - Appx00664 |
| 14 | 2025-11-10 - Plaintiff's Notice of Appeal | 114 | Appx00665 - Appx00666 |
| 15 | 2017-03-21 - US Patent 9,602,655 B2 | | Appx00667 - Appx00680 |
| | APPENDIX - VOLUME II AND III | | |
| 16 | US Patent 9,602,655 B2 - Prosecution History | | Appx00681 - Appx01646 |

Application/Control Number: 13/271,203                                    Page 3
Art Unit: 2641

rejection if the prior art relied upon, and the rationale supporting the rejection, would be

the same under either status.

4.      The following is a quotation of the appropriate paragraphs of pre-AIA 35 U.S.C.

102 that form the basis for the rejections under this section made in this Office action:

> (e) the invention was described in a patent granted on an application for patent by another
> filed in the United States before the invention thereof by the applicant for patent, or on an
> international application by another who has fulfilled the requirements of paragraphs (1), (2),
> and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

The changes made to 35 U.S.C. 102(e) by the American Inventors Protection Act

of 1999 (AIPA) and the Intellectual Property and High Technology Technical

Amendments Act of 2002 do not apply when the reference is a U.S. patent resulting

directly or indirectly from an international application filed before November 29, 2000.

Therefore, the prior art date of the reference is determined under 35 U.S.C. 102(e) prior

to the amendment by the AIPA (**pre-AIPA** 35 U.S.C. 102(e)).

5.      Claims 8, 12, 16, and 17 and 23 are rejected under pre-AIA 35 U.S.C. 102(b) as

being anticipated by Kates (US PGPub 2005/0275530 A1).

Regarding claims 8, 23 and 24, Kates teaches a base unit ("repeater unit",

[0013]) configured to communicate  with an environmental device ("wireless sensor",

[0013]) and to communicate with a master remote unit having wireless connectivity

("base unit", [0013]), the base unit comprising: a first communication interface

configured to receive environmental information from the environmental device ("the

sensor information is relayed through the repeater units", also see "emergency condition

(e.g., a fire or excess smoke, temperature, water", [0013], also see Fig. 1, wherein the

Application/Control Number: 13/271,203                                    Page 4
Art Unit: 2641

environmental information collected by the sensor is relayed through the repeater unit

before arriving at the remote master unit/"base unit" and the repeater unit is the

intermediary node between the environmental device and the remote master unit) and

to send a control instruction to the environmental device ("the base unit sends

instructions to activate one or more additional sensors near the first sensor", [0013]); a

wireless communication interface configured to send a first message to the master

remote unit via a communications network ([0013], lines 1-3 wherein the first

message/"measured sensor data" is sent to the master remote unit/"base unit") and to

receive a second message from the master remote unit via the communications network

("base unit sends instructions to activate one or more additional sensors near the first

sensor", [0013]), wherein the first message is a first digital communications message

including a representation of the environmental information ("emergency condition (e.g.,

a fire or excess smoke, temperature, water", [0013]), and wherein the second message

is a second digital communications message including a command to the environmental

device ([0074], and [0083]); and a microcontroller ("controller 303", [0054]) configured to

process the second message and to send the control instruction based on the

command via the first communication interface to the environmental device ("base unit

sends instructions to activate one or more additional sensors near the first sensor",

[0013], and to further clarify, see [0065], wherein the base unit/"repeater unit 111"

repeats the second message that is the control instruction/"operation control"

information between the remote master device/"base unit" and the environmental

device/"sensor unit".  Note that the first message indicates measured sensor data).

Application/Control Number: 13/271,203                                    Page 5
Art Unit: 2641

Regarding claim 12, Kates further teaches the method wherein the command

regards entering an energy conservation mode, and wherein the energy conservation

mode is associated with multiple environmental devices ([0033], lines 1-3).

Regarding claim 16, Kates further teaches the method wherein the

communication network includes a data bearer service ("Internet and/or local area

network 124", [0029]).

Regarding claim 17, Kates further teaches the base unit of claim 8, wherein the

remote unit is a mobile remote unit ("cellular telephone 123", [0029]).


### *Claim Rejections - 35 USC § 103*

6.      In the event the determination of the status of the application as subject to AIA 35

U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any

correction of the statutory basis for the rejection will not be considered a new ground of

rejection if the prior art relied upon, and the rationale supporting the rejection, would be

the same under either status.

7.      The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis

6for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described
> as set forth in section 102 of this title, if the differences between the subject matter sought to
> be patented and the prior art are such that the subject matter as a whole would have been
> obvious at the time the invention was made to a person having ordinary skill in the art to which
> said subject matter pertains. Patentability shall not be negatived by the manner in which the
> invention was made.

8.      Claim 10 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over

Kates (US PGPub 2005/0275530 A1) in view of Oh (US Pat 7565106 B1).

Application/Control Number: 13/271,203                                    Page 6
Art Unit: 2641

Regarding claim 10, Kates teaches the base unit as discussed in claim 8. However, Kates lacks the teaching wherein the communications network is a cellular communications network.

In the same field of endeavor, Oh (abstract) teaches the base unit ("wireless repeater", col. 3, lines 37-38) wherein the communications network is a cellular communications network ("cellular base station", col. 3, line 40, also see "cellular receiver", col. 4, line 19).

It would have been obvious for one having ordinary skill in the art at the time of the invention to modify the teachings of Oh in order to provide ubiquitous communication for the client.


9.    Claim 13 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Kates (US PGPub 2005/0275530 A1) in view of Shamoon (US PGPub 2003/0034898 A1).

Regarding claim 13, Kates teaches the base unit as discussed in claim 12. However, Kates lacks the teaching wherein the command is associated with an icon on the remote unit.

In the same field of endeavor, Shamoon teaches the base unit wherein the command is associated with an icon on the remote unit ([0019], [0043]).

It would have been obvious for one having ordinary skill in the art at the time of the invention to modify the teachings of Shamoon in order to provide visual configuration for remote devices.

10.    Claimd 14 and 18 and 20 are rejected under pre-AIA 35 U.S.C. 103(a) as being

unpatentable over Kates (US PGPub 2005/0275530 A1) in view of Meada (US PGPub

2001/0048376 A1).

Regarding claim 14, Kate teaches the base unit as discussed in claim 8.

However, Kates lacks the teaching wherein the control instruction is configured to adjust

a temperature of a water heater.

In the same field of endeavor, Meada teaches the base unit wherein the control

instruction is configured to adjust a temperature of a water heater ([0027]).

It would have been obvious for one having ordinary skill in the art at the time of

the invention to modify the teachings of Meada in order to provide consumer value

added service.

Regarding claim 18, Kate teaches the base unit as discussed in claim 8.

However, Kates lacks the teaching wherein the control instruction includes an

environmental control instruction; and wherein the command includes an environmental

command.

In the same field endeavor, Meada teaches the base unit wherein the control

instruction includes an environmental control instruction; and wherein the command

includes an environmental command ([0027]).

It would have been obvious for one having ordinary skill in the art at the time of

the invention to modify the teachings of Meada in order to provide consumer value

added service.

Regarding claim 20, Kates further teaches the base unit wherein the communications network includes a data bearer service ("Internet and/or local area network 124", [0029]); wherein the remote unit is a mobile remote unit ("cellular telephone 123", [0029]); wherein the control instruction includes an environmental control instruction ([0013], lines 1-3).

However, Kates lacks the teaching wherein the command includes an environmental command.

In the same field of endeavor, Meada teaches wherein the command includes an environmental command ([0027]).

It would have been obvious for one having ordinary skill in the art at the time of the invention to modify the teachings of Meada in order to provide consumer value added service.

10.    Claim 15 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Kates (US PGPub 2005/0275530 A1) in view of Naidoo (US PGPub 2004/0086090 A1).

Regarding claim 15, Kate teaches the method as discussed in claim 8.  However, Kates lacks the teaching wherein the control instruction is configured to adjust an air handling system.

In the same field of endeavor, Naidoo teaches the method wherein the control instruction is configured to adjust an air handling system ([0090]).

It would have been obvious for one having ordinary skill in the art at the time of the invention to modify the teachings of Naidoo in order to provide consumer value added service.

Application/Control Number: 13/271,203                                    Page 9
Art Unit: 2641

11.    Claims 19, 21, and 22 are rejected under pre-AIA 35 U.S.C. 103(a) as being

unpatentable over Kates (US PGPub 2005/0275530 A1) in view of Bailey (US PGPub

2005/0107924 A1).

Regarding claims 19 and 21, Kate teaches the base unit as discussed in claim 8.

However, Kates lacks the teaching wherein the second message includes an energy

conservation command associated with multiple environmental devices.

In the same field of endeavor, Bailey teaches the base unit wherein the second

message includes an energy conservation command associated with multiple

environmental devices (claim 4).

It would have been obvious for one having ordinary skill in the art at the time of

the invention to modify the teachings of Beiley in order to optimize the battery life for the

end equipments.

Regarding claim 22, Kate teaches the base unit as discussed in claim 20.

However, Kates lacks the explicit teaching wherein the microcontroller is configured to

process the environmental information into the representation and to process the

command into the control instruction.

In the same field of endeavor, Beiley teaches the base unit wherein the

microcontroller is configured to process the environmental information into the

representation ("decode", [0010], [0021]) and to process the command into the control

instruction (claim 1).

Application/Control Number: 13/271,203                                    Page 10
Art Unit: 2641

It would have been obvious for one having ordinary skill in the art at the time of

the invention to modify the teachings of Beiley in order to optimize the battery life for the

end equipments.


### *Allowable Subject Matter*

12.    Claim 11 is allowed.


### *Conclusion*

13.    Applicant's amendment necessitated the new ground(s) of rejection presented in

this Office action.  Accordingly, **THIS ACTION IS MADE FINAL**.  See MPEP

§ 706.07(a).  Applicant is reminded of the extension of time policy as set forth in 37

CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action.  In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the date of this final action.

Application/Control Number: 13/271,203                                    Page 11
Art Unit: 2641

    If attempts to reach the examiner by telephone are unsuccessful, the

examiner's supervisor, Charles Appiah, can be reached on (571)272-7904. The

fax phone number for the organization where this application or proceeding is

assigned is 571-273-8300.


    Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

    If you would like assistance from a USPTO Customer Service Representative or

access to the automated information system, call 800-786-9199 (IN USA OR CANADA)

or 571-272-1000.



/XIANG ZHANG/
Patent Examiner, Art Unit 2641



/OLUMIDE T AJIBADE AKONAI/

Primary Examiner, Art Unit 2641

| | | | | Application/Control No. | | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|---|---|---|
| **Notice of References Cited** | | | | 13/271,203 | | SHAMOON ET AL. |
| | | | | Examiner | | Art Unit | |
| | | | | EDWARD ZHANG | | 2641 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2001/0048376 A1 | 12-2001 | Maeda et al. | 340/870.17 |
| * | B | US-2003/0034898 A1 | 02-2003 | Shamoon et al. | 340/825.72 |
| * | C | US-2004/0086090 A1 | 05-2004 | Naidoo et al. | 379/037 |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)          **Notice of References Cited**          Part of Paper No. 20140820

| **Index of Claims** | Application/Control No.  13271203 | Applicant(s)/Patent Under Reexamination  SHAMOON ET AL. |
|---|---|---|
| | Examiner  EDWARD ZHANG | Art Unit  2641 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 02/01/2013 | 11/08/2013 | 03/13/2014 | 08/20/2014 | | | | | |
| | 1 | ✓ | | | | | | | | |
| | 2 | ✓ | | | | | | | | |
| | 3 | ✓ | | | | | | | | |
| | 4 | ✓ | | | | | | | | |
| | 5 | ✓ | | | | | | | | |
| | 6 | ✓ | | | | | | | | |
| | 7 | ✓ | | | | | | | | |
| | 8 | | ✓ | ✓ | ✓ | | | | | |
| | 9 | | ✓ | O | - | | | | | |
| | 10 | | ✓ | ✓ | | | | | | |
| | 11 | | | | = | | | | | |
| | 12 | | | | ✓ | | | | | |
| | 13 | | | | ✓ | | | | | |
| | 14 | | | | ✓ | | | | | |
| | 15 | | | | ✓ | | | | | |
| | 16 | | | | ✓ | | | | | |
| | 17 | | | | ✓ | | | | | |
| | 18 | | | | ✓ | | | | | |
| | 19 | | | | ✓ | | | | | |
| | 20 | | | | ✓ | | | | | |
| | 21 | | | | ✓ | | | | | |
| | 22 | | | | ✓ | | | | | |
| | 23 | | | | ✓ | | | | | |
| | 24 | | | | ✓ | | | | | |

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 8 | ("455".clas. "340".clas.) and ((adjust$3 increas$4 decreas$4) near3 temperature near6 (thermostate heater "air conditioner") with remote$3 with (config$6 control$4)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 14:50 |
| L2 | 18 | ("455".clas. "340".clas. "709".clas.) and ((adjust$3 increas$4 decreas$4) near6 (thermostate heater "air conditioner") with remote$3 with (config$6 control$4)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 14:51 |
| L3 | 6 | 2 and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 14:51 |
| L4 | 381 | ("455".clas. "340".clas. "709".clas.) and ((adjust$3 shut$4 activat$4 control$4) near6 (venti$6 vent fan$1) with remote$3 ) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 14:56 |
| L5 | 58 | ("455".clas. "340".clas. "709".clas.) and ((adjust$3 shut$4 activat$4 control$4) near6 (venti$6 vent fan$1) with remote$3 ) and automation | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 14:56 |
| L6 | 21 | 5 and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 14:57 |
| L7 | 1 | "13271203" and bearer | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:00 |
| L8 | 3 | "20050275530" and (telecommunication cellular cell) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:01 |
| L9 | 2 | "20050275530" and network | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:02 |
| L10 | 17 | ("455".clas. "340".clas. "709".clas.) and automation and ((conserv$4) with (energy power battery) near6 (control$4 command) with remot$4) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:11 |

**Appx01412**

| L11 | 4 | 10 and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:11 |
|---|---|---|---|---|---|---|
| L12 | 43 | ("455".clas. "340".clas. "709".clas.) and automation and ((conserv$4 minim$6 shut$4 ) with (energy power battery) near6 (control$4 command) with remot$4) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:12 |
| L13 | 11 | 12 and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:13 |
| L14 | 10 | automation and ((conserv$4 minim$6 shut$4 ) with (energy power battery) with control$4 with command with remot$4) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:16 |
| L15 | 26 | automation and ((conserv$4 minim$6 shut$4 ) with (energy power battery) with control$4 with command same remot$4) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:16 |
| L16 | 4 | 15 and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:16 |
| L17 | 164 | automation and ((conserv$4 minim$6 shut$4 ) with (energy power battery) with control$4 with command) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:17 |
| L18 | 38 | 17 and (remot$6 near4 (command control$4 configu$6)) and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:17 |
| L19 | 3222 | ((conserv$4 minim$6 shut$4 ) with (energy power battery) with control$4 with command) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:20 |
| L20 | 276 | 19 and (remot$6 near4 (command control$4 configu$6)) and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:21 |
| L21 | 276 | 20 and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:21 |
| L22 | 169 | 21 and (thermostate heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation lights lighting$) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:22 |

**Appx01413**

| L23 | 0 | "20050275530" and (encod$4 decod$4) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:41 |
| L24 | 3 | "20090280817" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:43 |
| L25 | 3 | "20050275530" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 15:57 |
| L26 | 8 | "20010048376" "20040086090" "20050107924" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 16:06 |
| L27 | 3 | 26 and (encod$4 decod$4) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 16:06 |
| L28 | 11 | "20050275530" 26 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 16:14 |
| L29 | 0 | 28 and (icon shortcut) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 16:14 |
| L30 | 1 | ("455".clas. "340".clas. "709".clas.) and automation and (controller same (server repeater) same icon with (control$4 command) with remot$4) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 16:15 |
| L31 | 7 | ("455".clas. "340".clas. "709".clas.) and automation and (controller same (server repeater) same icon same (control$4 command) same remot$4) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 16:15 |
| L32 | 10 | ("455".clas. "340".clas. "709".clas.) and automation and (controller same (server repeater) same menu same (control$4 command) same remot$4) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 16:16 |
| L33 | 209 | ("455".clas. "340".clas. "709".clas.) and automation and (icon same (control$4 command) same remot$4) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 16:16 |
| L34 | 284 | ("455".clas. "340".clas. "709".clas.) and automation and (icons same (control$4 command) same remot$4) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2014/08/20 16:16 |

**Appx01414**

| L35 | 107 | 34 and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 16:16 |
|-----|-----|------------------------|-------|-----|-----|------------------|
| L36 | 89 | ("455".clas. "340".clas. "709".clas.) and automation and (icon$1 with (control$4 command) with remot$4) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2014/08/20 16:18 |
| L37 | 970907 | "37" and (thermostate heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation lights lighting$) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 16:18 |
| L38 | 55 | 36 and (thermostate heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation lights lighting$) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 16:18 |
| L39 | 21 | 38 and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/08/20 16:18 |

**EAST Search History (Interference)**

< This search history is empty>

**8/20/2014 4:28:27 PM**
**C:\ Users\ xzhang\ Documents\ EAST\ Workspaces\ 13271203.wsp**

**Appx01415**

file:///C/Users/xzhang/Documents/e-Red%20Folder/13271203/EASTSearchHistory.13271203_AccessibleVersion.htm[8/20/2014 4:28:32 PM]

*Patent*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:  Charles G. Shamoon *et al.*          Confirmation No. 1022

Appl. No.  13/271,203                             Group Art Unit:  2641

Filed: October 11, 2011                           Examiner:  Zhang, Xiang

For:     UBIQUITOUS  CONNECTIVITY AND CONTROL
         SYSTEM FOR REMOTE LOCATIONS

### AMENDMENT UNDER 37 C.F.R. §1.111

**Mail Stop: Amendments**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313

Dear Commissioner:

Please enter the following response, amending the above-identified application.  In reply to the Non-final Office Action of April 10, 2014, reconsideration and withdrawal of the rejections made therein are respectfully requested, in view of the following amendments and remarks.

This Amendment is timely filed because the Office Action sets a three-month statutory period for response and the Applicants are filing this Amendment not later than July 10, 2014. However, if the Commissioner determines that an additional fee is needed, the U.S. Patent & Trademark Office is hereby authorized to charge any fees in connection therewith or any fee necessary to preserve the pendency of this application or credit any overpayment to Deposit Account No. 50-2929, making reference to Attorney Docket No. P2921569CON.

1

*Patent*

## AMENDMENTS TO THE CLAIMS

*Please amend claim 8, cancel claim 9, and add new claims 11-24. No new matter is*

*added. Each claim is accompanied by a status identifier.*

1-7. (Canceled)

8. (Currently Amended)    A base unit configured to communicate with an environmental
    device and to communicate with a ~~master~~ remote unit having wireless connectivity, the
    base unit comprising:
a first communication interface configured to receive environmental information from the
    environmental device and to send a control instruction to the environmental device;
a wireless communication interface configured to send a first message to the ~~master~~ remote unit
    via a communications network and to receive a second message from the ~~master~~ remote
    unit via the communications  network,
wherein the first message is a first digital communications  message including a representation of
    the environmental information, and
wherein the second message is a second digital communications message including a command
    [[to]] <u>regarding</u> the environmental device; and
a microcontroller configured to process the second message<u>, to provide the control instruction
    based on the command,</u> and to send the control instruction ~~based on the command~~ <u>to the
    environmental device</u> via the first communication interface~~ to the environmental device~~.

9. (Canceled)

10. (Previously Presented)  [A] <u>The</u> base unit according to claim 8, wherein the communications
network is a cellular communications network.

11. (New)    A base unit configured to communicate with an environmental device and to
    communicate with a remote unit having wireless connectivity, the base unit comprising:
a first communication interface configured to receive environmental information from the

2

*Patent*

environmental device and to send a control instruction to the environmental device;

a wireless communication interface configured to send a first message to the remote unit via a communications network and to receive a second message from the remote unit via the communications network,

wherein the first message is a first digital communications message including a representation of the environmental information, and

wherein the second message is a second digital communications message including a command regarding the environmental device; and

a microcontroller configured to process the second message and to send the control instruction based on the command via the first communication interface to the environmental device, and

wherein the wireless communication interface is configured to send a third message to a subordinate remote unit via the communications network and to receive a fourth message from the subordinate remote unit via the communications network,

wherein the fourth message includes a subordinate command to the environmental device, and

wherein the microcontroller is configured to process the fourth message and to send selectively a second control instruction based on the subordinate command via the first communication interface to the environmental device.

12. (New)    The base unit of claim 8, wherein the command regards entering an energy conservation mode, and wherein the energy conservation mode is associated with multiple environmental devices.

13. (New)  The base unit of claim 12, wherein the command is associated with an icon on the remote unit.

14. (New)  The base unit of claim 8, wherein the control instruction is configured to adjust a temperature of a water heater.

15. (New)    The base unit of claim 8, wherein the control instruction is configured to adjust an air handling system.

3

Docket No. P2921569CON                                                                 *Patent*

16. (New)    The base unit of claim 8, wherein the communications network includes a data
        bearer service.

17. (New)    The base unit of claim 8, wherein the remote unit is a mobile remote unit.

18. (New)    The base unit of claim 8,
wherein the control instruction includes an environmental control instruction; and
wherein the command includes an environmental command.

19. (New)    The base unit of claim 8, wherein the second message includes an energy
        conservation command associated with multiple environmental devices.

20. (New)    The base unit of claim 8,
wherein the communications network includes a data bearer service;
wherein the remote unit is a mobile remote unit;
wherein the control instruction includes an environmental control instruction; and
wherein the command includes an environmental command.

21. (New)    The base unit of claim 20, wherein the second message includes an energy
        conservation command associated with multiple environmental devices.

22. (New)    The base unit of claim 20, wherein the microcontroller is configured to process
        the environmental information into the representation and to process the command into
        the control instruction.

23. (New)  A base unit configured to communicate with an environmental device and to
        communicate with a remote unit having wireless connectivity, the base unit comprising:
a first communication interface configured to receive environmental information from the
        environmental device and to send a control instruction to the environmental device;
a wireless communication interface configured to send a first message to the remote unit via a

4

**Appx01419**

Docket No. P2921569CON                                                            *Patent*

communications network and to receive a second message from the remote unit via the
communications network,

wherein the first message is a first digital communications message including a representation of
the environmental information, and

wherein the second message is a second digital communications message including  a command
regarding the environmental device; and

a microcontroller configured to process the environmental information, to provide the
representation, and to send the representation in the first message to the remote unit via
the wireless communication interface.


24.  (New)   The base unit according to claim 23,

 wherein the microcontroller is further configured to process the command of the second
message, to provide the control instruction, and to send the control instruction to the
environmental device via the first communication interface.

5

Docket No. P2921569CON

*Patent*

## REMARKS

**Status of Claims**

Claims 8 and 10-24 are currently pending. Claim 8 is amended to clarify that the first message includes a representation of the environmental information, the second message includes a command, and the command in the second message is "regarding" the environmental device. Claim 8 is also amended to make it clear that the microcontroller is configured to process the command of the second message, to provide the control instruction, and to send the control instruction to the environmental device via the first communication interface.

The command is processed by the microcontroller which generates a control instruction that is sent to the environmental device. For example, the command may be a command to "enter an energy conservation mode." See paragraph [0038] of Patent Application Publication 2012/0094638. Upon receiving this command, the microprocessor may send a control instruction to a hot water heater to "adjust operation" and "to conserve power consumption of the home." See paragraph [0038] of Patent Application Publication 2012/0094638. The microcontroller may, in response to the same command, also send another control instruction to adjust an air handling system. Alternatively, an additional message with an additional command may be used to control the air handling system.

Thus, the microcontroller in the base unit may process a single command in the second message, such as an SMS message, and generate one or more control instructions that a hot water heater and/or an air handling system can understand. In general, environmental devices such as a hot water heater and an air handling system may be manufactured by different companies and in different countries, and may communicate with the microcontroller using completely different control instructions and/or codes.

6

*Patent*

New claim 11 generally corresponds to former claim 9 placed in independent form, as discussed below.

New claims 12-24 are also added.  These new claims are supported by, at a minimum, paragraphs [0020], [0021], [0039] and operation icon 42 in Figure 2 of Patent Application Publication 2012/0094638.

Thus, claim 8 is amended, claim 9 is canceled, and new claims 11-24 are added.  In summary, claims 8 and 10-24 are currently pending.

**Allowable Subject Matter**

Applicants appreciate the Examiner's indication of allowable subject matter in claim 9, which was objected to and would be patentable if placed in independent form.  Applicants have added new claim 11, which corresponds to claim 9 in independent form, except that the word "master" has been omitted from the claim.

**Claim Rejection Under 35 U.S.C. §102**

Claim 8 is rejected under pre-AIA 35 U.S.C. §102(b) as allegedly being anticipated by Kates (US PAPub 2005/0275530).  Applicants respectfully traverse this rejection.

Claim 8 (Currently Amended) recites:

> A base unit configured to communicate with an environmental device and to communicate with a remote unit having wireless connectivity, the base unit comprising:
> a first communication interface configured to receive environmental information from the environmental device and to send a control instruction to the environmental device;
> a wireless communication interface configured to send a first message to the remote unit via a communications network and to **receive a second message from the remote unit via the communications network,**
> wherein the first message is a first digital communications message

7

*Patent*

> including a representation of the environmental information, and
> wherein **the second message is a second digital communications message including a command regarding the environmental device;** and
> **a microcontroller configured to process the second message, to provide the control instruction based on the command, and to send the control instruction to the environmental device via the first communication interface.** (Emphasis added.)

The Office Action, in the bridging paragraph at pages 2-3, asserts that, "Kates teaches a base station ('repeater unit', [0013]) configured to communicate with an environmental device ('wireless sensor', [0013]) and to communicate with a master remote unit having wireless connectivity ('base unit', [0013])."  The Office Action, in the bridging paragraph at pages 3-4, further asserts that Kates teaches "a microcontroller configured to process the second message and to send the control instruction based on the command via the first communication interface to the environmental device ('base unit sends instructions to activate one or more additional sensors near the first sensor', [0013])."  Applicants respectfully disagree with this analysis.

The repeater units 110 and 111 of Kates do not teach or suggest the base unit of claim 8. At a minimum, the repeater units 110 and 111 do not comprise a "microcontroller configured to process the command of the second message, to provide the control instruction based on the command, and to send the control instruction to the environmental device via the first communication interface."  Rather, the repeater units 110 and 111 simply relay messages between base unit 112 and sensors 102-106, as seen in Figure 1.

In Figure 1 of Kates, repeater unit 110 is in two-way (bi-directional) communication with base unit 112 and with sensor units 102, 103, and 104, as indicated by the double arrows.  Kates explains that the repeater units receive a message and forward the message to the intended recipient device.  Kates states:  "[i]n one embodiment, the sensor information is <u>relayed through</u> the repeater units."  (Kates, [0013]) (Emphasis added).  "When the sensor unit 102 detects an

8

*Patent*

anomalous condition (e.g., smoke, fire, water, etc.) the sensor unit communicates with the appropriate repeater unit 110 and provides data regarding the anomalous condition. The repeater unit 110 <u>forwards</u> the data to the base unit 112." (Kates, [0032]) (Emphasis added). "The repeater unit 110 is configured to <u>relay communications traffic between the sensor 102 ... and the base unit 112</u>." (Kates, [0039]) (Emphasis added).

The repeater units disclosed by Kates simply receive data from one device and relay the data to another device. The repeater units disclosed by Kates do not receive a message which is a command from a remote unit, process the message, and send a control instruction. Thus, Kates does not teach or suggest "a microcontroller configured to process the command of the second message, to provide the control instruction based on the command, and to send the control instruction to the environmental device via the first communication interface." Accordingly, Kates does not teach or suggest the base unit of claim 8. For at least the above reasons, claim 8 is patentable over Kates.

**Claim Rejection Under 35 U.S.C. §103**

Claim 10 is rejected under pre-AIA 35 U.S.C. §103(a) as allegedly being rendered obvious over Kates in view of Oh *et al.* (US Pat 7,565,106). Applicants respectfully traverse this rejection. Dependent claim 10 depends from claim 8, and is patentable for at least the same reasons as claim 8, as well as on its own merits. Therefore, careful reconsideration and withdrawal of the rejection of dependent claim 10 for obviousness over Kates in view of Oh *et al.* are respectfully requested in view of the amendments and arguments made above in regard to its independent parent claim 8.

*Patent*

**New Claims**

New claim 11 corresponds to former claim 9 in independent form, except that the word "master" has been deleted.  Applicants appreciate the Examiner's indication of allowable subject matter in claim 9, which was objected to and which would be patentable if placed in independent form.  New dependent claims 12-22 depend from claim 8, and are patentable for at least the same reasons as claim 8, as well as on their own merits.

New independent claim 23 requires: "a microcontroller configured to process the environmental information, to provide the representation, and to send the representation in the first message to the remote unit via the wireless communication interface."  New dependent claim 24 requires that "the microcontroller is further configured to process the command of the second message, to provide the control instruction, and to send the control instruction to the environmental device via the first communication interface."  Kates fails to teach or suggest these limitations.  Thus, claims 23 and 24 are believed to be patentable for at least this reason.

**Conclusion**

Accordingly, withdrawal of the rejections of claims 8 and 10 is in order, and allowance of the new claims 11-24 is earnestly solicited in the next communication from the Examiner.

It is believed that all pending issues have been addressed.  However, the absence of a reply to a specific rejection, issue or comment does not signify agreement with or concession of that rejection, issue or comment.  In addition, because the arguments made above may not be exhaustive, there may be other reasons for patentability of any or all pending claims or other claims that have not been expressed.  Finally, nothing in this reply should be construed as an intention to concede any issue with regard to any claim, and the cancellation of any claim does

*Patent*

not necessarily signify concession of the unpatentability of the claim prior to its cancellation.

If the Examiner has any questions or comments regarding this application before the Applicants' representative telephones him for a personal interview, the undersigned first practitioner may be called at the below-listed telephone number.

Respectfully submitted,

Charles G. Shamoon *et al.*

/Dinh X. Nguyen/
Abraham Hershkovitz
Reg. No. 45,294
Dinh X. Nguyen
Reg. No. 54,923
Joseph Scafetta Jr.
Reg. No. 26,803

Date: May 22, 2014

HERSHKOVITZ & ASSOCIATES, PLLC
2845 Duke Street
Alexandria, VA 22314
Telephone: (703) 370-4800
Facsimile:  (703) 370-4809

P2921569CON.A09 AH/DX/JS

11

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 19106120 |
| **Application Number:** | 13271203 |
| **International Application Number:** | |
| **Confirmation Number:** | 1022 |
| **Title of Invention:** | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
| **First Named Inventor/Applicant Name:** | Charles G. Shamoon |
| **Customer Number:** | 40401 |
| **Filer:** | Abraham Hershkovitz/Dinh Nguyen |
| **Filer Authorized By:** | Abraham Hershkovitz |
| **Attorney Docket Number:** | P2921569CON |
| **Receipt Date:** | 23-MAY-2014 |
| **Filing Date:** | 11-OCT-2011 |
| **Time Stamp:** | 10:38:34 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | Transmittal.pdf | 106913<br>8b07acbe7005bd82b656844fd2cf55b8d1e2f830b | no | 1 |

**Warnings:**

**Information:**

| 2 | Amendment/Req. Reconsideration-After Non-Final Reject | Amendment.pdf | 137677 | no | 11 |
| | | | 68e7753ee3c5f2dee219ea4588cde13ecb3aef46 | | |

| **Warnings:** | | | | | |
| **Information:** | | | | | |

| | | **Total Files Size (in bytes):** | 244590 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



# HERSHKOVITZ & ASSOCIATES, PLLC

### PATENT AGENCY

**2845 DUKE STREET, ALEXANDRIA, VA 22314**
**TEL. 703-370-4800 ~ FACSIMILE 703-370-4809**
**patent@hershkovitz.net ~ www.hershkovitz.net**

---

Applicant:  Charles E. Shamoon et al.              Examiner:  Xiang ZHANG

Appl. No.:  13/271,203                              Group Art Unit:  2641

Appl. Filed:  October 11, 2011                      Confirmation No.:  1022

For:    UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE
        LOCATIONS

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Honorable Commissioner:

Transmitted herewith is a **AMENDMENT UNDER 37 C.F.R. §1.111** in connection with the above-captioned matter.

The fee has been calculated as shown below:

| Claims After Amendment | No. of Claims Previously Paid | Present Extra | Small Entity | | Large Entity | |
|---|---|---|---|---|---|---|
| | | | Rate | Fee | Rate | Fee |
| *Total Claims: **16** | **0** | **0** | x 40= | $ | x 80= | $ |
| **Indep. Claims: **3** | **0** | **0** | x210= | $ | x420= | $ |
| Extension Fee for | Months | | | $ | | $ |
| | | | | **$** | | $ |
| | | | | $ | | $ |
| | | | | $ | | $ |
| | | **Total:** | | **$** | Total: | $ |

**X** Fee Payment made through EFS.

__ Payment is made herewith by Credit Card (see attached Form PTO-2038).

**X** The Director is hereby authorized to charge all fees, including those under 37 CFR §§1.16 and 1.17, which are required for entry of the papers submitted herewith, and any fees which may be required to maintain pendency of this application, to Deposit Account No. 50-2929.

__ The Director is hereby authorized to charge all fees under 37 CFR § 1.18 which may be required to complete issuance of this application to Deposit Account No. 50-2929.

Respectfully submitted,

Date:  May 22, 2014                         /Dinh X. Nguyen/
                                            Abraham Hershkovitz
                                            Registration No. 45,294
                                            Dinh X. Nguyen
                                            Registration No. 54, 923

P2921569CON.A09; AH/DN/mc

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>13/271,203 | Filing Date<br>10/11/2011 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☐ LARGE   ☒ SMALL   ☐ MICRO

## APPLICATION AS FILED – PART I

|  | (Column 1) | (Column 2) |  |  |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A |  |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A |  |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A |  |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | X $ = |  |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | X $ = |  |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

|  |  | (Column 1) | (Column 2) | (Column 3) |  |  |
|---|---|---|---|---|---|---|
| **AMENDMENT** | **05/23/2014** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|  | Total (37 CFR 1.16(i)) | · 16 | Minus | ** 20 | = 0 | x $40 = | 0 |
|  | Independent (37 CFR 1.16(h)) | · 3 | Minus | *** 3 | = 0 | x $210 = | 0 |
|  | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
|  | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | TOTAL ADD'L FEE | **0** |

|  |  | (Column 1) | (Column 2) | (Column 3) |  |  |
|---|---|---|---|---|---|---|
| **AMENDMENT** |  | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|  | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $ = |  |
|  | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $ = |  |
|  | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
|  | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/TAMMY d. MCBETH BROWN/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/271,203 | 10/11/2011 | Charles G. Shamoon | P2921569CON | 1022 |

40401          7590          04/10/2014

Hershkovitz & Associates, PLLC
2845 Duke Street
Alexandria, VA 22314

| EXAMINER |
|---|
| ZHANG, XIANG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2641 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 04/10/2014 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

USPTO@hershkovitz.net
patent@hershkovitz.net

PTOL-90A (Rev. 04/07)

| *Examiner-Initiated Interview Summary* | Application No. | Applicant(s) | |
|---|---|---|---|
| | 13/271,203 | SHAMOON ET AL. | |
| | Examiner | Art Unit | |
| | EDWARD ZHANG | 2641 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _EDWARD ZHANG_.                    (3) _____.

(2) _Abraham Hershkovitz (Reg # 45,294)_.          (4) _____.

Date of Interview: _08 March 2014_.

Type:    ☒ Telephonic    ☐ Video Conference
         ☐ Personal [copy given to: ☐ applicant    ☐ applicant's representative]

Exhibit shown or demonstration conducted:    ☐ Yes    ☐ No.
   If Yes, brief description: _____.

Issues Discussed    ☐101  ☐112  ☐102  ☐103  ☐Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: _8_.

Identification of prior art discussed: _____.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

_The examiner proposed the examiner's amendment in order to place the application in condition for allowance and the applicant has declined. The examiner indicated that the final office action is being withdrawn and a new office communication will be sent out in due course._.

**Applicant recordation instructions**: It is not necessary for applicant to provide a separate record of the substance of interview.

**Examiner recordation instructions**: Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

/Xiang Zhang/
Patent Examiner Art Unit 2641

| **Office Action Summary** | **Application No.**<br>13/271,203 | **Applicant(s)**<br>SHAMOON ET AL. | |
|---|---|---|---|
| | **Examiner**<br>EDWARD ZHANG | **Art Unit**<br>2641 | **AIA (First Inventor to File)**<br>**Status**<br>No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>11/26/2013</u>.

☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☐ This action is **FINAL**.   2b) ☒ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☒ Claim(s) <u>8-10</u> is/are pending in the application.

5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☒ Claim(s) <u>8 nad 10</u> is/are rejected.

8) ☒ Claim(s) <u>9</u> is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐ All   b) ☐ Some**   c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.

2. ☐ Certified copies of the priority documents have been received in Application No. _____.

3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3) ☒ Interview Summary (PTO-413) Paper No(s)/Mail Date. <u>20140121</u>.

4) ☐ Other: _____.

## DETAILED ACTION

### *Claim Rejections - 35 USC § 102*

1.      In the event the determination of the status of the application as subject to AIA 35

U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any

correction of the statutory basis for the rejection will not be considered a new ground of

rejection if the prior art relied upon, and the rationale supporting the rejection, would be

the same under either status.

2.      The following is a quotation of the appropriate paragraphs of pre-AIA 35 U.S.C.

102 that form the basis for the rejections under this section made in this Office action:

> (e) the invention was described in a patent granted on an application for patent by another
> filed in the United States before the invention thereof by the applicant for patent, or on an
> international application by another who has fulfilled the requirements of paragraphs (1), (2),
> and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

The changes made to 35 U.S.C. 102(e) by the American Inventors Protection Act

of 1999 (AIPA) and the Intellectual Property and High Technology Technical

Amendments Act of 2002 do not apply when the reference is a U.S. patent resulting

directly or indirectly from an international application filed before November 29, 2000.

Therefore, the prior art date of the reference is determined under 35 U.S.C. 102(e) prior

to the amendment by the AIPA (**pre-AIPA** 35 U.S.C. 102(e)).

3.      Claim 8 is rejected under pre-AIA 35 U.S.C. 102(b) as being anticipated by Kates

(US PGPub 2005/0275530 A1).

Regarding claim 8, Kates teaches a base unit ("repeater unit", [0013]) configured

to communicate  with an environmental device ("wireless sensor", [0013]) and to

communicate with a master remote unit having wireless connectivity ("base unit",

[0013]), the base unit comprising: a first communication interface configured to receive

environmental information from the environmental device ("the sensor information is

relayed through the repeater units", also see "emergency condition (e.g., a fire or

excess smoke, temperature, water", [0013], also see Fig. 1, wherein the environmental

information collected by the sensor is relayed through the repeater unit before arriving

at the remote master unit/"base unit" and the repeater unit is the intermediary node

between the environmental device and the remote master unit) and to send a control

instruction to the environmental device ("the base unit sends instructions to activate one

or more additional sensors near the first sensor", [0013]); a wireless communication

interface configured to send a first message to the master remote unit via a

communications network ([0013], lines 1-3 wherein the first message/"measured sensor

data" is sent to the master remote unit/"base unit") and to receive a second message

from the master remote unit via the communications network ("base unit sends

instructions to activate one or more additional sensors near the first sensor", [0013]),

wherein the first message is a first digital communications message including a

representation of the environmental information ("emergency condition (e.g., a fire or

excess smoke, temperature, water", [0013]), and wherein the second message is a

second digital communications message including a command to the environmental

device ([0074], and [0083]); and a microcontroller configured to process the second

message and to send the control instruction based on the command via the first

Application/Control Number: 13/271,203                                Page 4
Art Unit: 2641

communication interface to the environmental device ("base unit sends instructions to

activate one or more additional sensors near the first sensor", [0013]).


### *Claim Rejections - 35 USC § 103*

4.      In the event the determination of the status of the application as subject to AIA 35

U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any

correction of the statutory basis for the rejection will not be considered a new ground of

rejection if the prior art relied upon, and the rationale supporting the rejection, would be

the same under either status.

5.      The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis

for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described
> as set forth in section 102 of this title, if the differences between the subject matter sought to
> be patented and the prior art are such that the subject matter as a whole would have been
> obvious at the time the invention was made to a person having ordinary skill in the art to which
> said subject matter pertains.  Patentability shall not be negatived by the manner in which the
> invention was made.

6.      Claim 10 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over

Kates (US PGPub 2005/0275530 A1) in view of Oh (US Pat 7565106 B1).

         Regarding claim 10, Kates teaches the base unit as discussed in claim 8.

However, Kates lacks the teaching wherein the communications network is a cellular

communications network.

         In the same field of endeavor, Oh (abstract) teaches the base unit ("wireless

repeater", col. 3, lines 37-38) wherein the communications network is a cellular

Application/Control Number: 13/271,203                                    Page 5
Art Unit: 2641

communications network ("cellular base station", col. 3, line 40, also see "cellular

receiver", col. 4, line 19).

It would have been obvious for one having ordinary skill in the art at the time of

the invention to modify the teachings of Oh in order to provide ubiquitous

communication for the client.

### *Allowable Subject Matter*

7.     Claim 9 is objected to as being dependent upon a rejected base claim, but would

be allowable if rewritten in independent form including all of the limitations of the base

claim and any intervening claims.


### *Conclusion*

8.     Any inquiry concerning this communication or earlier communications

from the examiner should be directed to XIANG ZHANG whose telephone

number is (571)270-7693.  The examiner can normally be reached on Monday-

Thursday, 8AM-4PM.

If attempts to reach the examiner by telephone are unsuccessful, the

examiner's supervisor, Charles Appiah, can be reached on (571)272-7904. The

fax phone number for the organization where this application or proceeding is

assigned is 571-273-8300.

Application/Control Number: 13/271,203                                      Page 6
Art Unit: 2641

    Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

    If you would like assistance from a USPTO Customer Service Representative or

access to the automated information system, call 800-786-9199 (IN USA OR CANADA)

or 571-272-1000.


/XIANG ZHANG/
Patent Examiner, Art Unit 2641

/OLUMIDE T AJIBADE AKONAI/

Primary Examiner, Art Unit 2641

| *Examiner-Initiated Interview Summary* | Application No. | Applicant(s) |
| --- | --- | --- |
| | 13/271,203 | SHAMOON ET AL. |
| | Examiner | Art Unit | |
| | EDWARD ZHANG | 2641 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _EDWARD ZHANG_.                         (3) _____.

(2) _Abraham Hershkovitz (Reg # 45,294)_.   (4) _____.

Date of Interview: _08 March 2014_.

Type:   ☒ Telephonic   ☐ Video Conference
        ☐ Personal [copy given to: ☐ applicant   ☐ applicant's representative]

Exhibit shown or demonstration conducted:   ☐ Yes   ☐ No.
    If Yes, brief description: _____.

Issues Discussed   ☐101   ☐112   ☐102   ☐103   ☐Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: _8_.

Identification of prior art discussed: _____.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

_The examiner proposed the examiner's amendment in order to place the application in condition for allowance and the applicant has declined. The examiner indicated that the final office action is being withdrawn and a new office communication will be sent out in due course._.

**Applicant recordation instructions**: It is not necessary for applicant to provide a separate record of the substance of interview.

**Examiner recordation instructions**: Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

| /Xiang Zhang/ Patent Examiner Art Unit 2641 | |
| --- | --- |

| *Notice of References Cited* | Application/Control No.<br>13/271,203 | Applicant(s)/Patent Under Reexamination<br>SHAMOON ET AL. | |
|---|---|---|---|
| | Examiner<br>EDWARD ZHANG | Art Unit<br>2641 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US- | | | |
| * | B | US-2005/0275530 A1 | 12-2005 | Kates, Lawrence | 340/539.22 |
| * | C | US-7,565,106 B1 | 07-2009 | Oh et al. | 455/7 |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13271203 | SHAMOON ET AL. |
| | **Examiner** | **Art Unit** |
| | EDWARD ZHANG | 2641 |

| ✓ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

☐ **Claims renumbered in the same order as presented by applicant**    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 02/01/2013 | 11/08/2013 | 03/13/2014 | | | | | |
| | 1 | ✓ | | | | | | | |
| | 2 | ✓ | | | | | | | |
| | 3 | ✓ | | | | | | | |
| | 4 | ✓ | | | | | | | |
| | 5 | ✓ | | | | | | | |
| | 6 | ✓ | | | | | | | |
| | 7 | ✓ | | | | | | | |
| | 8 | | ✓ | ✓ | | | | | |
| | 9 | | ✓ | O | | | | | |
| | 10 | | ✓ | ✓ | | | | | |

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L4 | 1554 | (command cmd signal$4 inquir$6 quer$4) same (humidity temperature "degrees" "water levels" "water level" moist moisture humidity lumen$) same (thermostate heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation lights lighting$) same (response acknow$6 "ack" confirm$4) same (repeater relay) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/13 12:51 |
| L13 | 1590726 | ((mobile or telecommunication or wireless or cellular or cell) adj (station or apparatus or terminal or device or client or node phone)) or wtru or plmn or ue or (user adj equipment) pda ((mobile or telecommunication or wireless or cellular or cell) adj (stations or apparatuses or terminals or devices or clients nodes phones)) or wtrus or plmns or ues or (user adj equipments) pdas | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/13 12:56 |
| L14 | 12171 | (command cmd signal$4 inquir$6 quer$4) same (humidity temperature "degrees" "water levels" "water level" moist moisture humidity lumen$ thermostate heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation lights lighting$) same (response acknow$6 "ack" confirm$4) same (repeater relay) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/13 12:56 |
| L15 | 463 | 14 and (cellular cdma gsm umts) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/13 12:57 |
| L16 | 15 | 15 and automation and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/13 12:57 |
| L19 | 18203 | (command cmd signal$4 inquir$6 quer$4) with (humidity temperature "degrees" "water levels" "water level" moist moisture humidity lumen$ thermostate heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation lights lighting$) with (repeater relay | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/13 14:44 |

**Appx01442**

| | | repeats relays) | | | | |
|---|---|---|---|---|---|---|
| L20 | 417 | 19 and automation and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/13 14:45 |
| L21 | 4 | (19 with 13) and automation and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/13 14:45 |
| L22 | 16 | (19 with 13) and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/13 15:05 |
| S37 | 1566986 | ((mobile or telecommunication or wireless or cellular or cell) adj (station or apparatus or terminal or device or client or node phone)) or wtru or plmn or ue or (user adj equipment) pda ((mobile or telecommunication or wireless or cellular or cell) adj (stations or apparatuses or terminals or devices or clients nodes phones)) or wtrus or plmns or ues or (user adj equipments) pdas | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/02/06 00:17 |
| S38 | 180080 | ("sms" "short message" "short messges" "short messaging" "instant message" "instant messaging" "instant messages") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/02/06 00:18 |
| S39 | 45 | ((base adj unit) controller manager) with (S37 near9 ((control controls controlled controlling adjust adjusts adjusted adjusting trigger$4 activat$4 configur$4) near3 (thermostate heater "air conditioner" AC spinkker damper dehumidifier de$humidifier valves vents ventilation))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/02/06 00:18 |
| S40 | 2 | S38 and S39 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/02/06 00:19 |
| S41 | 16 | S39 and (messages message) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/02/06 00:19 |
| S43 | 3 | S41 and @ad<"20041103" | US-PGPUB; USPAT; USOCR; EPO; JPO; | OR | OFF | 2014/02/06 00:20 |

**Appx01443**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT | | | |
| S46 | 1587014 | ((mobile or telecommunication or wireless or cellular or cell) adj (station or apparatus or terminal or device or client or node phone)) or wtru or plmn or ue or (user adj equipment) pda ((mobile or telecommunication or wireless or cellular or cell) adj (stations or apparatuses or terminals or devices or clients nodes phones)) or wtrus or plmns or ues or (user adj equipments) pdas | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/06 11:32 |
| S47 | 179 | ((base adj unit) controller bus ethernet) same (S46 near9 ((controls control controlled controlling adjust$3 trigger$4 activat$4 configur$4) near3 (thermostate heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation lights lighting$))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/06 11:32 |
| S48 | 8 | S47 and ((cmd command) same (response acknow$6 "ack" confirm$4) same (repeat$4 relay$4)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/06 11:34 |
| S50 | 2 | S48 and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/06 11:35 |
| S62 | 1588994 | ((mobile or telecommunication or wireless or cellular or cell) adj (station or apparatus or terminal or device or client or node phone)) or wtru or plmn or ue or (user adj equipment) pda ((mobile or telecommunication or wireless or cellular or cell) adj (stations or apparatuses or terminals or devices or clients nodes phones)) or wtrus or plmns or ues or (user adj equipments) pdas | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 11:01 |
| S63 | 179 | ((base adj unit) controller bus ethernet) same (S62 near9 ((controls control controlled controlling adjust$3 trigger$4 activat$4 configur$4) near3 (thermostate heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation lights lighting$))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 11:01 |
| S64 | 8 | S63 and ((cmd command) same (response acknow$6 "ack" confirm$4) same (repeat$4 relay$4)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 11:01 |
| S65 | 8 | S63 and ((cmd command quer$4 inquir$4) same (response acknow$6 "ack" confirm$4) same (repeat$4 relay$4)) | US-PGPUB; USPAT; USOCR; | OR | OFF | 2014/03/11 11:20 |

**Appx01444**

| | | | EPO; JPO; DERWENT | | | |
|---|---|---|---|---|---|---|
| S66 | 1718257 | ((mobile or telecommunication or wireless or cellular or cell) adj (station or apparatus or terminal or device or client or node phone)) or wtru or plmn or ue or (user adj equipment) pda ((mobile or telecommunication or wireless or cellular or cell) adj (stations or apparatuses or terminals or devices or clients nodes phones)) or wtrus or plmns or ues or (user adj equipments) pdas laptop "laptops" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 11:42 |
| S67 | 1210 | (S62 near9 ((controls control controlled controlling adjust$3 trigger$4 activat$4 configur$4) near3 (thermostate heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation lights lighting$))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 11:43 |
| S68 | 66 | S67 with (humidity temperature "degrees" "water levels" "water level" moist moisture humidity lumen$ ) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 11:45 |
| S69 | 0 | S68 and ((cmd command quer$4 inquir$4) same (response acknow$6 "ack" confirm$4) same (repeat$4 relay$4)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 11:46 |
| S70 | 0 | S68 and ((cmd command quer$4 inquir$4) same (response acknow$6 "ack" confirm$4) same (repeat$4 relay$4)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 11:46 |
| S71 | 36781 | (command cmd signal$4 inquir$6 quer$4) with (humidity temperature "degrees" "water levels" "water level" moist moisture humidity lumen$) with (thermostate heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation lights lighting$) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 11:55 |
| S72 | 1 | S71 and ( S62 same (cmd command quer$4 inquir$4) same (response acknow$6 "ack" confirm$4) same (repeat$4 relay$4)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 11:55 |
| S73 | 1588994 | ((mobile or telecommunication or wireless or cellular or cell) adj (station or apparatus or terminal or device or client or node phone)) or wtru or plmn or ue or (user adj equipment) pda ((mobile or telecommunication or wireless or cellular or cell) adj (stations or apparatuses or terminals or devices or clients nodes phones)) or wtrus or plmns or ues or (user adj equipments) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 16:33 |

**Appx01445**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | pdas | | | | |
| S74 | 36781 | (command cmd signal$4 inquir$6 quer$4) with (humidity temperature "degrees" "water levels" "water level" moist moisture humidity lumen$) with (thermostate heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation lights lighting$) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 16:33 |
| S75 | 1 | S74 and ( S73 same (cmd command quer$4 inquir$4) same (response acknow$6 "ack" confirm$4) same (repeat$4 relay$4 forward$4)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 16:33 |
| S76 | 1718257 | ((mobile or telecommunication or wireless or cellular or cell) adj (station or apparatus or terminal or device or client or node phone)) or wtru or plmn or ue or (user adj equipment) pda ((mobile or telecommunication or wireless or cellular or cell) adj (stations or apparatuses or terminals or devices or clients nodes phones)) or wtrus or plmns or ues or (user adj equipments) pdas "laptops" laptop | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 16:35 |
| S77 | 2 | S74 and ( S76 same (cmd command quer$4 inquir$4) same (response acknow$6 "ack" confirm$4) same (repeat$4 relay$4 forward$4)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 16:35 |
| S82 | 50158 | (command cmd signal$4 inquir$6 quer$4 transmit$4 send sent sending sends) with (humidity temperature "degrees" "water levels" "water level" moist moisture humidity lumen$) with (thermostat heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation lights lighting$) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 18:02 |
| S83 | 45 | S82 and ( S76 same (cmd command quer$4 inquir$4 signal$4) same (response acknow$6 "ack" confirm$4) same (repeat$4 relay$4 forward$4)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 18:03 |
| S85 | 8 | S83 and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/11 18:03 |
| S86 | 12826 | (reapeater forwards forwarding forward forwarded repeat$3 relay$3) with (humidity temperature "degrees" "water levels" "water level" moist moisture humidity lumen$) with (thermostat heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation lights | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/12 13:17 |

**Appx01446**

| S87 | 33 | S86 same (cmd command quer$4 inquir$4) same (response acknow$6 "ack" confirm$4) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/12 13:17 |
|---|---|---|---|---|---|---|
| S88 | 19 | S87 and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/12 13:18 |
| S89 | 1588994 | ((mobile or telecommunication or wireless or cellular or cell) adj (station or apparatus or terminal or device or client or node phone)) or wtru or plmn or ue or (user adj equipment) pda ((mobile or telecommunication or wireless or cellular or cell) adj (stations or apparatuses or terminals or devices or clients nodes phones)) or wtrus or plmns or ues or (user adj equipments) pdas | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/12 13:26 |
| S90 | 36781 | (command cmd signal$4 inquir$6 quer$4) with (humidity temperature "degrees" "water levels" "water level" moist moisture humidity lumen$) with (thermostate heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation lights lighting$) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/12 13:26 |
| S91 | 1718257 | ((mobile or telecommunication or wireless or cellular or cell) adj (station or apparatus or terminal or device or client or node phone)) or wtru or plmn or ue or (user adj equipment) pda ((mobile or telecommunication or wireless or cellular or cell) adj (stations or apparatuses or terminals or devices or clients nodes phones)) or wtrus or plmns or ues or (user adj equipments) pdas "laptops" laptop | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/12 13:26 |
| S92 | 2 | S90 and ( S91 same (cmd command quer$4 inquir$4) same (response acknow$6 "ack" confirm$4) same (repeat$4 relay$4 forward$4)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/12 13:26 |
| S93 | 2 | S89 and S92 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/12 13:26 |
| S94 | 2606 | (command cmd signal$4 inquir$6 quer$4) same (humidity temperature "degrees" "water levels" "water level" moist moisture humidity lumen$) same (thermostate heater "air conditioner" AC sprinkler damper dehumidifier | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/12 17:47 |

**Appx01447**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | de$humidifier valves vents ventilation lights lighting$) same (response acknow$6 "ack" confirm$4) same (repeat$4 relay$4 forward$4) | | | | |
| S95 | 123 | S94 and automation | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/12 17:47 |
| S96 | 1554 | (command cmd signal$4 inquir$6 quer$4) same (humidity temperature "degrees" "water levels" "water level" moist moisture humidity lumen$) same (thermostate heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation lights lighting$) same (response acknow$6 "ack" confirm$4) same (repeater relay) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/12 17:48 |
| S97 | 23 | S96 and @ad<"20041118" and automation | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/12 17:49 |

**EAST Search History (Interference)**

<This search history is empty>

3/13/2014 3:23:34 PM
C:\Users\xzhang\Documents\EAST\Workspaces\13271203.wsp

**Appx01448**

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 1 | (base adj2 station) near6 repeater with command with cellular | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/31 11:49 |
| L2 | 676 | (base adj2 station) near6 repeater same (cdma gsm cellular umts ) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/31 11:50 |
| L3 | 316 | 2 and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/31 11:50 |
| L4 | 20 | (base adj2 station) near6 repeater same (cdma gsm cellular umts ) same command | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/31 11:50 |
| L5 | 18 | 4 and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/31 11:50 |
| L6 | 195 | (base adj2 station) near6 repeater with (cdma gsm cellular umts ) and @ad<"20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/31 11:58 |
| L7 | 115 | "455".clas. and 6 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/31 11:59 |

**EAST Search History (Interference)**

< This search history is empty>

**3/31/2014 12:25:00 PM**
**C:\Users\xzhang\Documents\EAST\Workspaces\13271203.wsp**

**Appx01449**

file:///C|/Users/xzhang/Documents/e-Red%20Folder/13271203/EASTSearchHistory.13271203_AccessibleVersion.htm[3/31/2014 12:25:10 PM]

# EAST Search History

## EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S157 | 56 | sensor with actuator same (server master) same (measur$5 humidity temperature hot cold) same (instruction$1 command$1) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/18 07:18 |
| S158 | 1593474 | ((mobile or telecommunication or wireless or cellular or cell) adj (station or apparatus or terminal or device or client or node phone)) or wtru or plmn or ue or (user adj equipment) pda ((mobile or telecommunication or wireless or cellular or cell) adj (stations or apparatuses or terminals or devices or clients nodes phones)) or wtrus or plmns or ues or (user adj equipments) pdas | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/18 07:47 |
| S159 | 28 | S157 and S158 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/18 07:47 |
| S168 | 20 | sensor with actuator with (server master S158) with (humidity temperature "degrees" "water levels" "water level" moist moisture humidity lumen$ thermostate heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation) with (configur$5 instruction$1 command$1) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/18 11:21 |
| S176 | 373 | (sensor actuator thermostate heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation) with ("remote controller" "remote controll" S158) with (humidity temperature "degrees" "water levels" "water level" moist moisture humidity lumen$ ) with (configur$5 instruction$1 command$1) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/18 12:29 |
| S177 | 10 | S176 and automation and @ad< "20041118" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/18 12:30 |
| S178 | 4 | (sensor actuator thermostate heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves | US-PGPUB; USPAT; | OR | OFF | 2014/03/18 12:31 |

**Appx01450**

| | | vents ventilation) with ("remote controller" "remote controll" S158) with (humidity temperature "degrees" "water levels" "water level" moist moisture humidity lumen$ ) with (configur$5 instruction$1 command$1) same (relay repeater) | USOCR; EPO; JPO; DERWENT | | | |
|------|------|------|------|------|------|------|
| S179 | 175 | (sensor actuator thermostate heater "air conditioner" AC sprinkler damper dehumidifier de$humidifier valves vents ventilation) same ("remote controller" "remote controll" S158) same (humidity temperature "degrees" "water levels" "water level" moist moisture humidity lumen$ ) same (configur$5 instruction$1 command$1) same (relay repeater) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2014/03/18 12:32 |

**EAST Search History (Interference)**

<This search history is empty>

**3/24/2014 5:08:19 PM**
**C:\Users\xzhang\Documents\EAST\Workspaces\13271203.wsp**

**Appx01451**

file:///C|/Users/xzhang/Documents/e-Red%20Folder/13271203/EASTSearchHistory.13271203_AccessibleVersion.htm[3/24/2014 5:08:21 PM]

| ***Search Notes*** | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13271203 | SHAMOON ET AL. |
| | **Examiner** | **Art Unit** |
| | EDWARD ZHANG | 2641 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 455 | 466,404.2,414.2,456.1-456.6 | 01/31/2013 | X.Z |
| 455 | 418-420 | 12/30/2013 | X.Z |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| See East Search Notes | 02/01/2013 | X.Z |
| Consulted Primary Examiner Olumide | 01/29/2013 | X.Z |
| See East Search Notes | 11/08/2013 | X.Z |
| See East Search Notes | 12/30/2013 | X.Z |
| See East Search Notes | 03/13/2014 | X.Z |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

| | |
|---|---|
| | |

| Application Number | Application/Control No. | Applicant(s)/Patent under Reexamination | |
|---|---|---|---|
| | 13/271,203 | SHAMOON ET AL. | |

| **Document Code - DISQ** | **Internal Document – DO NOT MAIL** |
|---|---|

| **TERMINAL DISCLAIMER** | ☒ APPROVED | ☐ DISAPPROVED |
|---|---|---|
| Date Filed : 11/26/13 | **This patent is subject to a Terminal Disclaimer** | |

**Approved/Disapproved by:**

jean proctor

U.S. Patent and Trademark Office

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: Charles E. Shamoon et al.          Examiner: Xiang ZHANG

Appl. No.: 13/271,203                          Group Art Unit: 2641

Appl. Filed: October 11, 2011                  Confirmation No.: 1022

For:    UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE
        LOCATIONS

### RESPONSE AFTER FINAL REJECTION UNDER 37 CFR §1.116

Honorable Commissioner for Patents
U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, Virginia 22313-1450

Honorable Commissioner:

Responsive to the final Office Action mailed November 8, 2013, reconsideration and withdrawal of the rejections made therein are respectfully requested in view of the following remarks and submission of a Terminal Disclaimer.

The fee for the Terminal Disclaimer is being submitted concurrently herewith. Inasmuch as the final Action sets a shortened statutory period expiring February 8, 2014, this Response is timely filed, and no extension or other fee is believed necessary. However, if any extension is deemed by the Office to actually be required, the same is hereby requested, and the Director is authorized to charge any necessary fees in connection herewith or any fee required to maintain the pendency of this application, to Deposit Account No. 50-2929, referencing Docket No. P2921569CON.

*Patent*

<u>Remarks</u>

As an initial matter, although the Office Action Summary Form PTOL-236 of the final Office Action indicates it is in responsive to Applicant's communications filed "108/16/2013," it is believed that the Action is directed to Applicants' Response filed on August 6, 2013.

In the final Office Action, claims 8-10 are rejected on the grounds of nonstatutory obviousness-type double patenting as being unpatentable over claim 18 of U.S. Patent No. 8,064,935 B2.  (Applicants note that, while the correct Patent No. 8,064,935 B2 was identified in the first statement of rejection on page 3 of the final Action, an unknown and unrelated Patent No. 8,023,947 is identified throughout the remainder of the Action.)

Applicants do not agree with the double patenting rejection of claims 8-10 made in the final Office Action.  However, in order to advance allowance of the present application, a Terminal Disclaimer is submitted herewith.  It is to be noted that the filing of a Terminal Disclaimer to obviate a rejection based on nonstatutory double patenting is not an admission of the propriety of the rejection.  *Quad Environmental Technologies Corp. v. Union Sanitary District*, 946 F.2d 870, 20 USPQ2d 1392 (Fed. Cir. 1991) (The Court indicated that "the filing of a terminal disclaimer simply serves the statutory function of removing the rejection of double patenting, and raises neither a presumption nor estoppel on the merits of the rejection.")

<u>Statement Under 37 CFR §3.73(c):</u>

The Terminal Disclaimer has been properly executed by an individual who is authorized to act on behalf of the Assignee of entire interest in the present application in accordance with 37 CFR §3.71, and the following is the required Statement Under 37 CFR §3.73(c):  the documentary evidence of a chain of title from the original owners to the Assignee of entire interest was recorded in the Assignment records of the Office on June 6, 2005 at Reel/Frame

P2921569CON.A08                                                                    *Patent*

Numbers 016096/0409, recorded on May 12, 2008 at Reel/Frame Numbers 020951/0111, and on

April 30, 2012 at Reel/Frame Numbers 028125/0242.

Accordingly, it is believed that the single rejection of claims 8-10 on the grounds of

nonstatutory obviousness-type double patenting as being unpatentable over claim 18 of U.S.

Patent No. 8,064,935 is rendered moot. Therefore, Applicants respectfully request withdrawal of

the rejection and mailing of a Notice of Allowance.

The Examiner is invited to direct any questions to the undersigned practitioner at the

telephone or e-mail identified hereinbelow.

Respectfully submitted,
Charles E. Shamoon et al.

        /Abe Herhskovitz/
Abraham Hershkovitz
Reg. No. 45,294

Concurrent Submission:          Terminal Disclaimer

HERSHKOVITZ & ASSOCIATES, PLLC
2845 Duke Street
Alexandria, Va 22314
Telephone 703-370-4800
Facsimile 703-370-4809
E-Mail patent@hershkovitz.net

P2921569CON.A08; AH/dj/pjj

P2921569CON.A07                                                      *Patent*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: Charles G. SHAMOON *et al.*          Examiner: Xiang ZHANG

Appl. No. 13/271,203                             Group Art Unit: 2641

Appl. Filed: October 11, 2011                    Confirmation No. 1022

For:    UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE
        LOCATIONS

### TERMINAL DISCLAIMER

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

    The owner, UBIQUITOUS CONNECTIVITY, LP, having 100 percent interest in the
instant application, hereby disclaims the terminal part of any patent granted on the instant
application which would extend beyond the expiration date of the full statutory term defined in
35 USC §§154 and 173, as presently shortened by any terminal disclaimer, of US Patent Number
8,064,935, and hereby agree that any patent so granted on the instant application shall be
enforceable only for and during such period that the ownership of US Patent Number 8,064,935
shall be the same as the ownership of any patent granted on the instant application, this
agreement to run with any patent granted on the instant application and to be binding upon the
grantee, its successors, or assigns.

    The owner, UBIQUITOUS CONNECTIVITY, LP, does not disclaim any terminal part of
any patent granted on the instant application prior to the expiration date of the full statutory term
of US Patent Number 8,064,935, in the event that US Patent Number 8,064,935 later: expires for
failure to pay a maintenance fee, is held unenforceable, is found invalid, is statutorily disclaimed

1

P2921569CON.A07                                                      *Patent*

in whole or further terminally disclaimed under 37 CFR §1.321(a), has all claims canceled by a

reexamination certificate, is reissued, or is otherwise terminated prior to the expiration of its full

statutory term, except for the failure of common ownership stated above.  Furthermore, the

owner, UBIQUITOUS CONNECTIVITY, LP, does not forfeit or disclaim any patent term

adjustment to which the instant application might be entitled.

        We hereby declare that all statements made herein of our own knowledge are true and

that all statements made on information and belief are believed to be true; and further that these

statements were made with the knowledge that willful false statements and the like so made are

punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

Code and that such willful false statements may jeopardize the validity of the application or any

patent issued thereon.

November 26, 2013
Date                                                      Signature

                                           Charles G. SHAMOON
                                           Printed Name

                                           President, UBIQUITOUS CONNECTIVITY, LP
                                           Printed Title

P2921569.A07; AH/dj

2

**Appx01458**

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13271203 |
| **Filing Date:** | 11-Oct-2011 |
| **Title of Invention:** | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
| **First Named Inventor/Applicant Name:** | Charles G. Shamoon |
| **Filer:** | Abraham Hershkovitz |
| **Attorney Docket Number:** | P2921569CON |

Filed as Small Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Statutory or Terminal Disclaimer | 1814 | 1 | 160 | 160 |
| **Total in USD ($)** | | | | **160** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 17515942 |
| **Application Number:** | 13271203 |
| **International Application Number:** | |
| **Confirmation Number:** | 1022 |
| **Title of Invention:** | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
| **First Named Inventor/Applicant Name:** | Charles G. Shamoon |
| **Customer Number:** | 40401 |
| **Filer:** | Abraham Hershkovitz |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | P2921569CON |
| **Receipt Date:** | 26-NOV-2013 |
| **Filing Date:** | 11-OCT-2011 |
| **Time Stamp:** | 23:13:11 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $160 |
| RAM confirmation Number | 11728 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

Appx01461

| 1 | Miscellaneous Incoming Letter | P2921569CON-A08_Transmittal.pdf | 150614<br>816ac3dec18cc42dfb86cedb9a1103b58cd27c1a3 | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 2 | Response After Final Action | P2921569CON-A08_Rule-116-Resp.pdf | 122359<br>1ed1192f2416e7685efcde717b711e1f079f2cf4 | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | Terminal Disclaimer Filed | P2921569CON-A08_Terminal-Disclaimer.pdf | 794917<br>0da2f0cd35d22027b6d97487c1857831e97554e | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 4 | Fee Worksheet (SB06) | fee-info.pdf | 30521<br>9a5d4540871d6d4196be73d6faa1f4b17a48f4f | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | | | Total Files Size (in bytes): | 1098411 |
|---|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



**HERSHKOVITZ & ASSOCIATES, PLLC**

PATENT AGENCY

2845 DUKE STREET, ALEXANDRIA, VA 22314
TEL. 703-370-4800 ~ FACSIMILE 703-370-4809
patent@hershkovitz.net ~ www.hershkovitz.net

---

Applicant:  Charles E. Shamoon et al.                    Examiner:  Xiang ZHANG

Appl. No.:  13/271,203                                   Group Art Unit:  2641

Appl. Filed:  October 11, 2011                           Confirmation No.:  1022

For:    UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE
        LOCATIONS

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Honorable Commissioner:

Transmitted herewith are RESPONSE AFTER FINAL REJECTION UNDER 37 CFR §1.116
(WITH STATEMENT UNDER 37 CFR §3.73(c)) AND TERMINAL DISCLAIMER in connection
with the above-captioned matter.

The fee has been calculated as shown below:

| Claims After Amendment | No. of Claims Previously Paid | Present Extra | Small Entity | | Large Entity | |
|---|---|---|---|---|---|---|
| | | | Rate | Fee | Rate | Fee |
| *Total Claims: | | **0** | x 40= | $ | x 80= | $ |
| **Indep. Claims: | | **0** | x210= | $ | x420= | $ |
| Extension Fee for        Months | | | | $ | | $ |
| **Other:  Terminal Disclaimer** | | | | **$160.00** | | $ |
| Other: | | | | $ | | $ |
| Other: | | | | $ | | $ |
| | | | Total: | **$160.00** | Total: | $ |

**X** Fee Payment made through EFS.
___ Payment is made herewith by Credit Card (see attached Form PTO-2038).
**X**  The Director is hereby authorized to charge all fees, including those under 37 CFR §§1.16
and 1.17, which are required for entry of the papers submitted herewith, and any fees which
may be required to maintain pendency of this application, to Deposit Account No. 50-2929.
___  The Director is hereby authorized to charge all fees under 37 CFR § 1.18 which may be
required to complete issuance of this application to Deposit Account No. 50-2929.

Respectfully submitted,

Date:  November 26, 2013                        _____/Abe Hershkovitz/_____
                                                Abraham Hershkovitz
                                                Registration No. 45,294

P2921569CON.A08; AH/pjj

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 13/271,203 | Filing Date 10/11/2011 | ☐ To be Mailed |
|---|---|---|---|

ENTITY:  ☐ LARGE  ☒ SMALL  ☐ MICRO

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| AMENDMENT | **11/26/2013** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | · 3 | Minus | ·· 20 | = 0 | x $40 = | 0 |
| | Independent (37 CFR 1.16(h)) | · 1 | Minus | ··· 3 | = 0 | x $210 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/DIANE JOHNSON/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/271,203 | 10/11/2011 | Charles G. Shamoon | P2921569CON | 1022 |

40401          7590          11/18/2013
Hershkovitz & Associates, PLLC
2845 Duke Street
Alexandria, VA 22314

| EXAMINER |
|---|
| ZHANG, XIANG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2641 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 11/18/2013 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

USPTO@hershkovitz.net
patent@hershkovitz.net

| **Office Action Summary** | **Application No.**<br>13/271,203 | **Applicant(s)**<br>SHAMOON ET AL. | |
|---|---|---|---|
| | **Examiner**<br>EDWARD ZHANG | **Art Unit**<br>2641 | **AIA (First Inventor to File) Status**<br>No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☒ Responsive to communication(s) filed on <u>108/16/2013</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a) ☒ This action is **FINAL.**  2b) ☐ This action is non-final.
3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

5) ☒ Claim(s) <u>8-10</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6) ☐ Claim(s) _____ is/are allowed.
7) ☒ Claim(s) <u>8-10</u> is/are rejected.
8) ☐ Claim(s) _____ is/are objected to.
9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

## Application Papers

10) ☐ The specification is objected to by the Examiner.
11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All   b) ☐ Some *  c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
   * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**
1) ☐ Notice of References Cited (PTO-892)
2) ☒ Information Disclosure Statement(s) (PTO/SB/08)
   Paper No(s)/Mail Date <u>08/09/2013</u>.
3) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____ .
4) ☐ Other: _____.

Application/Control Number: 13/271,203                                      Page 2
Art Unit: 2641

## DETAILED ACTION

### *Double Patenting*

1.      Upon cancelling claims 1-7 and adding claims 8-10, the present application

pertaining the nonstatutory double patenting rejection is based on a judicially created

doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the

unjustified or improper timewise extension of the "right to exclude" granted by a patent

and to prevent possible harassment by multiple assignees.   A nonstatutory

obviousness-type double patenting rejection is appropriate where the conflicting claims

are not identical, but at least one examined application claim is not patentably distinct

from the reference claim(s) because the examined application claim is either

anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In

re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d

1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645

(Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re

Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and  *In re Thorington*, 418 F.2d

528, 163 USPQ 644 (CCPA 1969).

        A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)

may be used to overcome an actual or provisional rejection based on a nonstatutory

double patenting ground provided the conflicting application or patent either is shown to

be commonly owned with this application, or claims an invention made as a result of

activities undertaken within the scope of a joint research agreement.

Application/Control Number: 13/271,203                                   Page 3
Art Unit: 2641

     Effective January 1, 1994, a registered attorney or agent of record may sign a

terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with

37 CFR 3.73(b).

     Claims 8-10  are rejected on the ground of nonstatutory obviousness-type double

patenting as being unpatentable over claim 18 of U.S. Patent No. 8064935 B2.

Although the conflicting claims are not identical, they are not patentably distinct from

each other because all the claimed limitations recited the present application are

transparently found in U.S. Pat 8064935 B2 with obvious wording variations.  Take an

example of comparing claims 8 of pending application and claim 18 of US Patent

8064935 B2:

| Claims from instant application 13/271,203 | Claims from U.S Pat 8023947 B2 |
|---|---|
| 8.  A base unit configured to communicate with an environmental device and to communicate with a master remote unit having wireless connectivity, the base unit comprising: | 18.   A base unit configured to communicate with an environmental device and to communicate with a remote unit having wireless connectivity, the base unit comprising: |
| a first communication interface configured to receive environmental information from the environmental device and to send a **control instruction** to the environmental device; | a communication interface configured to receive environmental information from the environmental device and to send a **command** to the environmental device; |
| a wireless communication interface configured to send a **first message** to the master remote unit via a communications network and to receive **a second message** from the master remote unit via the communications network, wherein the first message is a first digital communications message including a representation of the environmental | a wireless module configured to send a **first message** to the remote unit and to receive a **second message** from the remote unit, wherein the first message is a **first short message service (SMS)** message including the environmental information, |

| | |
|---|---|
| information,<br><br>and wherein the second message is a ***second digital communications message*** including a command to the environmental device;<br><br>and a microcontroller configured to process the second message and to send the control instruction based on the command via the first communication interface to the environmental device. | and wherein the second message is a ***second short message service (SMS)*** message including the command to the environmental device;<br><br>and a microcontroller configured to process the second message including the command, and to send the command through the communication interface to the environmental device. |

Claims 9 and 10 are also rejected on the ground of nonstatutory obviousness-type double patenting because they depend on the independent claim 8.

The claims of the instant application (**13/271203**) encompass the same subject matter except the instant "***control instruction***" wherein US Patent **8023947 B2** claims ***command***". In addition, the instant application claims "wireless communication interface configured to send a ***first message*** to the master remote unit via a communications network and to receive ***a second message*** from the master remote unit via the communications network, and wherein the second message is a ***second digital communications message*** including a command to the environmental device" wherein US Patent 8023947 B2 claims "a wireless module configured to send a ***first message*** to the remote unit and to receive a ***second message*** from the remote unit, wherein the first message is a ***first short message service (SMS)*** message including the environmental information, and wherein the second message is a ***second short message service (SMS)*** message including the command to the environmental device".

Application/Control Number: 13/271,203                                          Page 5
Art Unit: 2641

Since the term "control instruction" can be equivalent and interchangeable with the term "command", it would have been obvious to one ordinary skill in the art at the time of the invention to implement the term "command" as claimed by US Patent 8023947.

In addition, the limitation of "a *first message* to the master remote unit via a communications network and to receive *a second message* from the master remote unit via the communications network, and wherein the second message is a *second digital communications message* including a command to the environmental device" as claimed by the instant application is more broad than the limitation of "a *first message* to the remote unit and to receive a *second message* from the remote unit, wherein the first message is a *first short message service (SMS)* message including the environmental information, and wherein the second message is a *second short message service (SMS)* message including the command to the environmental device" as claimed by US Pat 8023947 B2 as evidenced by the term "message" generously encompass any short message service.  As a result, claim 8 of the instant application is broader and it encompasses the limitation of claim 18 of the patent.

## *Conclusion*

2.      Applicant's amendment necessitated the new ground(s) of rejection presented in this Office action.  Accordingly, **THIS ACTION IS MADE FINAL**.  See MPEP

Application/Control Number: 13/271,203                                      Page 6
Art Unit: 2641

§ 706.07(a).  Applicant is reminded of the extension of time policy as set forth in 37
CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE
MONTHS from the mailing date of this action.  In the event a first reply is filed within
TWO MONTHS of the mailing date of this final action and the advisory action is not
mailed until after the end of the THREE-MONTH shortened statutory period, then the
shortened statutory period will expire on the date the advisory action is mailed, and any
extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of
the advisory action.  In no event, however, will the statutory period for reply expire later
than SIX MONTHS from the date of this final action.

If attempts to reach the examiner by telephone are unsuccessful, the
examiner's supervisor, Charles Appiah, can be reached on (571)274-7901. The
fax phone number for the organization where this application or proceeding is
assigned is 571-273-8300.


Information regarding the status of an application may be obtained from the
Patent Application Information Retrieval (PAIR) system.  Status information for
published applications may be obtained from either Private PAIR or Public PAIR.
Status information for unpublished applications is available through Private PAIR only.
For more information about the PAIR system, see http://pair-direct.uspto.gov. Should
you have questions on access to the Private PAIR system, contact the Electronic
Business Center (EBC) at 866-217-9197 (toll-free).

Application/Control Number: 13/271,203                                    Page 7
Art Unit: 2641

If you would like assistance from a USPTO Customer Service Representative or

access to the automated information system, call 800-786-9199 (IN USA OR CANADA)

or 571-272-1000.

/XIANG ZHANG/
Patent Examiner, Art Unit 2641

/Charles N. Appiah/
Supervisory Patent Examiner, Art Unit 2641

/Charles N. Appiah/
Supervisory Patent Examiner, Art Unit 2641

Substitute for form PTO-1449

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
*(Use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | **13/271,203** |
| Filing Date | **October 11, 2011** |
| First Named Inventor | **Charles G. SHAMOON** |
| Art Unit | **2641** |
| Examiner Name | **Xiang ZHANG** |
| Attorney Docket Number | **P2921569CON** |

| Sheet | | **1** | of | **1** | |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /X.Z./ | A1 | US 7,130,719 | 10-31-2006 | Ehlers et al. | |
| /X.Z./ | A2 | US 7,363,031 | 04-22-2008 | Aisa | |
| /X.Z./ | A3 | US 7,379,097 | 05-27-2008 | Ehlers et al. | |
| /X.Z./ | A4 | US 7,418,428 | 08-26-2008 | Ehlers et al. | |
| /X.Z./ | A5 | US 7,639,157 | 12-29-2009 | Whitley et al. | |
| /X.Z./ | A6 | US 7,792,256 | 09-07-2010 | Arledge et al. | |
| /X.Z./ | A7 | US 7,904,074 | 03-08-2011 | Karaoguz et al. | |
| /X.Z./ | A8 | US 8,180,336 | 05-15-2012 | Wesby | |
| /X.Z./ | A9 | US 2004/0063446 | 04-01-2004 | Kennett | |
| /X.Z./ | A10 | US 2006/0147003 | 07-06-2006 | Archacki, Jr. et al. | |
| /X.Z./ | A11 | US 2006/0149395 | 07-06-2006 | Archacki, Jr. et al. | |
| | A12 | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] -Number[4] -Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| /X.Z./ | B1 | WO 0165875 A1 | 09-07-2001 | Sabie | | |
| | | | | | | |
| | | | | | | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | C1 | | |
| | C2 | | |

| Examiner Signature | /Xiang Zhang/ | Date Considered | 11/07/2013 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13271203 | SHAMOON ET AL. |
| | **Examiner** | **Art Unit** |
| | EDWARD ZHANG | 2641 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 455 | 466,404.2,414.2,456.1-456.6 | 01/31/2013 | X.Z |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| See East Search Notes | 02/01/2013 | X.Z |
| Consulted Primary Examiner Olumide | 01/29/2013 | X.Z |
| See East Search Notes | 11/08/2013 | X.Z |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

| | |
|---|---|
| | |

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S2 | 1506274 | ((mobile or telecommunication or wireless or cellular or cell) adj (station or apparatus or terminal or device or client or node phone)) or wtru or plmn or ue or (user adj equipment) pda ((mobile or telecommunication or wireless or cellular or cell) adj (stations or apparatuses or terminals or devices or clients nodes phones)) or wtrus or plmns or ues or (user adj equipments) pdas | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/11/07 14:33 |
| S3 | 1 | (((base adj unit) controller) near5 remote$3) with (S2 near9 ((adjust$3 trigger$4 activat$4 configur$4) near3 (thermostate heater "air conditioner" AC spinkker damper dehumidifier de$humidifier valves vents ventilation))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/11/07 14:35 |
| S4 | 1 | (((base adj unit) controller) near5 remote$3) with (S2 near9 ((adjust$3 trigger$4 activat$4 configur$4) near3 (thermostate heater "air conditioner" "air conditioning" AC spinkker damper dehumidifier de$humidifier valves vents ventilation))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/11/07 14:36 |
| S6 | 0 | (((base adj unit) controller) near5 location) with (S2 near9 ((adjust$3 trigger$4 activat$4 configur$4) near3 (thermostate heater "air conditioner" "air conditioning" AC spinkker damper dehumidifier de$humidifier valves vents ventilation))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/11/07 14:39 |
| S7 | 0 | (((base adj unit) controller bus usb ethernet) near5 location) with (S2 near9 ((adjust$3 trigger$4 activat$4 configur$4) near3 (thermostate heater "air conditioner" "air conditioning" AC spinkker damper dehumidifier de$humidifier valves vents ventilation))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/11/07 14:40 |
| S8 | 7 | ((base adj unit) controller) with (S2 near9 ((adjust$3 trigger$4 activat$4 configur$4) near3 (thermostate heater "air conditioner" AC spinkker damper dehumidifier de$humidifier valves vents ventilation))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/11/07 14:41 |
| S9 | 8 | ((base adj unit) controller bus ethernet) with (S2 near9 (adjust$3 trigger$4 activat$4 configur$4) near3 (thermostate heater "air conditioner" AC spinkker damper dehumidifier | US-PGPUB; USPAT; USOCR; EPO; JPO; | OR | OFF | 2013/11/07 14:41 |

**Appx01475**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | de$humidifier valves vents ventilation))) | DERWENT | | | |
| S11 | 13 | ((base adj unit) controller bus ethernet) same (S2 near9 ((adjust$3 trigger$4 activat$4 configur$4) near3 (thermostate heater "air conditioner" AC spinkker damper dehumidifier de$humidifier valves vents ventilation))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/11/07 14:44 |
| S13 | 39 | ((base adj unit) controller bus ethernet) same ((bluetooth infrared hoc "wireless sensors" "wireless receiver" "wireless receivers" "wireless node" "wireless nodes") near9 ((adjust$3 trigger$4 activat$4 configur$4) near3 (thermostate heater "air conditioner" AC spinkker damper dehumidifier de$humidifier valves vents ventilation))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/11/07 14:47 |
| S15 | 0 | S14 and ("455".clas. "home automation" "vacation home" "vacation homes" "vacation dwelling") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/11/07 14:49 |
| S16 | 48 | ((base adj unit) controller bus ethernet) same ((bluetooth infrared hoc "wireless sensors" "wireless receiver" "wireless receivers" "wireless node" "wireless nodes") near9 ((adjust$3 trigger$4 activat$4 configur$4) near3 (thermostate heater "air conditioner" AC sprinkler fan fans damper dehumidifier de$humidifier valves vents ventilation))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/11/07 14:50 |
| S18 | 24 | ((base adj unit) controller bus ethernet) same ((bluetooth infrared hoc "wireless sensors" "wireless receiver" "wireless receivers" "wireless node" "wireless nodes") near9 ((adjust$3 trigger$4 activat$4 configur$4) near3 (appliance$ door doors window$))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/11/07 14:53 |
| S19 | 9 | S18 and (thermostate heater "air conditioner" AC sprinkler fan fans damper dehumidifier de$humidifier valves vents ventilation) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/11/07 14:53 |

**EAST Search History (Interference)**

< This search history is empty>

**11/8/2013 3:52:58 PM**
**C:\Users\xzhang\Documents\EAST\Workspaces\13271203.wsp**

**Appx01476**

P2921569CON.A06                                                          *Patent*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: Charles G. SHAMOON *et al.*          Examiner: Xiang ZHANG

Appl. No. 13/271,203                                      Group Art Unit: 2641

Appl. Filed: October 11, 2011                         Confirmation No. 1022

For:    UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE
           LOCATIONS

### STATEMENT OF SUBSTANCE OF INTERVIEW

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 23313

Dear Commissioner:

This Statement is filed in reply to the Office Communication of September 20, 2013.  On

September 17, 2013, a personal interview was conducted by the Applicants' representative, Joe

Scafetta, with the Examiner and his Supervisor in the U.S. Patent & Trademark Office.

During the course of the interview, the Applicants' representative discussed the terms and the

support for the elements recited in new independent claim 8 in light of the drawings and the original

specification.  The Examiner indicated that further searching and consideration would be required in

regard to new claims 8-10.  Thus, Applicant thanks the Examiner and his Supervisor for the

courtesies extended during the interview and requests the Examiner to contact the undersigned if

there are any remaining issues that can be clarified in order to advance prosecution of the instant

application.

1

**Appx01477**

P2921569CON.A06                                                        *Patent*

 If a fee is required, please charge any fees to Deposit Account No. 50-2929, referencing

Attorney Docket No. P2921569CON.


 If the Examiner has any questions, the first undersigned practitioner may be contacted at the

below-listed telephone number.

Respectfully submitted,

Charles G. SHAMOON *et al.*

/Dinh X. Nguyen/

_____
Abraham Hershkovitz
Reg. No. 45,294

Date: October 23, 2013
HERSHKOVITZ & ASSOCIATES, PLLC
2845 DUKE STREET
ALEXANDRIA, VA 22314
TEL: (703) 370-4800
FAX: (703) 370-4809
E-MAIL: patent@hershkovitz.net

Dinh Nguyen
Reg. No. 54,923

Joseph Scafetta Jr.
Reg. No. 26,803

P2921569.A06; AH/DXN/JS/rmn

2

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 17215935 |
| **Application Number:** | 13271203 |
| **International Application Number:** | |
| **Confirmation Number:** | 1022 |
| **Title of Invention:** | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
| **First Named Inventor/Applicant Name:** | Charles G. Shamoon |
| **Customer Number:** | 40401 |
| **Filer:** | Abraham Hershkovitz/Dinh Nguyen |
| **Filer Authorized By:** | Abraham Hershkovitz |
| **Attorney Docket Number:** | P2921569CON |
| **Receipt Date:** | 24-OCT-2013 |
| **Filing Date:** | 11-OCT-2011 |
| **Time Stamp:** | 14:23:22 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | P2921569CON-A06-TL.pdf | 149567<br>a22cd63a533ed7c9f09825f627e771c38585af19 | no | 1 |

Warnings:

Information:

| 2 | Miscellaneous Incoming Letter | P2921569CON-A06-Stmt-of-Sub-of-Intrvw.pdf | 111396<br><br>29783a9d1eb09fe6e8c0167dcb7e5c375cb5c2be | no | 2 |

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 260963 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



# HERSHKOVITZ & ASSOCIATES, PLLC
## PATENT AGENCY
**2845 DUKE STREET, ALEXANDRIA, VA 22314**
**TEL. 703-370-4800 ~ FACSIMILE 703-370-4809**
**patent@hershkovitz.net ~ www.hershkovitz.net**

---

Applicants: Charles G. SHAMOON *et al.*                    Examiner: Xiang ZHANG

Appl. No. 13/271,203                    Group Art Unit: 2641

Appl. Filed: October 11, 2011                    Confirmation No. 1022

For: UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS

**Mail Stop: Amendments**
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313

Dear Commissioner:

Transmitted herewith is a **STATEMENT OF SUBSTANCE OF INTERVIEW** in connection with the above-captioned application.

The fee has been calculated as shown below:

| Claims After Amendment | No. of Claims Previously Paid | Present Extra | Small Entity | | Large Entity | |
|---|---|---|---|---|---|---|
| | | | Rate | Fee | Rate | Fee |
| Total Claims: | | **0** | x  40= | $ **0** | x  80= | $ |
| Indep. Claims: | | **0** | x 210= | $ **0** | X420= | $ |
| | | | | | | $ |
| | | Total: | | $ **0** | Total: | $ |

__ Fee Payment made through EFS.
__ Payment is made herewith by Credit Card (see attached Form PTO-2038).
**X** The Director is hereby authorized to charge all fees under 37 C.F.R. §1.16 and §1.17 which may be required to maintain pendency of this application to Deposit Account No. 50-2929.
__ The Director is hereby authorized to charge all fees under 37 C.F.R. §1.18 which may be required to complete issuance of this application to Deposit Account No. 50-2929.

Respectfully submitted,
Charles G. SHAMOON *et al.*

/Dinh X. Nguyen/

Date: October 23, 2013

Abraham Hershkovitz
Registration No. 45,294
Dinh X. Nguyen
Registration No. 54,923
Joseph Scafetta Jr.
Registration No. 26,803

P2921569CON.A06; AH/DXN/JS/rmn

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/271,203 | 10/11/2011 | Charles G. Shamoon | P2921569CON | 1022 |

40401          7590          09/20/2013

Hershkovitz & Associates, PLLC
2845 Duke Street
Alexandria, VA 22314

| EXAMINER |
|---|
| ZHANG, XIANG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2641 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 09/20/2013 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

USPTO@hershkovitz.net
patent@hershkovitz.net

PTOL-90A (Rev. 04/07)

**Appx01482**

| *Applicant-Initiated Interview Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 13/271,203 | SHAMOON ET AL. |
| | Examiner | Art Unit |
| | EDWARD ZHANG | 2641 |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Edward Zhang (Examiner).*          (3) *Charles Appiah (SPE).*

(2) *Joseph Scafetta Jr. (Reg#26,803).*          (4) _____.

Date of Interview: *17 September 2013.*

Type:    ☐ Telephonic   ☐ Video Conference
         ☒ Personal [copy given to: ☐ applicant   ☒ applicant's representative]

Exhibit shown or demonstration conducted:   ☐ Yes   ☒ No.
   If Yes, brief description: _____.

Issues Discussed   ☐101 ☐112 ☐102 ☐103 ☒Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: *8.*

Identification of prior art discussed: _____.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

   *The applicant's representative discussed the terms and support for the elements in light of the drawings and specification recited in new independent claim 8. No agreement has been reached.*
   .

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

| /Xiang Zhang/ | /Charles N. Appiah/ |
|---|---|
| Patent Examiner, Art Unit 2641 | Supervisory Patent Examiner, Art Unit 2641 |

## Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

### Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

37 CFR §1.2 Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

———

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
– An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
   (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.
Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

Substitute for form PTO-1449

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT
*(Use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | **13/271,203** |
| Filing Date | **October 11, 2011** |
| First Named Inventor | **Charles G. SHAMOON** |
| Art Unit | **2641** |
| Examiner Name | **Xiang ZHANG** |
| Attorney Docket Number | **P2921569CON** |

| Sheet | | 1 | of | 1 | |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br><br>Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **A1** | US 7,130,719 | **10-31-2006** | **Ehlers et al.** | |
| | **A2** | US 7,363,031 | **04-22-2008** | **Aisa** | |
| | **A3** | US 7,379,997 | **05-27-2008** | **Ehlers et al.** | |
| | **A4** | US 7,418,428 | **08-26-2008** | **Ehlers et al.** | |
| | **A5** | US 7,639,157 | **12-29-2009** | **Whitley et al.** | |
| | **A6** | US 7,792,256 | **09-07-2010** | **Arledge et al.** | |
| | **A7** | US 7,904,074 | **03-08-2011** | **Karaoguz et al.** | |
| | **A8** | US 8,180,336 | **05-15-2012** | **Wesby** | |
| | **A9** | US 2004/0063446 | **04-01-2004** | **Kennett** | |
| | **A10** | US 2006/0147003 | **07-06-2006** | **Archacki, Jr. et al.** | |
| | **A11** | US 2006/0149395 | **07-06-2006** | **Archacki, Jr. et al.** | |
| | **A12** | | | | |

### FOREIGN  PATENT  DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br><br>Country Code[3] -Number [4] -Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | **B1** | WO 0165875 A1 | **09-07-2001** | **Sabie** | | |
| | | | | | | |
| | | | | | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | **C1** | | |
| | **C2** | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEPE 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
7 September 2001 (07.09.2001)

PCT

(10) International Publication Number
WO 01/65875 A1

(51) International Patent Classification⁷: H04Q 7/22

(21) International Application Number: PCT/RO00/00007

(22) International Filing Date: 7 March 2000 (07.03.2000)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
00-00235    29 February 2000 (29.02.2000)    RO

(71) Applicant and
(72) Inventor: SABIE, Razvan [RO/RO]; Calea Victoriei 1-5, sc.B, et 5, ap.64, R-Bucuresti 3 (RO).

(81) Designated States (national): AE, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, CA, CH, CN, CU, CZ, DE, DK, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MD, MG, MK, MN, MW, MX, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, UA, UG, US, UZ, VN, YU, ZA, ZW.

(84) Designated States (regional): ARIPO patent (GH, GM, KE, LS, MW, SD, SL, SZ, TZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG).

Published:
— with international search report

For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.

(54) Title: METHOD AND DEVICE FOR REMOTE CONTROL AND REMOTE MONITORING VIA SHORT MESSAGE SERVICE



(57) Abstract: Information and Remote Control and Administration Method and Device. It uses a mobile phone network SMS (short messages service) service. Features: the user receives to a mobile phone data as SMS messages; data refer to certain parameters from a certain long distance area of interest, through sensors/measuring devices which transmit all measured data from the area of interest to a device for applying the method. The device for applying the method is characterized by a data reception interface, which transforms the received data in digital signals. These signals are locally transmitted to a two way pager (or any other device able to transmit - receive SMS messages). The pager sends SMS messages, through the mobile phone network, according to the loaded program, to the user's mobile phone. The user, using the same mobile phone, can send SMS messages, through the mobile phone network, to the device for applying the method. The above mentioned device controls/commands the devices/plants from the area of interest, through a control interface, according to the instructions contained by the control messages received from the user.

METHOD AND DEVICE FOR REMOTE CONTROL AND REMOTE MONITORING VIA SHORT MESSAGE
SERVICE

This present invention refers to both the information process and the remote
control & administration process, as method and device, based on any mobile
phone network' Short Message Service (SMS).

The industrial information and the remote control & administration methods
and devices are well known. All of these are generally used in factories, plants,
power stations in such purposes as supervising and controlling the industrial
processes. These information and remote control & administration methods and
devices have the following disadvantages:
- the application area is exclusively an industrial one
- the devices are dedicated by application (especially built for each
  application)
- the devices are extremely complicated
- all these devices involve high costs

This present invention removes all the disadvantages mentioned above by
having universal application, being versatile, being a simple device and easy to be
used.

According to this present invention, specific to the information and remote
control & administration method and device is the fact that the user receives data
from certain parameters which belongs to a certain long distance area of interest,
through sensors or measuring devices. These sensors/ measuring devices are
transmitting the measured data from that specific area of interest to the
information and remote control & administration device. Specific to this device is
the fact that it is constituted of one reception interface, one control interface and a
two-way pager (or any other device for SMS messages transmission reception)
connected to the both above mentioned interfaces. The reception interface has the
following functions: to take data from the sensors/ measuring devices, to translate
all these information and to send them to the two-way pager. The control interface
has the following functions: to take all data from the two-way pager and according
to these data to make the command for those devices and plants from the area of
interest. The two-way pager has the following functions: to receive data from the
reception interface, to give the command to the control interface and to transmit
and receive SMS messages to & from the user's mobile phone. In this way, the
user has the possibility to be well informed about what is going on in his area of
interest and to be able to take action as he likes to, without being actually in the

- 1 -

area of interest. The user can easily do these by transmitting, through his mobile phone, commands, as SMS commands, to the information and remote control & administration device, which controls all the devices & plants from the area of interest. In this way, all the parameters' values of the devices & plants from the area of interest get changed as the user wishes.

The method and the device can be "Information Method and Device" just in case the device used for applying the method is equipped just for transmitting data from the area of interest to the user. In this case, the device doesn't include the control interface and the pager is an one-way pager.

The method and the device can be "Information and Remote Control & Administration Method and Device" just in case the device used for applying the method can administrate the process. In this case the two-way pager is programmed to:

- operate devices & plants from the area of interest, through the control interface, at certain values of the measured parameters;
- transmit all data to the user, in certain conditions according to the program in it, so the user can control the devices & plants from the area of interest as he wishes.

By using devices and usual technologies, this present invention has the following advantages:

- the user is movable, being not tied down to any particularly location;
- all its applications are universal, the personal ones as well as the industrial ones;
- all areas of interest can be easily supervised by the user just using an ordinary mobile phone;
- the user can have as many area of interest as he wishes, by using any number of devices for applying the method he wants to. All these devices are receiving & sending messages from & to only one mobile phone;
- the distance between the areas of interest can be a large one. Distances are depending only on the mobile phone network coverage and its roaming, so the user can use the system from outside his country;
- all commands can be made also from any computer which is connected to the Internet, through any SMS messages site;
- these are very adaptable;
- these have an extensive application area and the user can easily combine the needed fields, as private, industrial, business a.s.o.;
- these are simple and costs are low;
- these are extremely fast in action.

- 2 -

A complete and detailed description of the invention's object can be found below, as the draws no. 1, 2, 3 and 4 picture.

Draw no. 1 pictures a general scheme for achieving the method. This one uses only one sensor or measuring device and control only one device or plant from a single area of interest. It has the following components:

- 1: area of interest
- 2: sensor or measuring device
- 3: device for applying the method
- 4: controlled device or plant
- 5: mobile phone
- 6: user

Draw no. 2 pictures the necessary scheme for building the method application device. It has the following components:

- 7: two-way pager or any other device capable to transmit receive an SMS message
- 8: reception interface
- 9: control interface

Draw no. 3 pictures the general scheme of that method which uses more than one sensors or measuring devices and more than one controlled devices and plants, placed in more than one area of interest.

According to this present invention, the information and remote control method and device are meant for the following purpose: a movable or not user, $\underline{6}$, being placed to any distance away from the area of interest $\underline{1}$, to be able to receive information referring to some certain parameters from that area and also to be able to control certain devices or plants $\underline{4}$, from that area of interest $\underline{1}$, in order to modify the values of those parameters as the user $\underline{6}$ wants.

All values of those parameters are measured by using sensors or measuring devices $\underline{2}$, which are transmitting the measured data to the device for applying the method $\underline{3}$.

The device for applying the method $\underline{3}$ is constituted of: the reception interface $\underline{8}$, a two-way pager $\underline{7}$ (or any other device capable to transmit receive an SMS message) and a control interface $\underline{9}$.

The reception interface $\underline{8}$ is receiving data from the sensors or measuring devices $\underline{2}$ and also is transforming all those data in digital signals which are locally sent to a two-way pager $\underline{7}$ (or any other device capable to transmit receive

- 3 -

an SMS message). The pager is receiving and transforming data, based on the contained program, as SMS messages.

Next the same pager is transmitting the messages through the mobile phone network to the user's 6 mobile phone 5. The mobile phone 5 is noticing and informing the user 6. When the messages are received by the user, he has the possibility to send control messages, as SMS messages, through the mobile phone network, to the device for applying the method 3. This device is receiving the messages through the two-way pager 7 and is transforming these in digital signals. The obtained digital signals are sent to the control interface 9 which is controlling the devices/ plants 4 from the area of interest 1, according to the received messages/ commands from the user 6.

If the user 6 is only informed about what are the changes in the area of interest 1, the method and the device are "Information Method and Device". In this particularly case, the device for applying the method 3 is having only the following components: the reception interface 8 and a one-way pager 7, and it is only transmitting data from the area of interest 1 to the user 6.

The method and the device are "Control Method and Device" if: the user 6 can control devices & plants 4, placed in his area of interest 1; the user is transmitting through his mobile phone 5 control messages as SMS messages, to a device for applying the method 3. The mentioned device for applying the method has the following components: one-way pager 7 (or any other device which can receive SMS messages), which is receiving SMS messages, and a control interface 9, through which it's controlling the devices & plants 4, from the user's 6 area of interest 1, as the user wishes.

The method and the device are "Information and Remote Control & Administration Method and Device" if: inside the device for applying the method 3 , the two way pager 7 is programmed to control the devices & plants 4 from the area of interest 1, at certain values of the measured parameters and in certain conditions according to the loaded program, to transmit all data to the user 6, so the user can control as he wishes the devices & plants 4 from the area of interest 1. The area of interest 1 can be any location where from the user wants to receive data/ information. That supposes that the area of interest can be any location where technological process takes place, any machine, any room, any house, any office, any building, any plant, any car a.s.o. The sensors/ measuring devices 2 notice and measure parameters as: the electric current' intensity, the temperature, the pressure, the humidity, fluid flows, the luminosity, the smoke quantity, any motion, any touch, any data transfer a.s.o., generally speaking any parameter which can be measured. Data transmission from the sensors/ measuring devices 2 to the reception interface can be realized by wire as well as wireless (for instance by using infra-red technology, radio waves a.s.o.). The sensor can be a video

- 4 -

camera. In this case, the transmitted data are even images from the area of interest 1, which can be received on the user's mobile phone display 5, as the current technologies facilitate it.

The device for applying the information & remote control method 3 has the following components:

- reception interface 8 – its duties are: receiving the signals from the sensors and measuring devices 2, transforming these signals in digital signals, sending these to the two way pager 7 through a port.
- the two way pager 7 – its duties are: the first main duties category is to receive data from the reception interface 8, to process these data and to send them to the user 6 as SMS messages, according to the contained program. The second main duties category is to receive messages as SMS messages from the user 6 and to control the controlled devices/ plants 4 according to their own instructions. The third duties category (an optional one) is to confirm the change of parameters values' as user 6 wanted. If the sensors/ measuring devices 2 or the controlled devices & plants 4 are spread over to a larger area can be used a bigger number of two way pagers. The contained program by the two way pager works in an external computer and can be loaded in the pager's internal flash memory, based on the same procedure the program is loaded into the mobile phone. The two way pagers can be replaced with fixed cellular phones or any other device able to transmit SMS messages in order to avoid the data transmission problems, as SMS messages between pagers and mobile phones, or in order to avoid the two way pagers manufacturing with new technologies. A two way pager can achieve both the information duty and the control duty or it can achieve separately the information duty or the control one (the user 6 can be informed through the pager and control the parameters through another pager). These pagers can achieve also the administration duty, the administration program complexity and its administration capacity as many devices and plants being limited only by the internal memory capacity (in which the above mentioned program is loaded). If the memory isn't large enough, the administration duty can be achieve by a computer which is communicating with the mentioned pager and this one is sending the messages forward.
- the control interface 9 – its duty is to control the controlled devices/ plants 4, placed in the area of interest 1, according to the user's messages 6 sent through the two way pager 7. This kind of interfaces (with digital command) is generally used in the industry. A private applications world

wide can generate these applications' standardization (for the labor saving devices remote control and for lower costs).

- the controlled devices/ plants $\underline{4}$ – their duty is to modify the parameters values from the area of interest $\underline{1}$. These devices can be controlled through the control interface $\underline{9}$. These devices can be: technological/ private devices/ plants for cooling/ heating, illuminating devices, alarm systems, audio video equipment, devices for doors' blocking up, video camera, or any other machine/ device/ plant to which can be adjusted a control interface.
- the mobile phone $\underline{5}$ – it can be any digital mobile phone which can receive SMS messages. The communication network can be any one that allows the SMS messages transmission: GSM type, satellite transmission a.s.o.
- the user $\underline{6}$ – is a person and just in case can be a group of persons which share the area of interest or segments of it. In this particularly case some of the used sensors/ measuring devices $\underline{2}$ or some of the used controlled devices/ plants $\underline{4}$ can simultaneous serve, in different combinations, more than one user $\underline{6}$ and being connected to more than one device for applying the method $\underline{3}$. The user $\underline{6}$ will be informed in those ways, events and time stipulated in the program. The user $\underline{6}$ will be able to send control messages according to the specific program mode of operation.

There are few practical samples for the invention' application:
- If in the user's home the temperature lowered too much, the sensor transmits the parameter value to the two way pager; the pager transmits the above mentioned value to the user, as SMS message; the user has the choice to transmit the command to turn on the hitting system or to limit the temperature, as he wishes.
- If in a green house the humidity lowers too much, the parameter value is transmitted to the user which can control the irrigation plants as he wants to.
- The traffic or anybody's presence in certain locations ( houses, offices, fields a.s.o.) can be monitoring by simple intimation or by messages or even by images transmission on the user's mobile phone display; if the user notices that the intruders are unknown persons, he can easily activate the alarm/ the doors blocking up device, call the police, go to his area of interest a.s.o.
- Certain equipment/ other devices usage can be monitoring.

- 6 -

- If the water dangerously penetrates into certain spaces, if there is enough light in the area of interest a.s.o.
- Un-hospitalized sick persons and also children home alone can be monitored; for instance if the child home alone wakes up and cries, the noise/ movement sensor informs the user; the user can turn on the lights, turn on the CD player (nice relaxing music) from long distance;  in the mean while the video camera, having its certain location, can be activated and able to transmit images to the user's mobile phone display.
- If the user is away (vacation for instance) no matter where in the world but he can receive SMS messages, he can easily find out if an intruder goes in his home, if it is a fire in his home, if it is cold/ hot in his home, if it is a flood in his home a.s.o. and he can take action consequently.
- If the user is away for a certain period of time he can discourage any burglar by remote control the illumination system, the CD player, the TV set a.s.o. every evening so any outsider gets the impression that the user is at home.

Practically, the user decides what are the purpose, the way and the configuration in which he uses the information and remote control & administration method and device. The location where from the above mentioned device and method can be used is practically world wide. For particularly isolated locations can be accessed the satellite mobile phone service.

## CLAIMS

1. Information and Remote Control & Administration Method and Device. It uses a mobile phone network SMS (short messages service) service. Features: the user 6 receives to a mobile phone 5 data as SMS messages; data refer to certain parameters from a certain long distance area of interest 1, through sensors/ measuring devices 2 which transmit all measured data from the area of interest 1 to a device for applying  the method 3. The device for applying the method is characterized by a data reception interface 8, which transforms the received data in digital signals. These signals are locally transmitted to a two way pager 7 (or any other device able to transmit - receive SMS messages). The pager sends SMS messages, through the mobile phone network, according to the loaded program, to the user's 6 mobile phone 5. The user, using the same mobile phone 5, can send SMS messages, through the mobile phone network, to the device for applying the method 3. The above mentioned device controls/ commands the devices/ plants 4 from the area of interest 1, through a control interface 9, according to the instructions contained by the control messages received from the user 6.

2. Long Distance Information Method and Device. It uses a mobile phone network SMS (short messages service) service. Features: the user 6 receives long distance data. Data refer to certain parameters from a user's certain area of interest 1. Data are collected using sensors/ measuring devices 2, which transmit the measured data from the area of interest 1 to the device for applying the method 3. The device for applying the method is characterized by a data reception interface 8, which transforms the received data in digital signals. These signals are transmitted to a one way pager 7 (or any other device able to transmit SMS messages). The pager sends SMS messages, through the mobile phone network, according to the loaded program, to the user's 6 mobile phone 5, so the user gets informed about parameters' values from the area of interest.

3. Remote Control Method and Device. It uses a mobile phone network SMS (short messages service) service. Features: the user 6 can control/ command devices/ plants 4, placed in a certain area of interest 1 of his. To achieve the control, the user sends the command as SMS messages, through his mobile phone 5, to the device for applying the method 3. The device for applying the method is characterized by a one way pager 7 (or any other device able to receive SMS messages), which receives the SMS messages, and a control interface 9, trough which the devices/ plants 4 from the user 6 area of interest 1 are controlled/ commanded, as the user wishes.

- 8 -



Fig. 1

Fig. 2

Fig. 3



Fig. 4

Fig. 5

Fig. 6

## INTERNATIONAL SEARCH REPORT

| | Internal Application No |
|---|---|
| | PCT/RO 00/00007 |

**A. CLASSIFICATION OF SUBJECT MATTER**

IPC 7   H04Q7/22

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched  (classification system followed by classification symbols)

IPC 7   H04Q

Documentation searched other than minimum documentation to the extent that such documents are included  in the fields searched

Electronic data base consulted during the  international search (name of data base and,  where practical, search terms used)

EPO-Internal

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category ° | Citation of document, with indication,  where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | EP 0 930 792 A (NOKIA MOBILE PHONES LTD) 21 July 1999 (1999-07-21) column 11, line 16 –column 14, line 46 --- | 1-3 |
| X | WO 99 49680 A (WARFEL KARL B ;SHAND ARTHUR M (US); WHITLEY KEVIN T (US); BELLSOUT) 30 September 1999 (1999-09-30) page 7, line 26 –page 9, line 25 page 11, line 22 –page 13, line 9 --- | 1 |
| X | EP 0 417 944 A (NOKIA MOBILE PHONES LTD) 20 March 1991 (1991-03-20) column 3, line 26 –column 4, line 44 ----- | 2 |

| ☐ | Further documents are listed in the  continuation of box C. | ☒ | Patent family members are listed in annex. |
|---|---|---|---|

° Special categories of cited documents :

"A" document defining the general state of the  art which is not
considered to be of particular relevance

"E" earlier document but published on or after the  international
filing date

"L" document which may throw doubts on priority  claim(s) or
which is cited to establish the publication date of another
citation or other special reason (as  specified)

"O" document referring to an oral disclosure, use,  exhibition or
other means

"P" document published prior to the international  filing date but
later than the priority date claimed

"T" later document published after the  international filing date
or priority date and not in conflict with the  application but
cited to understand the principle or theory  underlying the
invention

"X" document of particular relevance; the claimed  invention
cannot be considered novel or cannot be considered to
involve an inventive step when the document is  taken alone

"Y" document of particular relevance; the claimed  invention
cannot be considered to involve an inventive  step when the
document is combined with one or more other  such docu-
ments, such combination being obvious to a  person skilled
in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 27 October 2000 | 03/11/2000 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2 NL – 2280 HV Rijswijk Tel. (+31–70) 340–2040, Tx. 31 651 epo nl, Fax: (+31–70) 340–3016 | Pham, P |

Form PCT/ISA/210 (second sheet) (July 1992)

## INTERNATIONAL SEARCH REPORT

...ormation on patent family members

| | | Intern al Application No |
|---|---|---|
| | | PCT/RO 00/00007 |

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| EP 0930792 | A | 21-07-1999 | FI | 980115 A | 21-07-1999 |
| WO 9949680 | A | 30-09-1999 | AU | 3201599 A | 18-10-1999 |
| EP 0417944 | A | 20-03-1991 | FI | 894370 A | 16-03-1991 |
| | | | AT | 121035 T | 15-04-1995 |
| | | | DE | 69018550 D | 18-05-1995 |
| | | | DE | 69018550 T | 14-12-1995 |
| | | | JP | 3112751 A | 14-05-1991 |

Form PCT/ISA/210 (patent famiy annex) (July 1992)

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13271203 |
| **Filing Date:** | 11-Oct-2011 |
| **Title of Invention:** | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
| **First Named Inventor/Applicant Name:** | Charles G. Shamoon |
| **Filer:** | Abraham Hershkovitz/Rose Nichols |
| **Attorney Docket Number:** | P2921569CON |

Filed as Small Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 2806 | 1 | 90 | 90 |
| **Total in USD ($)** | | | | **90** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 16545655 |
| **Application Number:** | 13271203 |
| **International Application Number:** | |
| **Confirmation Number:** | 1022 |
| **Title of Invention:** | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
| **First Named Inventor/Applicant Name:** | Charles G. Shamoon |
| **Customer Number:** | 40401 |
| **Filer:** | Abraham Hershkovitz/Dinh Nguyen |
| **Filer Authorized By:** | Abraham Hershkovitz |
| **Attorney Docket Number:** | P2921569CON |
| **Receipt Date:** | 09-AUG-2013 |
| **Filing Date:** | 11-OCT-2011 |
| **Time Stamp:** | 14:47:27 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $90 |
| RAM confirmation Number | 1209 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

Appx01501

| 1 | Transmittal Letter | P2921569CON-A05-TL.pdf | 132458 | no | 1 |
| | | | ef9fd9b05328b25ccf5660575215029d460e39ec | | |

**Warnings:**

**Information:**

| 2 | Miscellaneous Incoming Letter | P2921569CON-08-09-13-IDS.pdf | 109146 | no | 3 |
| | | | c3614bc4708eff849a8af4e357f8a4126311b9b7 | | |

**Warnings:**

**Information:**

| 3 | Information Disclosure Statement (IDS) Form (SB08) | P2921569-A05-08-09-13-PTO-1449.pdf | 179319 | no | 1 |
| | | | b6b4f735968f722c903aa7a02a09efe7c8275c2d | | |

**Warnings:**

**Information:**

This is not an USPTO supplied IDS fillable form

| 4 | Foreign Reference | WO0165875A1.pdf | 662151 | no | 13 |
| | | | b246c2c8053f7dd2aaff3e80ac9da3b5d875d48f | | |

**Warnings:**

**Information:**

| 5 | Fee Worksheet (SB06) | fee-info.pdf | 30567 | no | 2 |
| | | | 71a1c60fe3df8a927103de20bffa092f5793dafb | | |

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | | 1113641 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



**HERSHKOVITZ & ASSOCIATES, PLLC**
PATENT AGENCY
2845 DUKE STREET, ALEXANDRIA, VA 22314
TEL. 703-370-4800 ~ FACSIMILE 703-370-4809
patent@hershkovitz.net ~ www.hershkovitz.net

Applicants: Charles G. SHAMOON *et al.*              Examiner: Xiang ZHANG

Appl. No. 13/271,203              Group Art Unit: 2641

Appl. Filed: October 11, 2011              Confirmation No. 1022

For: UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS

**Mail Stop: Amendments**
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313

Dear Commissioner:

Transmitted herewith are an **SECOND INFORMATION DISCLOSURE STATEMENT, SUBSTITUTE FORM PTO-1449 and REFERENCES** in connection with the above-captioned application.

The fee has been calculated as shown below:

| Claims After Amendment | No. of Claims Previously Paid | Present Extra | Small Entity | | Large Entity | |
|---|---|---|---|---|---|---|
| | | | Rate | Fee | Rate | Fee |
| Total Claims: | | 0 | x 40= | $ 0 | x 80= | $ |
| Indep. Claims: | | 0 | x 210= | $ 0 | X420= | $ |
| Fee for IDS | | | | $ 90.00 | | $ |
| | | Total: | | $ 90.00 | Total: | $ |

__Fee Payment made through EFS.
__ Payment is made herewith by Credit Card (see attached Form PTO-2038).
_X_ The Director is hereby authorized to charge all fees under 37 C.F.R. §1.16 and §1.17 which may be required to maintain pendency of this application to Deposit Account No. 50-2929.
__The Director is hereby authorized to charge all fees under 37 C.F.R. §1.18 which may be required to complete issuance of this application to Deposit Account No. 50-2929.

Respectfully submitted,
Charles G. SHAMOON *et al.*

/Dinh X. Nguyen/

Date: August 9, 2013              _____
                                  Abraham Hershkovitz
                                  Registration No. 45,294
                                  Dinh X. Nguyen
                                  Registration No. 54,923
                                  Joseph Scafetta Jr.
                                  Registration No. 26,803

P2921569CON.A05; AH/DXN/JS/rmn

**Appx01503**

P2921569CON.A05

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Charles G. SHAMOON et al.

Examiner: Xiang ZHANG

Group AU: 2641

Appl. No.: 13/271,203

Att'y Dkt. No.: P2921569CON

Appl. Filed: October 11, 2011

Confirmation No.: 1022

For:    UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE
        LOCATIONS

**INFORMATION DISCLOSURE STATEMENT**

Commissioner for Patents
PO Box 1450
Alexandria, Virginia 23313-1450

Dear Commissioner:

Pursuant to 37 C.F.R. 1.56, 37 C.F.R. 1.97, and 37 C.F.R. 1.98, Applicant hereby directs the Examiner's attention to the following references that were brought to the attention of the undersigned by Applicant:

|      |                  |
|------|------------------|
| (1)  | US 7,130,719;    |
| (2)  | US 7,363,031;    |
| (3)  | US 7,379,997;    |
| (4)  | US 7,418,428;    |
| (5)  | US 7,639,157;    |
| (6)  | US 7,792,256;    |
| (7)  | US 7,904,074;    |
| (8)  | US 8,810,336;    |
| (9)  | US 2004/0063446; |

1

P2921569CON.A05

    (10)    US 2006/0147003;

    (11)    US 2006/0149395; and

    (12)    WO 0 165 875 A1.

A copy of the above-listed document (12) and a completed copy of the Substitute Form PTO-1449, listing all the cited documents, are attached. Copies of documents (1) – (11) are not enclosed since they are U.S. patents or published applications, which are readily available to the Examiner. Accordingly, the Examiner is requested to consider these documents and to indicate such consideration by returning a signed and initialed copy of the Substitute Form PTO-1449 with the first official communication.

In accordance with 37 CFR 1.97(c), this Information Disclosure Statement is filed before the mailing date of any of a final action under § 1.113, a notice of allowance under § 1.311, or an action that otherwise closes prosecution in the application, and it is accompanied by the fee set forth in § 1.17(p). **The required fee of $90.00, for small entity, is also attached.**

However, should a fee not be attached, or if the attached fee is insufficient, please charge any fees and refund excess payments to Deposit Account No. 50-2929, referencing attorney Docket No.: P2921569CON.

2

P2921569CON.A05

Should the Examiner have any questions, the undersigned may be contacted at the below-listed telephone number.

Respectfully submitted,
Charles G. SHAMOON et al.


_____/Dinh X. Nguyen/_____
Abraham Hershkovitz
Reg. No. 45,294

Date:   August 9, 2013_____

HERSHKOVITZ & ASSOCIATES, LLC          Dinh Nguyen
2845 DUKE STREET                                       Reg. No. 54,923
ALEXANDRIA, VA 22314
TEL: (703) 370-4800
FAX: (703) 370-4809
E-MAIL: patent@hershkovitz.net


P2921569.A05; AH/DN/rmn

3

Docket No. P2921569CON                                                    *Patent*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:  Charles G. Shamoon *et al.*          Confirmation No. 1022

Appl. No.  13/271,203                              Group Art Unit:  2641

Filed:  October 11, 2011                           Examiner:  Zhang, Xiang

For:    UBIQUITOUS CONNECTIVITY AND CONTROL
        SYSTEM FOR REMOTE LOCATIONS

### AMENDMENT UNDER 37 C.F.R. §1.111

**Mail Stop: Amendments**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313

Dear Commissioner:

Please enter the following response, amending the above-identified application.  In reply to the Office Action of February 7, 2013, reconsideration and withdrawal of the rejection made therein are respectfully requested, in view of the following amendments and remarks.

This Amendment is timely filed because the Office Action sets a three-month statutory period for response and the Applicants file herewith a petition for a three-month extension of time, with the required fee, thus extending the due date to August 7, 2013.  However, if the Commissioner determines that an additional fee is needed, the U.S. Patent & Trademark Office is hereby authorized to charge any fees in connection therewith or any fee necessary to preserve the pendency of this application or credit any overpayment to Deposit Account No. 50-2929, making reference to Attorney Docket No. P2921569CON.

1

Docket No. P2921569CON                                                    *Patent*

## AMENDMENTS TO THE CLAIMS

*Please cancel claims 1-7 and add new claims 8-10.  No new matter is added.  Each claim is accompanied by a status identifier.*

1-7. (Canceled)

8.  (New)       A base unit configured to communicate with an environmental device and to communicate with a master remote unit having wireless connectivity, the base unit comprising:

a first communication interface configured to receive environmental information from the environmental device and to send a control instruction to the environmental device;

a wireless communication interface configured to send a first message to the master remote unit via a communications network and to receive a second message from the master remote unit via the communications network,

wherein the first message is a first digital communications message including a representation of the environmental information, and

wherein the second message is a second digital communications message including a command to the environmental device; and

a microcontroller configured to process the second message and to send the control instruction based on the command via the first communication interface to the environmental device.

2

Docket No. P2921569CON

*Patent*

9.  (New)      The base unit according to claim 8,

wherein the wireless communication interface is configured to send a third message to a

subordinate  remote unit via the communications network and to receive a fourth message

from the subordinate  remote unit via the communications network,

wherein the fourth message includes a subordinate command to the environmental

device; and

wherein the microcontroller is configured to process the fourth message and to send selectively a

second control instruction based on the subordinate command via the first

communication interface to the environmental device.


10.  (New)      The base unit according to claim 8, wherein the communications network is a

cellular communications network.

3

Docket No. P2921569CON                                                    *Patent*

**REMARKS**

**Claim Rejections Under 35 U.S.C. §112**

In the Office Action, claims 1-7 were rejected under 35 U.S.C. §112 (pre-AIA), first paragraph, because they allegedly fail to comply with the enablement requirement. In order to overcome this rejection, Applicant has cancelled claims 1-7 without prejudice to re-filing them in this application or in a related application.

To expedite prosecution, Applicants have submitted new claims 8-10 which are believed to comply with the enablement requirement. Support for the recitations contained in new claims 8-10 is found throughout the original specification. Thus, no new matter is added.

Applicants' representative will telephone the Examiner shortly for the purpose of arranging a personal interview in order to discuss new claims 8-10 and their patentability over known prior art. Thus, the Examiner is requested to refrain from issuing another Office Action until sometime after the interview is held.

**Conclusion**

Accordingly, withdrawal of the rejection of canceled claims 1-7 is in order and allowance of the new claims 8-10 is earnestly solicited in the next communication from the Examiner.

It is believed that all pending issues have been addressed. However, the absence of a reply to a specific rejection, issue or comment does not signify agreement with or concession of that rejection, issue or comment. In addition, because the arguments made above may not be exhaustive, there may be other reasons for patentability of any or all pending claims or other claims that have not been expressed. Finally, nothing in this reply should be construed as an intent to concede any issue with regard to any claim, and the cancellation of any claim does not necessarily signify concession of the unpatentability of the claim prior to its cancellation.

4

Docket No. P2921569CON                                          *Patent*

If the Examiner has any questions or comments regarding this application before the

Applicants' representative telephones him for a personal interview, the undersigned first

practitioner may be called at the below-listed telephone number.

Respectfully submitted,

Charles G. Shamoon *et al.*

/Dinh X. Nguyen/

Date: <u>August 6, 2013</u>

_____

Abraham Hershkovitz
Reg. No. 45,294
Dinh X. Nguyen
Reg. No. 54,923
Joseph Scafetta Jr.
Reg. No. 26,803

HERSHKOVITZ & ASSOCIATES, PLLC
2845 Duke Street
Alexandria, VA 22314
Telephone: (703) 370-4800
Facsimile:  (703) 370-4809

P2921569CON.A04; AH/DXN/JS

5

**Appx01511**

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13271203 |
| **Filing Date:** | 11-Oct-2011 |
| **Title of Invention:** | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
| **First Named Inventor/Applicant Name:** | Charles G. Shamoon |
| **Filer:** | Abraham Hershkovitz/Rose Nichols |
| **Attorney Docket Number:** | P2921569CON |

Filed as Small Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| Extension - 3 months with $0 paid | 2253 | 1 | 700 | 700 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **700** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 16514596 |
| **Application Number:** | 13271203 |
| **International Application Number:** | |
| **Confirmation Number:** | 1022 |
| **Title of Invention:** | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
| **First Named Inventor/Applicant Name:** | Charles G. Shamoon |
| **Customer Number:** | 40401 |
| **Filer:** | Abraham Hershkovitz/Dinh Nguyen |
| **Filer Authorized By:** | Abraham Hershkovitz |
| **Attorney Docket Number:** | P2921569CON |
| **Receipt Date:** | 06-AUG-2013 |
| **Filing Date:** | 11-OCT-2011 |
| **Time Stamp:** | 16:31:33 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $700 |
| RAM confirmation Number | 3528 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

Appx01514

| 1 | Transmittal Letter | P2921569CON-A04-TL.pdf | 134390<br>e1b11fba49ca150d12199f77f4f124497dd2e8df | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 2 | Extension of Time | P2921569-A04-3Mos-EOT.pdf | 97635<br>dc108cebf0a8dd80c71afe529f8bf283fa098556 | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | Amendment/Req. Reconsideration-After Non-Final Reject | P2921569CON-A04-08-06-13-Amdt.pdf | 119514<br>e2ffc8e52a547cc4ca84e7f27e5c03bb8db5374d | no | 5 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 4 | Fee Worksheet (SB06) | fee-info.pdf | 30614<br>8a09c31688671059c0b1868e863d1de4dbcee15a | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | | Total Files Size (in bytes): | 382153 |
|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



# HERSHKOVITZ & ASSOCIATES, PLLC
## PATENT AGENCY
**2845 DUKE STREET, ALEXANDRIA, VA 22314**
**TEL. 703-370-4800 ~ FACSIMILE 703-370-4809**
**patent@hershkovitz.net ~ www.hershkovitz.net**

---

Applicants: Charles G. SHAMOON *et al.*          Examiner: Xiang ZHANG

Appl. No. 13/271,203          Group Art Unit: 2617

Appl. Filed: October 11, 2011          Confirmation No. 1022

For: UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS

**Mail Stop: Amendments**
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313

Dear Commissioner:

Transmitted herewith are an **AMENDMENT UNDER 37 C.F.R. §1.111** and a **REQUEST FOR EXTENSION OF TIME** in connection with the above-captioned application.

The fee has been calculated as shown below:

| Claims After Amendment | No. of Claims Previously Paid | Present Extra | Small Entity | | Large Entity | |
|---|---|---|---|---|---|---|
| | | | Rate | Fee | Rate | Fee |
| Total Claims: | **20** | **0** | x  40= | $ 0 | x  80= | $ |
| Indep. Claims: | **3** | **0** | x 210= | $ 0 | X420= | $ |
| Extension Fee for **3 months** | | | | **$700.** | | $ |
| Other:  None | | | | $ 0 | | $ |
| | | Total: | | **$700.** | Total: | $ |

__ Fee Payment made through EFS.
__ Payment is made herewith by Credit Card (see attached Form PTO-2038).
**X** The Director is hereby authorized to charge all fees under 37 C.F.R. §1.16 and §1.17 which may be required to maintain pendency of this application to Deposit Account No. 50-2929.
__ The Director is hereby authorized to charge all fees under 37 C.F.R. §1.18 which may be required to complete issuance of this application to Deposit Account No. 50-2929.

Respectfully submitted,
Charles G. SHAMOON *et al.*

/Dinh X. Nguyen/

Date: <u>August 6, 2013</u>

Abraham Hershkovitz
Registration No. 45,294
Dinh X. Nguyen
Registration No. 54,923
Joseph Scafetta Jr.
Registration No. 26,803

P2921569CON.A04; AH/DXN/JS

*Patent*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: Charles G. SHAMOON *et al.*          Examiner: Xiang ZHANG

Appl. No. 13/271,203                                   Group Art Unit: 2617

Appl. Filed: October 11, 2011                     Confirmation No. 1022

For: UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE
LOCATIONS

## <u>REQUEST FOR EXTENSION OF TIME</u>

**Mail Stop: Amendments**
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313

Dear Commissioner:

Please extend the time for response to the Office Action dated February 7, 2013, having a due date of May 7, 2013, by three months, from May 7, 2013 to August 7, 2013.

The fee for this Request is being submitted concurrently herewith through EFS. However, the U.S. Patent and Trademark Office is hereby authorized to charge any more fees necessary to preserve the pendency of this application, or credit any overpayment, to Deposit Account No. 50-2929, referencing Docket No. P2921569CON.

Respectfully submitted,

Charles G. SHAMOON *et al.*

/Dinh X. Nguyen/
_____
Abraham Hershkovitz, Reg. No. 45,294
Dinh X. Nguyen, Reg. No. 54, 923
Joseph Scafetta Jr., Reg. No. 26,803

Date: <u>August 6, 2013</u>
HERSHKOVITZ & ASSOCIATES, PLLC
2845 Duke Street
Alexandria, VA 22314
Telephone: (703) 370-4800
Facsimile:  (703) 370-4809

P2921569CON.A04; AH/DXN/JS

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>13/271,203 | Filing Date<br>10/11/2011 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☐ LARGE  ☒ SMALL  ☐ MICRO

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| AMENDMENT | **08/06/2013** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 3 | Minus | ** 20 | = 0 | x $40 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 1 | Minus | *** 3 | = 0 | x $210 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/Davina Butler/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/271,203 | 10/11/2011 | Charles G. Shamoon | P2921569CON | 1022 |

40401        7590        02/07/2013
Hershkovitz & Associates, LLC
2845 Duke Street
Alexandria, VA 22314

| EXAMINER |
|---|
| ZHANG, XIANG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2641 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 02/07/2013 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

USPTO@hershkovitz.net
patent@hershkovitz.net

Appx01519

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 13/271,203 | SHAMOON ET AL. |
| | **Examiner** | **Art Unit** | |
| | EDWARD ZHANG | 2641 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>11 October 2011</u>.

2a)☐ This action is **FINAL.**    2b)☒ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____ ; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

5)☒ Claim(s) <u>1-7</u> is/are pending in the application.

    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>1-7</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

\* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☒ The drawing(s) filed on <u>11 October 2011</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some \* c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    \* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☒ Information Disclosure Statement(s) (PTO/SB/08) Paper No(s)/Mail Date <u>03/09/2012</u>.

3)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____ .

4)☐ Other: _____.

Application/Control Number: 13/271,203                                        Page 2
Art Unit: 2641

## DETAILED ACTION

### *Claim Rejections - 35 USC § 112*

1.     The following is a quotation of 35 U.S.C. 112(a):

> (a) IN GENERAL.—The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor or joint inventor of carrying out the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), first paragraph:

> The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same and shall set forth the best mode contemplated by the inventor of carrying out his invention.

2.     Claims 1-7 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as failing to comply with the enablement requirement.  The claim(s) contains subject matter which was not described in the specification in such a way as to enable one skilled in the art to which it pertains, or with which it is most nearly connected, to make and/or use the invention.

Regarding claim 1, Applicant claims wherein a microprocessor configured to determine a present location of the slave remote unit based upon the tower cell identification (ID) information, and to determine a command based upon the present location.  Applicants' claim as written includes "tower cell identification (ID) information" (emphasis added), including those unknown to applicant at the time of filing.  Applicants' specification (i.e., [0057]) merely describes the bluetooth chipset identification.

Regarding claim 5, Applicant claims wherein the base station comprising: a processing portion configured to: receive a command from an unknown remote unit; b) determine an identity of the unknown remote unit.  Applicants' claim as written includes

"determine an identity of the unknown remote unit" (emphasis added).  Applicants'

specification (i.e., "the operator may invoke the a command from the remote control unit

14 to the base control unit 16 to activate a select device such as the HVAC unit ",

[0069]) merely teaches the command is sent by the remote control unit which may be

known.


3.      Therefore, the disclosure does not provide sufficient support to enable one skilled

in the art to make and/or use the full scope of the claimed invention without undue

experimentation.  In re Wright, 999 F. 2d, 1557, 1562, 27 USPQ2d 1510, 1513 (Fed.

Cir. 1993).

## *Conclusion*

4.      Any inquiry concerning this communication or earlier communications

from the examiner should be directed to XIANG ZHANG whose telephone

number is (571)270-7693.  The examiner can normally be reached on Monday-

Thursday, 8AM-4PM.


        If attempts to reach the examiner by telephone are unsuccessful, the

examiner's supervisor, Charles Appiah, can be reached on (571)272-7904. The

fax phone number for the organization where this application or proceeding is

assigned is 571-273-8300.

Application/Control Number: 13/271,203                                              Page 4
Art Unit: 2641

  Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

  If you would like assistance from a USPTO Customer Service Representative or

access to the automated information system, call 800-786-9199 (IN USA OR CANADA)

or 571-272-1000.


/XIANG  ZHANG/
Patent Examiner, Art Unit 2641

/OLUMIDE T AJIBADE AKONAI/

Primary Examiner, Art Unit 2641

Form PTO-1449

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | **13/271,203** |
| Filing Date | **October 11, 2011** |
| First Named Inventor | **Charles G. Shamoon** |
| Art Unit | **2617** |
| Examiner Name | **Xiang ZHANG** |
| Attorney Docket Number | **P2921565** |

| Sheet | | **1** | **of** | **3** | |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /X.Z./ | A01 | US 4,918,439 | 04-17-1990 | Steve Wozniak et al. | |
| /X.Z./ | A02 | US 4,965,557 | 10-23-1990 | Charles Schepers et al. | |
| /X.Z./ | A03 | US 5,109,222 A | 04-28-1992 | John Welty | |
| /X.Z./ | A04 | US 5,247,580 A | 09-21-1993 | Toshiyuki Kimura et al. | |
| /X.Z./ | A05 | US 5,544,036 A | 08-06-1996 | Robert J. Brown et al. | |
| /X.Z./ | A06 | US 5,545,857 A | 08-13-1996 | Sang-Su Lee et al | |
| /X.Z./ | A07 | US 5,579,496 A | 11-26-1996 | Bernard V. Steenbrugge | |
| /X.Z./ | A08 | US 5,621,662 A | 04-15-1997 | L. Scott Humphries et al. | |
| /X.Z./ | A09 | US 5,778,256 A | 07-07-1998 | Paul V. Darbee et al. | |
| /X.Z./ | A10 | US 5,805,530 A | 09-08-1998 | C. Eric Youngberg | |
| /X.Z./ | A11 | US 5,818,428 A | 10-06-1998 | Gerald Eisenbrandt et al. | |
| /X.Z./ | A12 | US 5,917,105 A | 06-29-1999 | Xiaojie Xu et al. | |
| /X.Z./ | A13 | US 5,924,486 A | 07-20-1999 | Gregory A. Ehlers et al. | |
| /X.Z./ | A14 | US 6,005,490 A | 12-21-1999 | Mario Higashihara | |
| /X.Z./ | A15 | US 6,014,089 A | 01-11-2000 | Michael J. Tracy et al. | |
| /X.Z./ | A16 | US 6,081,750 A | 06-27-2000 | Steven M. Hoffberg et al. | |
| /X.Z./ | A17 | US 6,104,334 A | 08-15-2000 | David E. Allport | |
| /X.Z./ | A18 | US 6,192,282 B1 | 02-20-2001 | Marjorie L. Smith et al. | |
| /X.Z./ | A19 | US 6,195,589 B1 | 02-27-2001 | Carl Ketcham | |
| /X.Z./ | A20 | US 6,216,956 B1 | 04-17-2001 | Gregory A. Ehlers et al. | |
| /X.Z./ | A21 | US 6,260,765 B1 | 07-17-2001 | Nicholas A. Natale et al. | |
| /X.Z./ | A22 | US 6,264,559 B1 | 07-24-2001 | Lee G. Lawrence et al. | |
| /X.Z./ | A23 | US 6,301,481 B1 | 10-09-2001 | Ivan P. Parra | |
| /X.Z./ | A24 | US 6,393,297 B1 | 05-21-2002 | Ho J. Song | |

| Examiner Signature | /Xiang Zhang/ | Date Considered | 01/24/2013 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

| Substitute for form PTO-1449 | | **Complete if Known** | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | Application Number | **13/271,203** |
| | | Filing Date | **October 11, 2011** |
| | | First Named Inventor | **Charles G. Shamoon** |
| | | Art Unit | **2617** |
| | | Examiner Name | **Xiang ZHANG** |
| Sheet | **2** of **3** | Attorney Docket Number | **P2921565** |

## U.S. PATENT DOCUMENTS (cont'd)

| Examiner Initials* | Cite No.[1] | Document Number  Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /X.Z./ | A25 | US 6,394,359 B1 | 05-28-2002 | Arthur Morgan | |
| /X.Z./ | A26 | US 6,398,727 B1 | 06-04-2002 | Tuan Bui et al.. | |
| /X.Z./ | A27 | US 6,476,714 B2 | 11-05-2002 | Rika Mizuta | |
| /X.Z./ | A28 | US 6,650,249 B2 | 11-18-2003 | Peter R. Meyer et al. | |
| /X.Z./ | A29 | US 6,813,474 B2 | 11-02-2004 | Torrence Robinson et al. | |
| /X.Z./ | A30 | US 6,820,049 B1 | 11-16-2004 | Daniel R. Monroe et al. | |
| /X.Z./ | A31 | US 6,847,822 B1 | 01-25-2005 | Everett Dennison et al. | |
| /X.Z./ | A32 | US 6,854,660 B2 | 02-15-2005 | Sang C. Yoon et al. | |
| /X.Z./ | A33 | US 6,873,824 B2 | 03-29-2005 | Kenneth E. Flick | |
| /X.Z./ | A34 | US 6,919,790 B2 | 07-19-2005 | Ritsuko Kanazawa | |
| /X.Z./ | A35 | US 6,934,862 B2 | 08-23-2005 | John N. Sherwood et al. | |
| /X.Z./ | A36 | US 6,957,393 B2 | 10-18-2005 | Andrew E. Fano et al. | |
| /X.Z./ | A37 | US 6,959,196 B1 | 10-25-2005 | Mark L. Yarkosky | |
| /X.Z./ | A38 | US 6,970,539 B2 | 11-29-2005 | M. Yamamoto et al. | |
| /X.Z./ | A39 | US 6,990,335 B1 | 01-24-2006 | Charles G. Shamoon et al. | |
| /X.Z./ | A40 | US 7,005,979 B2 | 02-28-2006 | Joseph L. Houghawout et al. | |
| /X.Z./ | A41 | US 7,031,663 B2 | 04-18-2006 | Pekka Heinonen et al. | |
| /X.Z./ | A42 | US 7,257,397 B2 | 08-14-2007 | Charles G. Shamoon et al. | |
| /X.Z./ | A43 | US 7,610,113 B2 | 10-27-2009 | E. Cocciadiferro et al. | |
| /X.Z./ | A44 | US 2002/0149705 A1 | 10-17-2002 | Paul G. Allen et al. | |
| /X.Z./ | A45 | US 2003/0034897 A1 | 02-20-2003 | Charles G. Shamoon et al. | |
| /X.Z./ | A46 | US 2003/0034898 A1 | 02-20-2003 | Charles G. Shamoon et al. | |
| /X.Z./ | A47 | US 2004/0092282 A1 | 05-13-2004 | Kyoung-Won Kim et al. | |
| /X.Z./ | A48 | US 2004/0128033 A1 | 07-01-2004 | Chia-Lin Ku et al. | |
| /X.Z./ | A49 | US 2004/0235446 A1 | 11-25-2004 | J. Christopher Flaherty et al. | |
| Examiner Signature | /Xiang Zhang/ | | Date Considered | | 01/24/2013 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

Receipt date: 03/09/2012

| Substitute for form PTO-1449 | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 13/271,203 |
| | Filing Date | **October 11, 2011** |
| | First Named Inventor | **Charles G. Shamoon** |
| | Art Unit | **2617** |
| | Examiner Name | **Xiang ZHANG** |

| Sheet | | **3** | of | **3** | Attorney Docket Number | **P2921565** |
|---|---|---|---|---|---|---|

### U.S. PATENT DOCUMENTS (cont'd)

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /X.Z./ | **A50** | US 2004/0260406 A1 | 12-23-2004 | Per H. Ljunggren et al. | |
| /X.Z./ | **A51** | US 2005/0044225 A1 | 02-24-2005 | Seiya Ota et al. | |
| /X.Z./ | **A52** | US 2005/0259618 A1 | 11-24-2005 | Deepak P. Ahya et al. | |
| /X.Z./ | **A53** | US 2005/0079880 A1 | 04-14-2005 | Peter J. Donner et al. | |
| /X.Z./ | **A54** | US 2007/0167179 A1 | 07-19-2007 | Charles G. Shamoon et al. | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| /X.Z./ | **C1** | Sony Ericsson Mobile Communications AB, GT47/GT48 Control Terminal "Intelligent and Versatile Control Terminal", 2 pages LZT 123 7602 R1D, 2003 | |
| /X.Z./ | **C2** | Sony Ericsson Mobile Communications International GT47/GT48 Technical Description, 43 pages, LZT 123 7607 R1B, First Edition, June 2003 | |
| /X.Z./ | **C3** | Cellgard – Use your GSM cellphone as a remote control for almost anything, "Cellgard", http://www.cellgard.com/index.html, 2 pages (10/17/2005) | |
| /X.Z./ | **C4** | Cellgard – Cellgard Technical Specifications, "Cellgard", http://www.cellgard.com/specs/index.html, 3 pages (10/17/2005) | |
| /X.Z./ | **C5** | Cellgard – Frequently Asked Questions, "Cellgard", http://www.cellgard.com/faq/index.html, 4 pages (10/17/2005) | |

| Examiner Signature | /Xiang Zhang/ | Date Considered | 01/24/2013 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEPE 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

**Appx01526**

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13271203 | SHAMOON ET AL. |
| | **Examiner** | **Art Unit** |
| | EDWARD ZHANG | 2641 |

| CPC- SEARCHED | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| CPC COMBINATION SETS  - SEARCHED | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US CLASSIFICATION SEARCHED | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 455 | 466,404.2,414.2,456.1-456.6 | 01/31/2013 | X.Z |

| SEARCH NOTES | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| See East Search Notes | 02/01/2013 | X.Z |
| Consulted Primary Examiner Olumide | 01/29/2013 | X.Z |

| INTERFERENCE SEARCH | | | |
|---|---|---|---|
| **US Class/ CPC Symbol** | **US Subclass / CPC Group** | **Date** | **Examiner** |
| | | | |

| | |
|---|---|
| | |

**Appx01527**

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|--------------|-----|------------------|---------|------------|
| S1 | 11995 | (determin$6 judg$6 distinguish$4) with master with slave | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/24 14:03 |
| S2 | 18805 | 455/466,404.2,414.2,456.1-456.6.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/24 14:06 |
| S3 | 154 | ( master with slave with ((according base$4) near5 (command cmd message signal$3 pilot sms beacon)) with (location coordinat$4 position)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/24 14:07 |
| S4 | 154 | ( master with slave with ((according base$4) near5 (command cmd message signal$3 pilot sms beacon)) with (location coordinat$4 position)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/24 14:08 |
| S5 | 63 | S1 and S3 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/24 14:08 |
| S6 | 1 | "13271203" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/24 14:10 |
| S7 | 27 | S5 and @ad<"20050106" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/24 14:10 |
| S8 | 3 | (slave with (bsid "base station identifier" "base station identification" "cell ID" "cell identifier") with (location position coordinat$4)) and @ad<"20050106" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/24 15:22 |
| S9 | 1 | "13271023" | US-PGPUB; | OR | OFF | 2013/01/24 15:25 |

**Appx01528**

|  |  |  | USPAT; USOCR; EPO; JPO; DERWENT |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
| S10 | 3 | (slave with (bsid "base station identifier" "base station identification" "cell ID" "cell identifier") same (location position coordinat$4)) and @ad<"20050106" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/24 15:32 |
| S11 | 3 | (slave same (bsid "base station identifier" "base station identification" "cell ID" "cell identifier") same (location position coordinat$4)) and @ad<"20050106" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/24 15:33 |
| S12 | 14 | (slave same ((cell bst bts (base adj3 station) enode nodeb) adj2 ("ID" identifier identification)) same (location position coordinat$4)) and @ad<"20050106" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/24 15:34 |
| S13 | 2327 | "5247580" "5109222" "5544036" "5545857" "5579496" "5621662" "5778256" "5805530" "5917105" "5924486" "6005490" "6014089" "6081750" "6104334" "6081750" "6192282" "6195589" "6216956" "6260765" "6264559" "6301481" "6393297" "6394359" "6398727" "9476714" "6650249" "6813474" "6820049" "6847822" "6854660" "6873824" "6919790" "6934862" "6957393" "6959196" "6970539" "6990335" "7005979" "7031663" "7257397" "7640113" "20020149705" "20060064897" "20030034898" "20040092282" "20040128033" "50040235446" "20040260406" "20050044225" "20050259618" "20050079880" "20070167179" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/24 15:40 |
| S14 | 6 | S13 and ((bsid "base station identifier" "base station identification" "cell ID" "cell identifier") same (location position coordinat$4)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/24 15:40 |
| S15 | 2 | (slave with (bsid "base station identifier" "base station identification" "cell ID" "cell identifier") same (locat$4 trac$6)) and @ad<"20050106" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/24 15:49 |
| S16 | 564 | (slave with (obey$4 follow$5 command$4) with determin$5 with master ) and @ad<"20050106" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/24 15:57 |
| S17 | 6 | S2 and S16 | US-PGPUB; | OR | OFF | 2013/01/24 15:58 |

Appx01529

file:///C|/Users/xzhang/Documents/e-Red%20Folder/13271203/EASTSearchHistory.13271203_AccessibleVersion.htm[2/1/2013 1:39:29 AM]

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | | | |
| S18 | 0 | (slave with (obey$4 follow$5 command$4) with determin$5 with master with (enode "access point" nodeb bst bts (base adj3 station))) and @ad<"20050106" | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | OFF | 2013/01/24<br>16:14 |
| S19 | 60 | (slave with determin$5 with master with (enode "access point" nodeb bst bts (base adj3 station))) and @ad<"20050106" | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | OFF | 2013/01/24<br>16:14 |
| S20 | 2 | "7164887" and (slave with (signal message sms ims pilot command$4) with master ) | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | OFF | 2013/01/24<br>16:33 |
| S21 | 2 | "20030124979" and (("access point" "base station") same master same slave) | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | OFF | 2013/01/24<br>16:53 |
| S22 | 5974 | 455/466.ccls. | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | OFF | 2013/01/31<br>17:55 |
| S23 | 10 | S22 and (master with slave with ((base adj3 station) (access adj point) controller enode nodeb bst)) | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | OFF | 2013/01/31<br>17:55 |
| S24 | 5 | S23 and @ad<"20050106" | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | OFF | 2013/01/31<br>17:56 |
| S25 | 1 | S23 and @ad<"20050106" and ("ID" identifier mac) | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | OFF | 2013/01/31<br>17:56 |
| S26 | 2096 | @ad<"20050106" and ("ID" identifier mac) and (master with slave with ((base adj3 station) (access adj point) controller enode nodeb bst)) | US-PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | OFF | 2013/01/31<br>17:57 |
| S27 | 244 | @ad<"20050106" and (("ID" identifier mac) same (master with slave with ((base | US-PGPUB; | | | 2013/01/31<br>17:57 |

**Appx01530**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | adj3 station) (access adj point) controller enode nodeb bst))) | USPAT; USOCR; EPO; JPO; DERWENT | | | |
| S28 | 196 | @ad<"20050106" and (("ID" identifier) same (master with slave with ((base adj3 station) (access adj point) controller enode nodeb bst))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/31 17:57 |
| S29 | 8 | @ad<"20050106" and (("ID" identifier) same (master with slave with ((base adj3 station) (access adj point) controller enode nodeb bst)) with (command "cmd")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/31 17:58 |
| S30 | 189 | @ad<"20050106" and (("ID" identifier) same (master with slave with (computer server))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/31 18:06 |
| S31 | 7 | @ad<"20050106" and (("ID" identifier) same (master with slave with (computer server)) with (cmd command)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/31 18:06 |
| S32 | 0 | @ad<"20050106" and (("ID" identifier) same (master with slave with (gateway)) with (cmd command)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/31 18:08 |
| S33 | 49 | @ad<"20050106" and (("ID" identifier) same (master with slave same (gateway server (base adj3 station) (access adj point) controller enode nodeb bst)) same (cmd command)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/31 18:09 |
| S34 | 360 | @ad<"20050106" and (master with (gateway server (base adj3 station) (access adj point) controller enode nodeb bst)) with (slave near6 (cmd command)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/31 18:20 |
| S35 | 78 | S34 and ("709".clas. "370".clas. "455".clas. "345".clas. "340".clas.) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/31 18:21 |
| S36 | 34 | S34 and ("709".clas. "370".clas. "455".clas. "345".clas. "340".clas.) and (("id" identifier identification mac)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/31 18:22 |
| S37 | 56 | @ad<"20050106" and (master with (gateway server (base adj3 station) | US-PGPUB; | | | 2013/01/31 18:29 |

Appx01531

file:///C|/Users/xzhang/Documents/e-Red%20Folder/13271203/EASTSearchHistory.13271203_AccessibleVersion.htm[2/1/2013 1:39:29 AM]

| | | | | USPAT; USOCR; EPO; JPO; DERWENT | | | |
|---|---|---|---|---|---|---|---|
| S38 | 81 | @ad<"20050106" and (master with (gateway server (base adj3 station) (access adj point) enode nodeb bst)) with (slave with(cmd command)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2013/01/31 18:29 |

**EAST Search History (Interference)**

< This search history is empty>

**2/1/2013 1:39:17 AM**
**C:\ Users\ xzhang\ Documents\ EAST\ Workspaces\ 13271203.wsp**



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 1022**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 13/271,203 | 10/11/2011 | 455 | 2641 | P2921569CON |
| | RULE | | | |

**APPLICANTS**
Charles G. Shamoon, Little Elm, TX;
Deborah H. Shamoon, Little Elm, TX;
Franklin Eugene Neal, Ashland, KY;
Michael Fehnel, Fuquay Varina, NC;

**\*\* CONTINUING DATA \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
This application is a CON of 11/686,993 03/16/2007 PAT 8,064,935
    which is a DIV of 11/163,372 10/17/2005 PAT 7,257,397
    which is a DIV of 11/160,006 06/06/2005 PAT 6,990,335
    which claims benefit of 60/522,887 11/18/2004

**\*\* FOREIGN APPLICATIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\* IF REQUIRED, FOREIGN FILING LICENSE GRANTED \*\* \*\* SMALL ENTITY \*\***
    10/25/2011

| Foreign Priority claimed ☐ Yes ☑ No | ☐ Met after Allowance | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☐ Yes ☐ No | | | | | |
| Verified and Acknowledged /EDWARD ZHANG/ Examiner's Signature | Initials | TX | 4 | 7 | 2 |

**ADDRESS**

Hershkovitz & Associates, LLC
2845 Duke Street
Alexandria, VA 22314
UNITED STATES

**TITLE**

UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS

| FILING FEE RECEIVED | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| 530 | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

| Index of Claims | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13271203 | SHAMOON ET AL. |
| | **Examiner** | **Art Unit** |
| | EDWARD ZHANG | 2641 |

| ✓ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

☐ **Claims renumbered in the same order as presented by applicant**    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 02/01/2013 | | | | | | | |
| | 1 | ✓ | | | | | | | |
| | 2 | ✓ | | | | | | | |
| | 3 | ✓ | | | | | | | |
| | 4 | ✓ | | | | | | | |
| | 5 | ✓ | | | | | | | |
| | 6 | ✓ | | | | | | | |
| | 7 | ✓ | | | | | | | |



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 13/271,203 | 10/11/2011 | Charles G. Shamoon | P2921569CON |

CONFIRMATION NO. 1022

40401
Hershkovitz & Associates, LLC
2845 Duke Street
Alexandria, VA 22314

**PUBLICATION NOTICE**

*OC000000053810915*

**Title:** UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS

**Publication No.** US-2012-0094638-A1
**Publication Date:** 04/19/2012

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Office of Public Records. The Office of Public Records can be reached by telephone at (703) 308-9726 or (800) 972-6382, by facsimile at (703) 305-8759, by mail addressed to the United States Patent and Trademark Office, Office of Public Records, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently http://pair.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 13/271,203 | 10/11/2011 | 2617 | 530 | P2921569CON | 7 | 2 |

**CONFIRMATION NO. 1022**

40401
Hershkovitz & Associates, LLC
2845 Duke Street
Alexandria, VA 22314

**CORRECTED FILING RECEIPT**



*OC000000053154376*

Date Mailed: 03/19/2012

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**
Charles G. Shamoon, Little Elm, TX;
Deborah H. Shamoon, Little Elm, TX;
Franklin Eugene Neal, Ashland, KY;
Michael Fehnel, Fuquay Varina, NC;

**Power of Attorney:** The patent practitioners associated with Customer Number 000040401

**Domestic Priority data as claimed by applicant**
This application is a CON of 11/686,993 03/16/2007 PAT 8064935
which is a DIV of 11/163,372 10/17/2005 PAT 7257397
which is a DIV of 11/160,006 06/06/2005 PAT 6990335
which claims benefit of 60/522,887 11/18/2004

**Foreign Applications** (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)

**If Required, Foreign Filing License Granted:** 10/25/2011

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 13/271,203**

**Projected Publication Date:** 04/19/2012

**Non-Publication Request:** No

**Early Publication Request:** No
** SMALL ENTITY **

page 1 of 3

Appx01536

**Title**

UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS

**Preliminary Class**

455

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as

page 2 of 3

set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

### *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage, facilitate, and accelerate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

| | Form PTO-1449 | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | Application Number | 13/271,203 |
| | | Filing Date | October 11, 2011 |
| | | First Named Inventor | Charles G. Shamoon |
| | | Art Unit | 2617 |
| | | Examiner Name | Xiang ZHANG |

| Sheet | | 1 | of | 3 | Attorney Docket Number | P2921565 |
|---|---|---|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number / Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A01 | US 4,918,439 | 04-17-1990 | Steve Wozniak et al. | |
| | A02 | US 4,965,557 | 10-23-1990 | Charles Schepers et al. | |
| | A03 | US 5,109,222 A | 04-28-1992 | John Welty | |
| | A04 | US 5,247,580 A | 09-21-1993 | Toshiyuki Kimura et al. | |
| | A05 | US 5,544,036 A | 08-06-1996 | Robert J. Brown et al. | |
| | A06 | US 5,545,857 A | 08-13-1996 | Sang-Su Lee et al | |
| | A07 | US 5,579,496 A | 11-26-1996 | Bernard V. Steenbrugge | |
| | A08 | US 5,621,662 A | 04-15-1997 | L. Scott Humphries et al. | |
| | A09 | US 5,778,256 A | 07-07-1998 | Paul V. Darbee et al. | |
| | A10 | US 5,805,530 A | 09-08-1998 | C. Eric Youngberg | |
| | A11 | US 5,818,428 A | 10-06-1998 | Gerald Eisenbrandt et al. | |
| | A12 | US 5,917,105 A | 06-29-1999 | Xiaojie Xu et al. | |
| | A13 | US 5,924,486 A | 07-20-1999 | Gregory A. Ehlers et al. | |
| | A14 | US 6,005,490 A | 12-21-1999 | Mario Higashihara | |
| | A15 | US 6,014,089 A | 01-11-2000 | Michael J. Tracy et al. | |
| | A16 | US 6,081,750 A | 06-27-2000 | Steven M. Hoffberg et al. | |
| | A17 | US 6,104,334 A | 08-15-2000 | David E. Allport | |
| | A18 | US 6,192,282 B1 | 02-20-2001 | Marjorie L. Smith et al. | |
| | A19 | US 6,195,589 B1 | 02-27-2001 | Carl Ketcham | |
| | A20 | US 6,216,956 B1 | 04-17-2001 | Gregory A. Ehlers et al. | |
| | A21 | US 6,260,765 B1 | 07-17-2001 | Nicholas A. Natale et al. | |
| | A22 | US 6,264,559 B1 | 07-24-2001 | Lee G. Lawrence et al. | |
| | A23 | US 6,301,481 B1 | 10-09-2001 | Ivan P. Parra | |
| | A24 | US 6,393,297 B1 | 05-21-2002 | Ho J. Song | |
| Examiner Signature | | | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

Substitute for form PTO-1449

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | **13/271,203** |
| Filing Date | **October 11, 2011** |
| First Named Inventor | **Charles G. Shamoon** |
| Art Unit | **2617** |
| Examiner Name | **Xiang ZHANG** |
| Attorney Docket Number | **P2921565** |

| Sheet | | **2** | of | **3** | |
|---|---|---|---|---|---|

## U.S. PATENT DOCUMENTS (cont'd)

| Examiner Initials* | Cite No.[1] | Document Number<br><br>Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A25 | US 6,394,359 B1 | 05-28-2002 | Arthur Morgan | |
| | A26 | US 6,398,727 B1 | 06-04-2002 | Tuan Bui et al.. | |
| | A27 | US 6,476,714 B2 | 11-05-2002 | Rika Mizuta | |
| | A28 | US 6,650,249 B2 | 11-18-2003 | Peter R. Meyer et al. | |
| | A29 | US 6,813,474 B2 | 11-02-2004 | Torrence Robinson et al. | |
| | A30 | US 6,820,049 B1 | 11-16-2004 | Daniel R. Monroe et al. | |
| | A31 | US 6,847,822 B1 | 01-25-2005 | Everett Dennison et al. | |
| | A32 | US 6,854,660 B2 | 02-15-2005 | Sang C. Yoon et al. | |
| | A33 | US 6,873,824 B2 | 03-29-2005 | Kenneth E. Flick | |
| | A34 | US 6,919,790 B2 | 07-19-2005 | Ritsuko Kanazawa | |
| | A35 | US 6,934,862 B2 | 08-23-2005 | John N. Sherwood et al. | |
| | A36 | US 6,957,393 B2 | 10-18-2005 | Andrew E. Fano et al. | |
| | A37 | US 6,959,196 B1 | 10-25-2005 | Mark L. Yarkosky | |
| | A38 | US 6,970,539 B2 | 11-29-2005 | M. Yamamoto et al. | |
| | A39 | US 6,990,335 B1 | 01-24-2006 | Charles G. Shamoon et al. | |
| | A40 | US 7,005,979 B2 | 02-28-2006 | Joseph L. Houghawout et al. | |
| | A41 | US 7,031,663 B2 | 04-18-2006 | Pekka Heinonen et al. | |
| | A42 | US 7,257,397 B2 | 08-14-2007 | Charles G. Shamoon et al. | |
| | A43 | US 7,610,113 B2 | 10-27-2009 | E. Cocciadiferro et al. | |
| | A44 | US 2002/0149705 A1 | 10-17-2002 | Paul G. Allen et al. | |
| | A45 | US 2003/0034897 A1 | 02-20-2003 | Charles G. Shamoon et al. | |
| | A46 | US 2003/0034898 A1 | 02-20-2003 | Charles G. Shamoon et al. | |
| | A47 | US 2004/0092282 A1 | 05-13-2004 | Kyoung-Won Kim et al. | |
| | A48 | US 2004/0128033 A1 | 07-01-2004 | Chia-Lin Ku et al. | |
| | A49 | US 2004/0235446 A1 | 11-25-2004 | J. Christopher Flaherty et al. | |
| Examiner Signature | | | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

| Substitute for form PTO-1449 | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 13/271,203 |
| | Filing Date | October 11, 2011 |
| | First Named Inventor | Charles G. Shamoon |
| | Art Unit | 2617 |
| | Examiner Name | Xiang ZHANG |

| Sheet | | 3 | of | 3 | Attorney Docket Number | P2921565 |
|---|---|---|---|---|---|---|

## U.S. PATENT DOCUMENTS (cont'd)

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A50 | US 2004/0260406 A1 | 12-23-2004 | Per H. Ljunggren et al. | |
| | A51 | US 2005/0044225 A1 | 02-24-2005 | Seiya Ota et al. | |
| | A52 | US 2005/0259618 A1 | 11-24-2005 | Deepak P. Ahya et al. | |
| | A53 | US 2005/0079880 A1 | 04-14-2005 | Peter J. Donner et al. | |
| | A54 | US 2007/0167179 A1 | 07-19-2007 | Charles G. Shamoon et al. | |
| | | | | | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | C1 | Sony Ericsson Mobile Communications AB, GT47/GT48 Control Terminal "Intelligent and Versatile Control Terminal", 2 pages LZT 123 7602 R1D, 2003 | |
| | C2 | Sony Ericsson Mobile Communications International GT47/GT48 Technical Description, 43 pages, LZT 123 7607 R1B, First Edition, June 2003 | |
| | C3 | Cellgard – Use your GSM cellphone as a remote control for almost anything, "Cellgard", http://www.cellgard.com/index.html, 2 pages (10/17/2005) | |
| | C4 | Cellgard – Cellgard Technical Specifications, "Cellgard", http://www.cellgard.com/specs/index.html, 3 pages (10/17/2005) | |
| | C5 | Cellgard – Frequently Asked Questions, "Cellgard", http://www.cellgard.com/faq/index.html, 4 pages (10/17/2005) | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 12261390 |
| **Application Number:** | 13271203 |
| **International Application Number:** | |
| **Confirmation Number:** | 1022 |
| **Title of Invention:** | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
| **First Named Inventor/Applicant Name:** | Charles G. Shamoon |
| **Customer Number:** | 40401 |
| **Filer:** | Abraham Hershkovitz/Dinh Nguyen |
| **Filer Authorized By:** | Abraham Hershkovitz |
| **Attorney Docket Number:** | P2921569CON |
| **Receipt Date:** | 09-MAR-2012 |
| **Filing Date:** | 11-OCT-2011 |
| **Time Stamp:** | 09:31:26 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | P2921569_03-08-12_TLforCorrOFRand_Submissionof_ADS.pdf | 54658 ae35257fc890bd0c9749ef849e6e9f41f3d6da3f | no | 1 |

**Warnings:**

**Information:**

| 2 | Miscellaneous Incoming Letter | P2921569_03-08-1_ReqforCorrOFRand_Submissionof_ADS.pdf | 51134 <br> 6b2dd577641bbb66e0c9d230dbc7d247913362d29 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | Miscellaneous Incoming Letter | P2921569_03-08-1_corrected_OFR.pdf | 167236 <br> f160130cdc5fc068565ed9b5d23d2048a6505963 | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 4 | Application Data Sheet | P2921569_03-08-12_ADS.pdf | 300071 <br> ca3eeb0832e175f8c5922a62b0643d44a0b3752c | no | 6 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

This is not an USPTO supplied ADS fillable form

| 5 | Miscellaneous Incoming Letter | P2921569_03-08-12_ResubmissionofInfo_TL.pdf | 55000 <br> 275423fcfc0336b0db799c0e7026285edf808e97 | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 6 | Miscellaneous Incoming Letter | P2921569_03-08-12_ResubmissionofInfo.pdf | 83875 <br> 3cc6ee2ad84b8d80fc9b273a311a0e89b19015e8 | no | 4 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 7 | Information Disclosure Statement (IDS) Form (SB08) | P2921569_03-08-12_PTO1449.pdf | 211454 <br> b153f7deaefe03d17f56b75cecd1432d0940d3e90 | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

This is not an USPTO supplied IDS fillable form

| | **Total Files Size (in bytes):** | | 923428 | | |
|---|---|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



# HERSHKOVITZ & ASSOCIATES, LLC
## PATENT AGENCY
**2845 DUKE STREET, ALEXANDRIA, VA 22314**
**TEL. 703-370-4800 ~ FACSIMILE 703-370-4809**
**patent@hershkovitz.net ~ www.hershkovitz.net**

Applicant: Charles G. SHAMOON et al.

Appl. No.: 13/271,203

Appl. Filed: October 11, 2011

Examiner: Xiang ZHANG
Group AU: 2617

Att'y Dkt. No.: P2921569CON
Confirmation No.: 1022

For: UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Commissioner:

Transmitted herewith is a **REQUEST FOR CORRECTED FILING RECEIPT AND SUBMISSION OF CORRECTED APPLICATION DATA SHEET** in connection with the above-captioned matter.

The fee has been calculated as shown below:

| Claims After Amendment | No. of Claims Previously Paid | Present Extra | Small Entity | | Large Entity | |
|---|---|---|---|---|---|---|
| | | | Rate | Fee | Rate | Fee |
| *Total Claims: | | | x 30= | $ | x 60= | $ |
| **Indep. Claims: | | | x 125= | $ | x250= | $ |
| Extension Fee for | | | | $ | | $ |
| Other: | | | | $ | | $ |
| | | Total: | | $ | Total: | $ |

__Fee Payment made through EFS.
__ Payment is made herewith by Credit Card (see attached Form PTO-2038).
_X_ The Director is hereby authorized to charge all fees under 37 CFR §§ 1.16 and 1.17 which may be required to maintain pendency of this application to Deposit Account No. 50-2929.
__The Director is hereby authorized to charge all fees under 37 CFR § 1.18 which may be required to complete issuance of this application to Deposit Account No. 50-2929.

Respectfully submitted,

Date: _March 8, 2012_

Abraham Hershkovitz
Registration No. 45,294
Dinh Nguyen
Registration No. 54,923

P2921569CON.A03; AH/DN/RMN

**Appx01545**

P2921569CON.A03

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Charles G. SHAMOON et al.

Appl. No.: 13/271,203

Appl. Filed: October 11, 2011

Examiner: Xiang ZHANG
Group AU: 2617

Att'y Dkt. No.: P2921569CON
Confirmation No.: 1022

For: UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE
LOCATIONS

## REQUEST FOR CORRECTED FILING RECEIPT AND SUBMISSION OF
## CORRECTED APPLICATION DATA SHEET

Commissioner for Patents
PO Box 1450
Alexandria, Virginia 23313-1450

Sir:

A Filing Receipt and an Updated Filing Receipt were issued by the USPTO on October 31, 2011 and January 13, 2012, respectively, for the above-captioned matter. In the Receipts, the name of inventor Deborah H. SHAMOON is misspelled as "Deboral H. SHAMOON." Furthermore, Applicant filed concurrently with the application an Information Data Sheet that incorrectly lists the domestic priority data. While the domestic priority data listed in the Updated Filing Receipt is correct, applicant files herewith a correct Information Data Sheet. Applicant requests that the USPTO review the priority data in the Updated Filing Receipt again, which Applicant believes should be consistent with USPTO records.

An annotated copy of the January 13, 2012 Updated Filing Receipt is attached to show the incorrect information. Applicant courteously requests the Office to issue a complete and corrected Filing Receipt showing the corrected Inventors, as indicated in the Declaration filed with this application.

- 1 -

P2921569CON.A03

Should the Examiner have any questions or comments regarding this matter, the Examiner is invited to contact the undersigned at the below listed number.

Respectfully submitted,
Charles G. SHAMOON et al.

Abraham Hershkovitz
Reg. No. 45,294
Dinh Nguyen
Reg. No. 54, 923

Date: _March 6, 2012_
HERSHKOVITZ & ASSOCIATES, LLC
2845 DUKE STREET
ALEXANDRIA, VA 22314
(703) 370-4800
(703) 370-4809 (FAX)

P2921569CON.A03;  AH/DN/rmn

- 2 -

**Appx01547**



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE RECD | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 13/271,203 | 10/11/2011 | 2612 | 530 | P2921569CON | 7 | 2 |

CONFIRMATION NO. 1022

40401
Hershkovitz & Associates, LLC
2845 Duke Street
Alexandria, VA 22314

**UPDATED FILING RECEIPT**



Date Mailed: 01/13/2012

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

Charles G. Shamoon, Little Elm, TX;
Deborah H. Shamoon, Little Elm, TX;
Franklin Eugene Neal, Ashland, KY;
Michael Fehnel, Fuquay Varina, NC;

*Deborah H* (handwritten)

**Power of Attorney:** The patent practitioners associated with Customer Number 000040401

**Domestic Priority data as claimed by applicant**
This application is a CON of 11/686,993 03/16/2007 PAT 8064935 *
which is a DIV of 11/163,372 10/17/2005 PAT 7257397 *
which is a DIV of 11/160,006 06/06/2005 PAT 6990335 *
which claims benefit of 60/522,887 11/18/2004 *
(*)Data provided by applicant is not consistent with PTO records.

**Foreign Applications** (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)

**If Required, Foreign Filing License Granted:** 10/25/2011

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 13/271,203**

**Projected Publication Date:** 04/19/2012

**Non-Publication Request:** No

**Early Publication Request:** No
** SMALL ENTITY **

page 1 of 3

**Appx01548**

**Title**

UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS

**Preliminary Class**

340

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT) An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as

set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form  Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

### *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage, facilitate, and accelerate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

PTO/SB/14 (11-08)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | P2921569CON |
| | Application Number | |

| Title of Invention | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Applicant Information:

**Applicant 1**

Applicant Authority ⦿Inventor ○Legal Representative under 35 U.S.C. 117 ○Party of Interest under 35 U.S.C. 118

| Prefix | Given Name | Middle Name | Family Name | Suffix |
| | Charles | | Shamoon | |

Residence Information (Select One) ⦿ US Residency ○ Non US Residency ○ Active US Military Service

| City | Little Elm | State/Province | TX | Country of Residence | US |

| Citizenship under 37 CFR 1.41(b) | US |

Mailing Address of Applicant:

| Address 1 | 2436 Tisbury Way |
| Address 2 | |

| City | Little Elm | State/Province | TX |
| Postal Code | 75068 | Country | US |

**Applicant 2**

Applicant Authority ⦿Inventor ○Legal Representative under 35 U.S.C. 117 ○Party of Interest under 35 U.S.C. 118

| Prefix | Given Name | Middle Name | Family Name | Suffix |
| | Deborah | | Shamoon | |

Residence Information (Select One) ⦿ US Residency ○ Non US Residency ○ Active US Military Service

| City | Little Elm | State/Province | TX | Country of Residence | US |

| Citizenship under 37 CFR 1.41(b) | US |

Mailing Address of Applicant:

| Address 1 | 2436 Tisbury Way |
| Address 2 | |

| City | Little Elm | State/Province | TX |
| Postal Code | 75068 | Country | US |

**Applicant 3**

Applicant Authority ⦿Inventor ○Legal Representative under 35 U.S.C. 117 ○Party of Interest under 35 U.S.C. 118

| Prefix | Given Name | Middle Name | Family Name | Suffix |
| | Franklin | Eugene | Neal | |

Residence Information (Select One) ⦿ US Residency ○ Non US Residency ○ Active US Military Service

| City | Ashland | State/Province | KY | Country of Residence | US |

Appx01551

PTO/SB/14 (11-08)
Approved for use through 01/31/2014.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | P2921569CON |
|---|---|---|
| | Application Number | |

| Title of Invention | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
|---|---|

| Citizenship under 37 CFR 1.41(b) | | US | |
|---|---|---|---|
| **Mailing Address of Applicant:** | | | |
| Address 1 | 9220 Oak Hill Drive | | |
| Address 2 | | | |
| City | Ashland | State/Province | KY |
| Postal Code | 41102 | Country | US |

| Applicant 4 | | | | |
|---|---|---|---|---|
| Applicant Authority ⦿Inventor | ○Legal Representative under 35 U.S.C. 117 | | ○Party of Interest under 35 U.S.C. 118 | |
| Prefix | Given Name | Middle Name | Family Name | Suffix |
| | Michael | | Fehnel | |
| **Residence Information (Select One)** ⦿ US Residency | ○ Non US Residency | | ○ Active US Military Service | |
| City | Fuquay Varina | State/Province | NC | Country of Residence | US |
| Citizenship under 37 CFR 1.41(b) | | US | | |
| **Mailing Address of Applicant:** | | | | |
| Address 1 | 3021 Bentwillow Drive | | | |
| Address 2 | | | | |
| City | Fuquay Varina | State/Province | NC | |
| Postal Code | 27526 | Country | US | |

| All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. | Add |
|---|---|

## Correspondence Information:

| Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a). | | |
|---|---|---|
| ☐ **An Address is being provided for the correspondence Information of this application.** | | |
| Customer Number | 40401 | |
| Email Address | Docket@hershkovitz.net | Add Email   Remove Email |

## Application Information:

| Title of the Invention | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS | |
|---|---|---|
| Attorney Docket Number | P2921569CON | Small Entity Status Claimed ☒ |
| Application Type | Nonprovisional | |
| Subject Matter | Utility | |
| Suggested Class (if any) | | Sub Class (if any) |
| Suggested Technology Center (if any) | | |
| Total Number of Drawing Sheets (if any) | | Suggested Figure for Publication (if any) |

**Appx01552**

PTO/SB/14 (11-08)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | P2921569CON |
|---|---|---|
| | Application Number | |

| Title of Invention | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
|---|---|

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Enter either Customer Number or complete the Representative Name section below. If both sections are completed the Customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 40401 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78(a)(2) or CFR 1.78(a)(4), and need not otherwise be made part of the specification.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing Date (YYYY-MM-DD)** |
| Unknown | Continuation of | 11686993 | 2007-03-16 |
| Prior Application Status | Pending | | Remove |
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing Date (YYYY-MM-DD)** |
| 11686993 | Division of | 11163372 | 2005-10-17 |
| Prior Application Status | Pending | | Remove |
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing Date (YYYY-MM-DD)** |
| 11163372 | Division of | 11160006 | 2005-06-06 |
| Prior Application Status | | | Remove |
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing Date (YYYY-MM-DD)** |
| 11160006 | non provisional of | 60522887 | 2004-11-18 |
| Prior Application Status | Expired | | Remove |
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing Date (YYYY-MM-DD)** |
| 60522887 | | | 2004-11-18 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

PTO/SB/14 (11-08)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | P2921569CON |
| | Application Number | |
| Title of Invention | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS | |

## Foreign Priority Information:

This section allows for the applicant to claim benefit of foreign priority and to identify any prior foreign application for which priority is not claimed. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(a).

| | | | Remove | |
| Application Number | Country | Parent Filing Date (YYYY-MM-DD) | Priority Claimed | |
| | | | ⚪ Yes ⦿ No | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

## Assignee Information:

Providing this information in the application data sheet does not substitute for compliance with any requirement of part 3 of Title 37 of the CFR to have an assignment recorded in the Office.

**Assignee 1**

If the Assignee is an Organization check here. ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
| | | | | |
| | | | | |

**Mailing Address Information:**

| Address 1 | |
| Address 2 | |
| City | | State/Province | |
| Country | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee Data may be generated within this form by selecting the **Add** button.

## Signature:

A signature of the applicant or representative is required in accordance with 37 CFR 1.33 and 10.18. Please see 37 CFR 1.4(d) for the form of the signature.

| Signature | | Date (YYYY-MM-DD) | 2012-03-08 |
| First Name | DINH | Last Name | NGUYEN | Registration Number | 54923 |

EFS Web 2.2.3

**Appx01554**

PTO/SB/14 (11-08)
Approved for use through 01/31/2014.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | P2921569CON |
| | Application Number | |
| Title of Invention | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS | |

This collection of information is required by 37 CFR 1.76.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.   The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.   A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.   A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.   A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.   A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.   A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.   A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.   A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.   A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

**Appx01556**



# HERSHKOVITZ & ASSOCIATES, LLC
### PATENT AGENCY
2845 DUKE STREET, ALEXANDRIA, VA 22314
TEL. 703-370-4800 ~ FACSIMILE 703-370-4809
patent@hershkovitz.net ~ www.hershkovitz.net

---

Applicant: Charles G. SHAMOON et al.

Appl. No.: 13/271,203

Appl. Filed: October 11, 2011

Examiner: Xiang ZHANG
Group AU: 2617

Att'y Dkt. No.: P2921569CON
Confirmation No.: 1022

For: UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Commissioner:

Transmitted herewith is a **RESUBMISSION OF INFORMATION AND SUBSTITUTE PTO 1449 FORM AND REFERENCES** in connection with the above-captioned matter.

The fee has been calculated as shown below:

| Claims After Amendment | No. of Claims Previously Paid | Present Extra | Small Entity | | Large Entity | |
|---|---|---|---|---|---|---|
| | | | Rate | Fee | Rate | Fee |
| *Total Claims: | | | x 30= | $ | x 60= | $ |
| **Indep. Claims: | | | x 125= | $ | x250= | $ |
| Extension Fee for | | | | $ | | $ |
| Other: | | | | $ | | $ |
| | | Total: | | $ | Total: | $ |

__Fee Payment made through EFS.
__ Payment is made herewith by Credit Card (see attached Form PTO-2038).
_X_The Director is hereby authorized to charge all fees under 37 CFR §§ 1.16 and 1.17 which may be required to maintain pendency of this application to Deposit Account No. 50-2929.
__The Director is hereby authorized to charge all fees under 37 CFR § 1.18 which may be required to complete issuance of this application to Deposit Account No. 50-2929.

Respectfully submitted,

Date: March 8, 2012

Abraham Hershkovitz
Registration No. 45,294
Dinh Nguyen
Registration No. 54,923

P2921569CON.A03; AH/DN/rmn

---

**Appx01557**

PZ119478D.A02

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Charles G. SHAMOON et al.

Appl. No.: 13/271,203

Appl. Filed: October 11, 2011

Examiner: Xiang ZHANG
Group AU: 2617

Att'y Dkt. No.: P2921569CON
Confirmation No.: 1022

For: UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE
LOCATIONS

### RESUBMISSION OF INFORMATION

Commissioner for Patents
PO Box 1450
Alexandria, Virginia 23313-1450


Dear Commissioner:

Pursuant to MPEP §609.02(A)(2), Applicant hereby directs the Examiner's attention to the following references which were cited and considered in the parent application of the present case upon which benefit is claimed under 35 USC §120:

1. 4,918,439
2. 4,965,557
3. 5,109,222
4. 5,247,580
5. 5,544,036
6. 5,545,857
7. 5,579,496
8. 5,621,662
9. 5,778,256
10. 5,805,530
11. 5,818,428
12. 5,917,105
13. 5,924,486
14. 6,005,490

**Appx01558**

P2921569CON.A03

15. 6,014,089

16. 6,081,750

17. 6,104,334

18. 6,192,282

19. 6,195,589

20. 6,216,956

21. 6,260,765

22. 6,264,559

23. 6,301,481

24. 6,393,297

25. 6,394,359

26. 6,398,727

27. 6,476,714

28. 6,650,249

29. 6,813,474

30. 6,820,049

31. 6,847,822

32. 6,854,660

33. 6,873,824

34. 6,919,790

35. 6,934,862

36. 6,957,393

37. 6,959,196

38. 6,970,539

39. 6,990,335

40. 7,005,979

41. 7,031,663

42. 7,257,397

43. 7,610,113

44. 2002/0149705

45. 2003/0034897

P2921569CON.A03

46. 2003/0034898

47. 2004/0092282

48. 2004/0128033

49. 2004/0235446

50. 2004/0260406

51. 2005/0044225

52. 2005/0079880

53. 2005/0259618

54. 2007/0167179

Sony Ericsson Mobile Communications AB, GT47/GT48 Control Terminal "Intelligent and Versatile Control Terminal", 2 pages LZT 123 7602 R1D, 2003;

Sony Ericsson Mobile Communications International GT47/GT48 Technical Description, 43 pages, LZT 123 7607 R1B, First Edition, June 2003;

Cellgard – Use your GSM cellphone as a remote control for almost anything, "Cellgard", http://www.cellgard.com/index.html, 2 pages (10/17/2005);

Cellgard – Cellgard Technical Specifications, "Cellgard", http://www.cellgard.com/specs/index.html, 3 pages (10/17/2005); and

Cellgard – Frequently Asked Questions, "Cellgard", http://www.cellgard.com/faq/index.html, 4 pages (10/17/2005)

In accordance with MPEP §609.02(A)(2), a new listing of the above references (Form PTO-1449) complying with the requirements of 37 CFR §1.98 is submitted concurrently herewith. No copies of the references are enclosed or are required in accordance with MPEP §609.02(A)(2). Additionally, no fee or statement is required for consideration of the above references.

Therefore, the Examiner is courteously requested to include a signed copy of the attached Form PTO-1449 with the next Communication from the USPTO to indicate consideration of the references listed herein.

P2921569CON.A03

The Examiner is invited to direct any questions to the undersigned at the below-listed contact numbers.

Respectfully submitted,
Charles G. SHAMOON et al.

Abraham Hershkovitz
Reg. No. 45,294

Dinh X. Nguyen
Reg. No. 54,294

Date:  March 8, 2012

HERSHKOVITZ & ASSOCIATES, LLC
2845 Duke StreetAlexandria, VA 22314
(703) 370-4800 (tel)
(703) 370-4809 (fax)
Email: patent@hershkovitz.net

P2921569CON.A03; AH/DN/rn

## PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875

Application or Docket Number
13/271,203

### APPLICATION AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE($) | FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 95 | | N/A | |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 310 | | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 125 | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 7 | minus 20 = * | x 30 = | 0.00 | OR | | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 2 | minus 3 = | x 125 = | 0.00 | | | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 0.00 | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 0.00 | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | 530 | | TOTAL | |

### APPLICATION AS AMENDED - PART II

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE($) | ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT A | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE($) | ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT B | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 13/271,203 | 10/11/2011 | 2612 | 530 | P2921569CON | 7 | 2 |

**CONFIRMATION NO. 1022**

40401
Hershkovitz & Associates, LLC
2845 Duke Street
Alexandria, VA 22314

**UPDATED FILING RECEIPT**



*OC000000051971481*

Date Mailed: 01/13/2012

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

Charles G. Shamoon, Little Elm, TX;
Deboral H. Shamoon, Little Elm, TX;
Franklin Eugene Neal, Ashland, KY;
Michael Fehnel, Fuquay Varina, NC;

**Power of Attorney:** The patent practitioners associated with Customer Number 000040401

**Domestic Priority data as claimed by applicant**

This application is a CON of 11/686,993 03/16/2007 PAT 8064935 *
which is a DIV of 11/163,372 10/17/2005 PAT 7257397 *
which is a DIV of 11/160,006 06/06/2005 PAT 6990335 *
which claims benefit of 60/522,887 11/18/2004 *
(*)Data provided by applicant is not consistent with PTO records.

**Foreign Applications** (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)

**If Required, Foreign Filing License Granted:** 10/25/2011

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 13/271,203**

**Projected Publication Date:** 04/19/2012

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***

page 1 of 3

**Appx01563**

**Title**

UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS

**Preliminary Class**

340

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

<u>**GRANTED**</u>

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as

set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

### *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage, facilitate, and accelerate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

P2921569CON.A02

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Charles G. SHAMOON et al.

Appl. No.: 13/271,203

Appl. Filed: October 11, 2011

Examiner: Unknown
Group AU: Unknown

Att'y Dkt. No.: P2921569CON
Confirmation No.: 1022

For: UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE
LOCATIONS

### RESPONSE TO NOTICE TO FILE CORRECTED APPLICATION PAPERS

Mail Stop Missing Parts
Commissioner for Patents
PO Box 1450
Alexandria, Virginia 23313-1450

Sir:

In response to the Notice to File Corrected Application Papers mailed on October 31, 2011, Applicant submits herein a Replacement Sheet for Figure 2 which cures the deficiencies noted in the Notice to File Corrected Application Papers. More specifically, the Notice indicated that portions of Figure 2 were missing and/or blurry. The Replacement Sheet as submitted herein simply provides a clearer drawing of Figure 2, and thus, no new matter is added.

Inasmuch as the Notice sets a two-month shortened statutory period which expired on December 31, 2011, this Response is accompanied by a request for a one-month extension of time, extending the due date to January 31, 2012, and therefore is considered timely.

However, if an extension is deemed by the Patent and Trademark Office to be necessary, the same is hereby requested and the Patent and Trademark Office is hereby authorized to charge any necessary fees in connection therewith or any fees necessary to preserve the pendency of this application to deposit account No. 50-2929, referencing Docket No: P2921569CON.

- 1 -

**Appx01566**

P2921569CON.A02

Should the Examiner have any questions or comments regarding this matter, the Examiner is invited to contact the undersigned at the below listed number.

Respectfully submitted,
Charles G. SHAMOON et al.

Abraham Hershkovitz
Reg. No. 45,294
Dinh Nguyen
Reg. No. 54, 923

Date: January 5 2012
HERSHKOVITZ & ASSOCIATES, LLC
2845 DUKE STREET
ALEXANDRIA, VA 22314
(703) 370-4800
(703) 370-4809 (FAX)

P2921569CON.A02;  AH/DN/dg

- 2 -

REPLACEMENT SHEET
Application No. 13/271,203



**FIG. 2**

# Electronic Patent Application Fee Transmittal

| Application Number: | 13271203 |
|---|---|
| Filing Date: | 11-Oct-2011 |
| Title of Invention: | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
| First Named Inventor/Applicant Name: | Charles G. Shamoon |
| Filer: | Abraham Hershkovitz/Daniel Gordon |
| Attorney Docket Number: | P2921569CON |

Filed as Small Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| Extension - 1 month with $0 paid | 2251 | 1 | 75 | 75 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **75** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 11781487 |
| **Application Number:** | 13271203 |
| **International Application Number:** | |
| **Confirmation Number:** | 1022 |
| **Title of Invention:** | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
| **First Named Inventor/Applicant Name:** | Charles G. Shamoon |
| **Customer Number:** | 40401 |
| **Filer:** | Abraham Hershkovitz/Dinh Nguyen |
| **Filer Authorized By:** | Abraham Hershkovitz |
| **Attorney Docket Number:** | P2921569CON |
| **Receipt Date:** | 06-JAN-2012 |
| **Filing Date:** | 11-OCT-2011 |
| **Time Stamp:** | 17:35:47 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $75 |
| RAM confirmation Number | 4857 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

Appx01571

| 1 | P2921569CON_A02_Resp_NFCAP_Repl_Sheet_and_EOT.pdf | 156929<br><br>32d77dfdc4cf0b5544d94df87f4b4f77a8fe3445 | yes | 5 |
|---|---|---|---|---|

| **Multipart Description/PDF files in .zip description** | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Transmittal Letter | 1 | 1 |
| Extension of Time | 2 | 2 |
| Miscellaneous Incoming Letter | 3 | 4 |
| Drawings-only black and white line drawings | 5 | 5 |

**Warnings:**

**Information:**

| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30536<br><br>459473485d907266735830746e2e0b11b9b0f3ac | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | 187465 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



# HERSHKOVITZ & ASSOCIATES, LLC
## PATENT AGENCY
2845 DUKE STREET, ALEXANDRIA, VA 22314
TEL. 703-370-4800 ~ FACSIMILE 703-370-4809
patent@hershkovitz.net ~ www.hershkovitz.net

---

Applicant: Charles G. SHAMOON et al.

Appl. No.: 13/271,203

Appl. Filed: October 11, 2011

Examiner: Unknown
Group AU: Unknown

Att'y Dkt. No.: P2921569CON
Confirmation No.: 1022

For: UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS

Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Commissioner:

Transmitted herewith is a **RESPONSE TO NOTICE TO FILE CORRECTED APPLICATION PAPERS**, a **REPLACEMENT SHEET** and a **REQUEST FOR EXTENSION OF TIME** in connection with the above-captioned matter.

The fee has been calculated as shown below:

| Claims After Amendment | No. of Claims Previously Paid | Present Extra | Small Entity | | Large Entity | |
|---|---|---|---|---|---|---|
| | | | Rate | Fee | Rate | Fee |
| *Total Claims: | | | x 30= | $ | x 60= | $ |
| **Indep. Claims: | | | x 125= | $ | x250= | $ |
| Extension Fee for  1    Month | | | | **$ 75** | | $ |
| Other: | | | | $ | | $ |
| | | Total: | | **$ 75** | Total: | $ |

**X** Fee Payment made through EFS.
___ Payment is made herewith by Credit Card (see attached Form PTO-2038).
**X** The Director is hereby authorized to charge all fees under 37 CFR §§ 1.16 and 1.17 which may be required to maintain pendency of this application to Deposit Account No. 50-2929.
___ The Director is hereby authorized to charge all fees under 37 CFR § 1.18 which may be required to complete issuance of this application to Deposit Account No. 50-2929.

Respectfully submitted,

Date: January 5, 2012

Abraham Hershkovitz
Registration No. 45,294
Dinh Nguyen
Registration No. 54,923

P2921569CON.A02; AH/DN/dg

**Appx01573**

P2921569CON.A02

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Charles G. SHAMOON et al.

Appl. No.: 13/271,203

Appl. Filed: October 11, 2011

Examiner: Unknown
Group AU: Unknown

Att'y Dkt. No.: P2921569CON
Confirmation No.: 1022

For: UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE
LOCATIONS

### REQUEST FOR EXTENSION OF TIME

Mail Stop Missing Parts
Commissioner for Patents
PO Box 1450
Alexandria, Virginia 23313-1450

Sir:

Please extend the time for response to the Notice to File Corrected Application
Papers dated October 31, 2011, having a due date of December 31, 2011, by one month,
from December 31, 2011 to January 31, 2012.

The fee for this Request is being submitted concurrently herewith through EFS.
However, the Patent and Trademark Office is hereby authorized to charge any fees
necessary to preserve the pendency of this application, or credit any overpayment, to
Deposit Account No. 50-2929, referencing Docket No. P2921569CON.

Respectfully submitted,
Charles G. SHAMOON et al.

Abraham Hershkovitz, Reg. No. 45,294
Dinh Nguyen, Reg. No. 54, 923

Date: January 5 2012
HERSHKOVITZ & ASSOCIATES, LLC
2845 DUKE STREET
ALEXANDRIA, VA 22314
(703) 370-4800
(703) 370-4809 (FAX)

P2921569CON.A02;  AH/DN/dg

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 13/271,203 | 10/11/2011 | Charles G. Shamoon | P2921569CON |

**CONFIRMATION NO. 1022**

40401
Hershkovitz & Associates, LLC
2845 Duke Street
Alexandria, VA 22314

**FORMALITIES LETTER**

*OC000000050596354*

Date Mailed: 10/31/2011

## NOTICE TO FILE CORRECTED APPLICATION PAPERS

### *Filing Date Granted*

An application number and filing date have been accorded to this application. The application is informal since it does not comply with the regulations for the reason(s) indicated below. Applicant is given TWO MONTHS from the date of this Notice within which to correct the informalities indicated below. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

The required item(s) identified below must be timely submitted to avoid abandonment:

- Replacement drawings in compliance with 37 CFR 1.84 and 37 CFR 1.121(d) are required. The drawings submitted are not acceptable because:
  - The drawings submitted to the Office are not electronically reproducible because portions of figures 2 are missing and/or blurry.

Applicant is cautioned that correction of the above items may cause the specification and drawings page count to exceed 100 pages. If the specification and drawings exceed 100 pages, applicant will need to submit the required application size fee.

Replies should be mailed to:

    Mail Stop Missing Parts
    Commissioner for Patents
    P.O. Box 1450
    Alexandria VA 22313-1450

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web.
https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at **1-866-217-9197** or visit our website at http://www.uspto.gov/ebc.

    If you are not using EFS-Web to submit your reply, you must include a copy of this notice.

    /tnegash/

_____

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 13/271,203 | 10/11/2011 | Charles G. Shamoon | P2921569CON |

**CONFIRMATION NO. 1022**

40401
Hershkovitz & Associates, LLC
2845 Duke Street
Alexandria, VA 22314

**POA ACCEPTANCE LETTER**

*OC000000050596644*

Date Mailed: 10/31/2011

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 10/11/2011.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

/tpnguyen/

_____

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1

Appx01577



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 13/271,203 | 10/11/2011 | 2612 | 530 | P2921569CON | 7 | 2 |

**CONFIRMATION NO. 1022**

40401
Hershkovitz & Associates, LLC
2845 Duke Street
Alexandria, VA 22314

**FILING RECEIPT**

*OC000000050596352*

Date Mailed: 10/31/2011

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

    Charles G. Shamoon, Little Elm, TX;
    Deboral H. Shamoon, Little Elm, TX;
    Franklin Eugene Neal, Ashland, KY;
    Michael Fehnel, Fuquay Varina, NC;

**Power of Attorney:** The patent practitioners associated with Customer Number <u>000040401</u>

**Domestic Priority data as claimed by applicant**

    This application is a CON of 11/686,993 03/16/2007 *
    which is a DIV of 11/163,372 10/17/2005 PAT 7,257,397 *
    which is a DIV of 11/160,006 06/06/2005 PAT 6,990,335 *
    which claims benefit of 60/522,887 11/18/2004 *
    (*)Data provided by applicant is not consistent with PTO records.

**Foreign Applications** (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see <u>http://www.uspto.gov</u> for more information.)

**If Required, Foreign Filing License Granted:** 10/25/2011

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 13/271,203**

**Projected Publication Date:** To Be Determined - pending completion of Corrected Papers

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***

**Title**

UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS

**Preliminary Class**

340

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**<u>GRANTED</u>**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as

set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

## PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875

Application or Docket Number
13/271,203

### APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 95 | | N/A | |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 310 | | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 125 | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 7 minus 20 = | * | x 30 = | 0.00 | OR | | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 2 minus 3 = | | x 125 = | 0.00 | | | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 0.00 | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 0.00 | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | 530 | | TOTAL | |

### APPLICATION AS AMENDED - PART II

**AMENDMENT A**

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

**AMENDMENT B**

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

| UTILITY PATENT APPLICATION TRANSMITTAL | Attorney Docket No. | **P2921569CON** |
|---|---|---|
| | First Inventor | **Charles SHAMOON** |
| | Title | **UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS** |

| **APPLICATION ELEMENTS**  See MPEP chapter 600 concerning utility patent application contents. | Address to: | Mail Stop Patent Application  Commissioner for Patents  PO Box 1450  Alexandria, VA 22313-1450 |
|---|---|---|

1. **[X]** Fee Transmittal Form
2. **[X]** Applicant claims small entity status
3. **[X]** Specification including Claims and Abstract  (Total Pages **43**)
4. **[X]** Drawing(s) (35 U.S.C. 113)  Total Sheets **4**
   A. **[X]** Figure to be Published **1**
5. **[X]** Oath or Declaration combined with Power of Attorney Total Sheets **3**
   A.  [ ]  Newly executed;
   B.  **[X]**  Copy from a prior application (for continuation/divisional with Box 18 completed)
      i. [ ] DELETION OF INVENTOR(S) Signed statement attached deleting inventor(s) name in prior application.
6. **[X]**  Application Data Sheet (see 37CFR 1.76)
7.  [ ]  CD-Rom or  CD-R in duplicate, large table or computer program
8.  [ ]  Nucleotide and/or Amino Acid Sequence Submission
   a.  [ ]  Computer Readable Form (CRF)
   b.  Specification Sequence Listing on: i. [ ] CD-ROM or CD-R (2 copies); or ii. [ ] Paper
   c.  [ ]  Statements verifying identity of  above copies
9. [ ]  Assignment Papers (cover sheet & document(s))
10. [ ] 37 CFT 3.73(b) Statement (when there is an assignee)
11. **[X]** Power of Attorney
12. [ ]  English Translation Document
13. [ ]  Information Disclosure Statement (PTO-1449)   [ ] Copies of IDS citations
14. [ ]  Preliminary Amendment
15. [ ]  Claim of Priority
16. [ ]  Nonpublication Request under 35 U.S.C. 122
17. [ ]  Other: Revocation of Attorney of US Application 11/686,993

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Date Sheet under 37 CFR 1.76:
[X] Continuation        [ ] Divisional        [ ] Continuation-in-part (CIP) of prior application No.: **11/686,993**

Prior Application information:     Examiner **Zhang, Xiang**    Art Unit **2617**
For CONTINUATION OR DIVISIONAL APPLICATIONS only; The entire disclosure of the prior application, from which an oath or declaration is supplied in Box 5b, is considered a part of the disclosure of the accompanying continuation or division application and is hereby incorporated by reference.  The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

| UTILITY APPLICATION TRANSMITTAL (continued) | Attorney Docket No. | **P2921569CON** |
|---|---|---|

**19.    The fee due has been calculated as follows:**

**A.    BASIC FILING FEE**

| Large Entity | | Small Entity | | Small Entity e-Filing | | | |
|---|---|---|---|---|---|---|---|
| **Fee Code** | **Fee $** | **Fee Code** | **Fee $** | **Fee Code** | **Fee $** | **Fee Description** | **Fee Paid** |
| 1011 | 380 | 2011 | 190 | 4011 | 95 | Utility Filing Fee | **95** |
| | | | | | | Subtotal  (A) | **$ 95** |

**B.    EXTRA CLAIM FEES FOR UTILITY AND REISSUE**

| Fee Description | Extra Claims In excess of 20/3 | Large Entity | | Small Entity | | Fee Paid |
|---|---|---|---|---|---|---|
| | | **Fee Code** | **Fee $** | **Fee Code** | **Fee $** | |
| 7 Total claims | 0 | 1202 | 60 | 2202 | 30 | $ |
| 2 Independent | 0 | 1201 | 250 | 2201 | 125 | |
| | | | | | Subtotal (B) | **$ 0** |

**C.    ADDITIONAL FEES**

| Large Entity | | Small Entity | | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| **Fee Code** | **Fee $** | **Fee Code** | **Fee $** | | |
| 1111 | 620 | 2111 | 310 | Utility Search Fee | **310** |
| 1311 | 250 | 2311 | 125 | Utility Examination Fee | **125** |
| 1051 | 130 | 2051 | 65 | Surcharge- Late Filing Fee or Oath | |
| 1053 | 130 | 1053 | 130 | Non-English Specification | |
| 1251 | 150 | 2251 | 75 | Extension for Reply within First Month | |
| 8021 | 40 | 8021 | 40 | Recording Each Patent Assignment | |
| | | | | Subtotal (C) | **$ 435** |
| | | | | TOTAL | **$ 530** |

[ ] A check in the amount of $ _____ to cover all fees is attached.
[X] Payment is made by credit card as authorized by EFS.
[ ] Payment is authorized by credit card. (See Form 2038)


[ ] The Director is authorized to charge the fees indicated above and refund excess payments to Deposit Account No. **50-2929** in the name of Hershkovitz & Associates, LLC.

[X] The Director is authorized to charge any additional fees or any underpayment of fees and refund any excess payments to Deposit Account No. **50-2929** in the name of Hershkovitz & Associates, LLC.

| 20. CORRESPONDENCE ADDRESS | | | | |
|---|---|---|---|---|
| [X] Customer Number: **40401** | | OR | [ ] Correspondence address below | |
| *Name* | | | | |
| *Address* | | | | |
| *City* | | *State* | | |
| *Country* | | *Telephone* | **703-370-4800** | *Fax*   **703-370-4809** |
| *Name (Type/Print)* | **ABRAHAM HERSHKOVITZ** | | *Registration No.* | **45,294** |
| Signature | *(signature)* | | *Date* | **October 11, 2011** |

P2921569.A01; AH/EG/kj

# UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM

# FOR REMOTE LOCATIONS

Related Application

This application is a continuation application of U.S. application Ser. No. 11/686,993, filed March 16, 2007, pending, which is a divisional of U.S. application Ser. No. 11/163,372, filed Oct. 17, 2005, now 7,257,397, patented on August 14, 2007, which is a divisional of U.S. application Ser. No. 11/160,006, filed Jun. 6, 2005, now U.S. Pat. No. 6,990,335, patented on Jan. 24, 2006, which claims the benefit of U.S. Provisional Application No. 60/522,887, filed Nov. 18, 2004, in the name of Charles Shamoon and entitled "Ubiquitous Connectivity and Control System for Remote Locations".   All of the above enumerated applications are hereby incorporated by reference in their entirety.

Field of the Invention

The present invention relates to a remote monitoring and control system for an environment. More specifically, the system relates to on demand bidirectional communication between a remote access unit and a multifunctional base control unit in a geographically remote location.

1

Background of the Invention

In addition to a main residence, modern times provide people and families with vacation homes that are geographically remote from the regular places of residence. Also, owners of businesses generally have their place of business remote from their residence. These structures tend to be affected by changes in environmental characteristics, either natural (i.e., weather conditions), or non-natural (i.e., vandalism, break-ins, etc.). Generally, a thermostat monitors the ambient temperature and regulates a heating/cooling appliance to keep the building within the predefined temperature range thereby accomplishing the typical environmental control. The typical thermostat only monitors the ambient temperatures. Where the building is in a volatile climatic region, it is not always feasible to maintain the full functions of the appliances year round. For example, a building located in a region known for very warm temperatures, if the owner resides several hundred miles away, there would be no need to activate a cooling system on an abnormally warm day during a virtually cool season. There is no system found that monitors the ambient environmental factors

within a predefined range of values, upon an exception to the predefined values, alerts the remotely located owner, and allows the owner to remotely redefine the acceptable environmental parameters. Thus a remote control system solving the aforementioned problem, as well as several others, is desired.

The home control industry is a rapidly growing, multi-billion dollar industry. This growth has been accompanied by the recent development of smart appliances and efforts to development a universal protocol for home control by major companies. The present invention provides the next major development in today's home control industry, ubiquitous connectivity and control of structure environment.

The home control industry has taken steps toward ubiquitous connectivity and control over the years, but these steps have fallen short until now. The home control industry has moved from ultrasonic remote control to infrared remote control to local RF remote control and on to land-line phone home-away-from-home remote control. The advent of improved cell phone technology provided more mobility and convenience to home-away-from-home control. High-speed and wireless Internet access has allowed

3

connectivity to the home through home-based and wireless laptop computers. While an advance in connectivity, mobile Internet connectivity, like its predecessors, is not without significant challenges, especially with mobility and convenience.

The invention of the microcontroller and microcomputer has spawned a robust industry in home automation. An endless number of systems have been created by hobbyist, commercial, and industrial developers. Processes and devices for which automation has been pioneered include audio systems, video systems, security and surveillance systems, lighting systems, watering and irrigation systems, systems for measurement of vital statistics for medical patients, and garage door openers, to name a few. The typical control architecture includes a transmitter and a receiver in which a command is issued by the transmitter and is executed in response by the receiver. Communications links have used radio frequency, infrared, and ultrasonic technologies.

Other technologies used for home automation include power line carrier and telephone line. Power line carrier and telephone line systems both have the benefit of being able to use existing facility wiring for communications. Each has its own benefits and

detriments. Power line systems operate on existing building electrical wiring while telephone line systems use existing telephone wiring. Electrical wiring is usually available in more locations within a building than is telephone wiring. Telephone line systems are generally more secure.

By far the most popular and ubiquitous power line carrier system is the X10. This system use transmitter, receiver, and controller modules connected to the building wiring, usually by plugging directly into an electrical outlet. Each module is individually addressed by a companion module, which is responsive to commands issued or received that are encoded with a preset digital address. The X10 system, like most power line carrier technologies, is characteristically confined to operation within a very limited area, such as within a single building. Newer interfaces have been developed to allow control of a broad range of external communications systems with X10 systems.

The need to expand the geographic range of control for a limited system, such as power line carrier, radio frequency, or infrared, led to the development of telephone interfaces, including voice, DTMF, and Caller ID. While such systems allow users to

exercise control of their facilities remotely, they are not as user friendly and often use tones or cryptic, hard-to-understand, digitized voice prompts. Often a long distance call from a pay telephone was required to access the controller, which had to be interfaced with the facility telephone network.

The availability of personal computers, the Internet, and broadband networks has fueled the explosion in the number of home automation methods and devices. Controlling software is available for Windows, Macintosh, Linux, and DOS based computers. Every imaginable type of input-output port has been used to communicate data into and out of a computer. Examples of available interfaces usable for home automation and control purposes include USB, parallel port, joystick, serial (RS-232, RS-422, RS-485 and the like), audio, ActiveX, and TCP/IP. Bidirectional communications have become more prevalent, allowing a remote operator to not only control but also to observe and monitor the tasks performed by the automation system. Internet-based utilities allow control and monitoring of systems from any computer anywhere in the world.

One of the most relevant entries into the home automation universe is the cellular telephone. In their most basic mode, cell phones can be used to control the same systems accessible by conventional telephones through the dial-up POTS network. A more advanced method involves the use of the cell phone network's short message service ("SMS") in which text messages are sent to and received from a controlled system. SMS messages travel on the same cellular network (on the same physical layer) as standard voice calls but on a different logical channel.

Summary of the Invention

The present invention uses an on-demand digital, private, and direct communications interface to overcome the shortcomings and limitations of current communications interfacing. A digital, private, and direct-connect remote controller provides instant wireless connectivity to the home from anywhere in the world without dialing a number or waiting for a number of tones to send a command or to know the status of conditions in the home; provides silent and constant direct two-way communication privately and globally, with the home for control and monitoring of key functions; eliminates

7

limitations, immobility, and inopportunities to connect, monitor and control the home, globally; can be configured to interface with many existing and future home automation systems and technologies; provides instant ubiquitous control for the end-user; and, if so desired, eliminates the need for the PC, modems and interconnected wiring.

The digital private direct connect controller allows the end-user to finally realize true global connectivity to and control of the home.

Brief Description of the Drawings

The above features and advantages of the present invention will become apparent upon reading the following description taken in conjunction with the accompanying drawings in which:

Figure 1 is a block diagram illustrating a connectivity and control system according to an embodiment of the present invention;

Figure 2 is a block diagram of the remote control unit of the system of Figure 1;

Figure 3 is a block diagram of the essential components of the remote control unit of the system of Figure 1; and

Figure 4 is a block diagram of the base control unit of the system of Figure 1.

Similar reference characters denote corresponding features consistently throughout the attached drawings.

Detailed Description of the Preferred Embodiments

Referring to the drawings, Figure 1 illustrates a ubiquitous connectivity and control system 10 wherein a master remote control unit 12 at a geographically remote location 14 on demand interfaces with a base control unit 16 in a structure 18 to monitor and control associated devices 21 thereat through a short message and/or the data bearer cellular telephone network 22 including control towers 24. The system 10 further includes associated control units 26 that are enabled by the base control unit 16 to undertake select monitoring and controlling activities in a proximate area 28. Associated control units 26 and the master control unit 12 utilize the global position network 27 and/or the cellular telephone network 22 and towers 24 in order to determine their geographical

locations 14, 20 and report this information back to the base control unit 16 using the short message and /or data bearer services of the cellular telephone network 22 and control towers 24.

Referring to Figure 2, the master remote control unit 12 and associated remote control units 26 are Java/J2ME enable cellular telephones 30 having a keypad 32 with a plurality of keys 34 including a select button 36, and an LCD display 38 for displaying textual information 40 and graphical icons 42 responsive to commands received from the base control unit 16 or from other control units configured through base control unit 16 to work with system 10.

Referring to Figure 3, the cellular telephone 30 suitable as a remote control unit 12 or 26 includes a microcontroller 45 electrically interconnected with random access memory 44, read only memory 46, the keypad 32, and the LCD display 38. Power is supplied to the operational components by power control circuits 48 connected to rechargeable batteries 50. Wire 52 electrically interconnects charger 54 to system connector 49. Power from the system connector 49 is controlled through the system bus circuits 47 and microcontroller 45 to charge battery pack 50. The remote

control unit 12 communicates with external devices through the cellular RF interface circuits 56 connected to an antenna 58, a Bluetooth module 60, a universal serial bus (USB) module 62 or through system connector 49 and system bus circuits 47. Cellular voice and data communications are transmitted to and received from the cellular telephone network 22 by the wireless cellular rf circuits 56 in a conventional manner. The Bluetooth data is received and transmitted by the Bluetooth module 60. Global satellite positioning information is received by either an external GPS module 64 or by an integrated GPS receiver incorporated into the cellular RF circuits 56. Data from the external GPS receiver 64 is communicated over serial interface cable 67 connected to system connector 49 and is then transferred to microcontroller 45 through the system bus circuits 47. Audio communications are received on the microphone 66 and are transmitted on the audio speaker 68 through audio interface circuits 69.

The custom JAVA/J2ME application software is transferred into the ROM 46 for access by the microcontroller 45. The application software can be downloaded into the ROM 46 by transmission from the cellular network 22 to the antenna 58 to the microcontroller 45,

which stores the software therein. The application may also be downloaded by an external program device, such as a personal computer (not shown) by Bluetooth module 60, USB interface 62, or from the system connector 49. The RAM 44 provides service or scratchpad memory for computational use by microcontroller 45.

Referring to Figure 4, the base control unit 16 consists a wireless module 70 communicating with a microcontroller 106 for operating a number of separate subsystems. The microcontroller communicates with each of the subsystem components using either a serial or parallel communications bus depending upon the capabilities of the particular subsystem component.

The subsystems contained within the base control unit 16 consist of either off-the-shelf integrated circuits combined with discreet components or complete modules provided by other original equipment manufacturers (OEMs). As there are many different providers of components and modules, only one particular method of systems design and integration is described herein. Those skilled in the art will recognize that there are many ways to put together components and modules to achieve a design with similar features.

12

The base control unit 16 includes a plurality of communication interfaces 72, 74, 76, 78, 80, 82, 84 86 and 88 for providing the means for remote control and remote monitoring of the various subsystems within the residential environment. Remote monitoring and control can be achieved through either the wireless module 70 or the Ethernet interface 82. A multi-purpose expansion bus 89 is a proprietary bus providing a custom communications interface for accessories developed exclusively for use with the base control unit.

The base control unit 16 consists of an antenna 90 which is attached to the wireless interface module 70. The antenna connection may be made either directly through a connector incorporated as part of the antenna or through a coaxial cable so that the antenna 90 may be mounted at a location remote from the base control unit.

The wireless interface module 70 provides both voice and data communications capabilities to the base control unit 16 through audio interface 94, power interface 96 and I/O interface 98. A microphone 100 and a speaker 102 provide for voice communications to the user through the audio interface 94 of the wireless interface module 70. The power interface 96 provides

13
**Appx01596**

power to the module 70 via power supply 104 and also allows a system microcontroller 106 to control the on/off state of the module. The power supply 104 is connected to the structure power supply through connector 108. The I/O interface 98 provides for a data pathway for digital communications over bus 110 as well as providing the means for the system microcontroller 106 to control the various communications aspects of the wireless module 70. Data communicated over bus 110 is RS232 ASCII or text "AT" commands commonly used in telephone modem instruction sets.

The user interacts with the base station through keypad 120 and LCD display 112 to the system microcontroller 106. Applications software embedded into the on–board ROM of the microcontroller 106 provides the functionality for interpreting the keypad 120 input and for displaying appropriate messages on the LCD display 112. Alternatively, the LCD display 112 may be of the well known touch pad design in which the keypad 120 functions are performed by pressing against predetermined screen areas that correspond to key designations. Further, the LCD Display 112 and keypad 120 may be eliminated completely with the base control unit 16 including web services that enable communication through one

of the communications interfaces, such as the Ethernet 82 interface or the USB interface 80, to a connected personal computer equipped with a web browser or other communications software. The base control unit 16 is TCP/IP enabled, permitting its direct connection to a local area network or directly to the Internet. With this configuration, programming and customization of the applications software in the base control unit can be performed from anywhere in the world with an Internet connection.

The interfaces of the base control unit 16 provide for the control and the monitoring of a variety of subsystems within the residential environment as well as providing a means of expanding the functionality of the base station through the use of industry standard interface technologies including universal serial bus (USB) 80; the Ethernet (10/100/1000 Base-T) bus 82 and the RS-232 serial bus 78.

The interface 76, environmental sensor network, is implemented as a 1-Wire® network allowing for a number of various types of temperature, humidity, light-level and other sensors to be monitored by the base control unit 16. The 1-Wire® network is expandable to a wide array of devices including general purpose

digital and analog I/O devices which would allow for the control of
actuators and relays that may be useful for control of air dampers,
water control valves, electronic windows, vents and other such
devices utilized within a typical residential environment.

The interface 74, the air handling control systems interface,
provides the means by which the base station serves to control the
heating, air conditioning and other air handling equipment within
the residence. This interface is designed to replace the standard
thermostat that is typically used within residential heating and
cooling systems. The interface 74 may provide multi-zone
thermostat functions control as well as an interface to electronic air
dampers. The thermostat portion of the base control unit is capable
of controlling an unlimited number of zones.

The serial data bus interface 78 allows for data
communications with the wide range of devices on the market that
support this type of communications interface. Examples of such
data communications include desk top computers, modems, and fax
machines.

The USB interface 80 allows the base control unit 16 to
communicate with other devices that support this type of interface.

This bus can be used to expand the capabilities of the base station and add support for: persistent data storage; peripheral expansion devices (digital cameras etc); and other wireless interfaces (Bluetooth, 802.11).

The Digital Analog and I/O interfaces 84 and 86 respectively allow the base control unit to connect to a wide array of devices that interface to the real world. This allows the base control unit to serve as a bridge between simple devices and the networks to which the base station is connected. Examples of such would include: alarm systems; electronic locks; gate controls; pressure transducers; contact closures; and relays.

The multi-purpose expansion bus 89 is a proprietary bus that allows for the addition of custom accessories developed exclusively for use with the base station.

The power line interface 72 allows the base control unit to communicate over the power line to devices that support a power line communications interface. Examples of these type of interfaces are X10 and HomePlug.

The remote control units 12, 26 take advantage of either GPS Assisted ("GPSA") technology, an external GPS unit 64 or location

based information provided by the cellular network 22. GPSA technology uses cellular–based location information provided by cellular infrastructure pursuant to the E911 protocol or mandate. With GPSA, cellular telephone towers locations have their own GPS receivers installed such that their coordinates are already known and can be readily communicated to the remote control units such that the normal three to five minute delay inherent in GPS position determination is avoided. For remote control units without GPSA technology, an external GPS can be used to communicate geographic location to the software within the remote control unit. The cellular carrier can further provide location based information to the cellular handset by using the cellular towers to determine its geographic location.

Each remote control unit 12, 26 communicates with the base control unit 16 to affect the operational aspects thereof and peripheral equipment operatively attached thereto. For example, a remote control unit can command the base control unit 16 to enter an energy conservation mode. The user moves the cursor of the LCD screen 38 until the desired operational icon 42 is highlighted. The function associated with the icon 42 by the applications software is

triggered by pressing the select button 36. The applications

software communicates the command to the base control unit 16

through the cellular telephone network 22. The command string so

transmitted is received and processed by the base control unit 16.

Upon entering this mode the base control unit 16 adjusts air

handling systems, open or close dampers, open or close window

coverings, and adjusts operation of a hot water heater to conserve

power consumption of the home. In the preferred embodiment, the

remote control units are conventional cellular telephone handsets

that are equipped with a programming kernel, such as Java or J2ME

that enables the telephone to be customized to perform functions

that are not typical of standard cellular telephone operation. For

example, to use a cellular telephone that has a home automation

terminal in its conventional mode, the user would have to enter a

telephone number, dial into a home automation controller, and

press the telephone keys to send DTMF audio signals to the

controller. After the session is completed, the user has to manually

disconnect from the cellular network. The data path between the

remote control unit and the base control unit is SMS ("simple

message service".) However, the implemented port addressing

scheme allows short messages to the remote control unit to bypass standard cellular telephone functions and to operate the features of the unit independently. The desired port to be addressed on the receiving unit is configured in the user data header of the SMS message that is transmitted to the receiving unit as is well known in the art. Further, the various remote control units can send SMS information to and from one another, exclusive of the base control unit in order to change the status information for a particular user. For example, if one remote control unit desires to be inactive, a command is sent to the other remote control unit to change the personal status thereof as displayed on the other units. Similarly, the remote control units can send SMS messages to the applications running in the other remote control units to affect operation parameters of those receiving remote control units.

By way of illustration, if the base control unit notifies the remote control unit of an activation of an alarm system associated with the base control unit, the remote control unit receives textual messages and graphical indicators to alert the user. The user acknowledges receipt of the alert by pressing a button or entering a code. The communication does not involve the voice mode for

20

communicating between the two units. Use of a conventional programmable cellular telephone readily meets the regulatory requirement that a device that participates in the cellular network be FCC or CTIA approved.

SMS port addressing allows Mobile Terminated SMS messages to be processed within the cellular telephone's application software without user intervention. Such uses include Voice Mail notifications, Wireless Access Protocol WAP, E-mail, and Phone Provisioning. The Internet Assigned Numbers Authority (http://www.iana.com) is responsible for defining the use of the various ports and specific ranges of numbers have been assigned for use by application software.

When the Java software application is operationally accessed by microcontroller 45 and started within the remote control unit 12, it attaches itself to a specific port for the reception of SMS messages. All Mobile Terminated (MT) SMS messages that contain a User Data Header (UDH) that indicate a port address, such as 50120, will be forwarded to the application software for processing.

The following AT command sequence is illustrative of the commands the base station unit 16 sends to the wireless module 70

over serial communications interface 110 to send a message to the remote control unit 12 to notify it that the temperature in zone 0 is currently 72 degrees:

ATE=0 \r        Turn off echoing of characters sent to the module

AT+CMGF=0 \rSet Module in PDU Message format

AT+CMGS=44 \r      Total length of PDU is 44 octets

0041000AC102942680880000230605O4C3C800003C7AB90D07E9DFEE724F041381EC6176BDDC13DD64A2970F <ctrl-Z>

The base control unit 16 is configured to interact with and respond to multiple remote control units 12. If multiple remote control units 12, or associate units 26 are deployed, one of the remote control units could be considered a master and all others could be considered slaves. Specific operational characteristics of the base control unit 16 may be configured as to only respond to commands from the master remote control unit. Alternatively, the remote control units may be segregated into classes such that the base control unit responds to commands and communicates

22

selected information to a class containing one or more remote control units. An example would be a first class consisting of remote control units operated by parents and a second class consisting of remote control units operated by children. Information pertaining to the activities of the children may be selectively reported by the base control unit to the parents. By way of illustration, when a child operating a remote control unit in the second class disarms the alarm system prior to entering the residence controlled by the base control unit, parents in the parent class are notified accordingly that the child has arrived at home. The class assignments and configurations are easily customized to provide the notifications desired by the authoritative system operators, in this case, the parents.

The GPS receiver module 64 including antenna 65 is optionally incorporated into the remote control unit 12 for allowing the remote control unit to communicate position information to the base control unit 16. The GPS may also be incorporated into wireless module 56, as in newer CDMA 2000 compatible cellular modules. This feature allows the base control unit to change its operational characteristics based upon the location of the remote control unit(s).

23

For example, the base control unit may adjust the water temperature and thermostats when one of the remote control units comes within a specific distance from the house. The geographic information that is acquired by the GPS subsystem in the remote control unit (whether it is a separate GPS unit or part of the module) can be compared to settings stored in either the remote control unit itself or the base control unit to provide capabilities such as Geo-Fencing, Asset Tracking, and Bio-Location (knowing where a living entity is located).

In the preferred embodiment, the position data are derived from NEMA data received from the GPS component. NEMA data includes latitude, longitude, time, velocity, and heading information. Each information packet is streamed once per second. Data are captured by the remote control unit, they are processed by its application software, and the results are transmitted by port-addressed SMS to the base control unit for proximity detection. Specific remote control units can be configured in such a way that they send a status message to the base control unit if they exceed a programmed set of boundary conditions. If desired, the base control

unit can on its own initiative query the remote control unit to learn its geographic location.

Geographic location information is programmed into the base control unit through keypad 120. Additionally, the geographic location of the base control unit may be entered into a GPS-enabled remote control unit through the application software user interface. A user-determined distance is then programmed into the remote control unit. When the remote control unit travels a distance that exceeds the programmed distance from the base control unit, the remote control unit reports this information to the base control unit. The base control unit will then send this information to the appropriate user or to a predetermined class of users. This is an example of geo-fencing and would be typically used to notify parents that one of their children has traveled beyond a set distance from the home.

The base control unit communicates status information to the remote control unit either on a periodic or event-driven basis. It can initiate communications based on its aggregated inputs, or it can respond to individual requests and commands received from the remote control unit.

Examples of events that could cause the base control unit to initiate a communications session with the remote control unit include fire or burglar alarm activation, HVAC or freezer temperature thresholds exceeded, equipment failures, an air filter change necessary, a change in the home state vector, (occupied, unoccupied) or a geographical boundary condition exceeded by of one of the other remote control units.

In addition to communicating status information to the remote control unit, the base control unit will, as programmed, initiate corrective action for the indicated event. For example, upon communicating an alarm activation message to a remote control unit, the base control unit, upon detecting the presence of an authorized user arriving at the local location, could disable the alarm system. Upon the detection of a member of an authorized class member, the base control unit can start the operation of the whirlpool bath in anticipation of the user's arrival, turn on specified interior and exterior lighting, or increase or decrease the thermostatic set point for the heater or air conditioner.

Yet additional geographical dependent operation or control may be provided by the inherent aspects of Bluetooth wireless

technology presently available from a wide variety of professional and consumer electronic equipment manufacturers and vendors. Bluetooth radio-frequency protocol enabled devices allow totally wireless operation of devices such as computers, computer keyboards, printers, pointing devices, digital audio players, headphones, computer games, personal digital assistances, remote controls, and the like. Each Bluetooth device is characterized by one of three power classes: Class 1 is designed for long range (approximately 100m) devices, with a maximum output power of 20 dBm; Class 2 is for ordinary range devices (approximately 10m) devices, with a maximum output power of 4 dBm; and Class 3 is for short range devices (approximately 10cm) devices, with a maximum output power of 0 dBm. Class 2 devices are used in the preferred embodiment as they provide a beneficially sized geographic range or fence around the local location to allow the system to provide presence detection functionality.

Each chipset in a Bluetooth enabled device has a unique serial or identification number. To enable the base control unit to recognize and respond to the presence of a Bluetooth enabled device, the device must be physically held within operable range of

the control unit. The user instructs the control unit to request authorization from the Bluetooth device. An authorization code is manually entered into the base control unit and then into Bluetooth device. If the unique identification or serial number entered into each unit matches, it is stored and associated with the particular user or class of users, and the base control unit and the Bluetooth enable device are authenticated and are in communication with each other. At a periodic interval, the base control unit directs the Bluetooth master unit (located in the base control unit) to do a device discovery and report back the unique identification numbers it finds. If an identification number is not discovered, the user is assumed not within close proximity of the base control unit, which then reports the results to the designated class of users. If desired or necessary based on environmental circumstances, the Bluetooth receiver can be remotely located from the base control unit for controlled reception or to compensate for radio frequency coverage problems. The Bluetooth enabled device could be a cellular telephone, a watch, an MP3 player, a pendant, or any other Bluetooth equipped device compatible with current Bluetooth standards.

28

In the preferred embodiment, the Bluetooth enabled remote control unit may be programmed using Java J2ME to send a message to other remote control units when they detect a specific base station control units.  This feature allows multiple base station control units in a large environment and the case that the remote control unit handles the notification.

While the preferred embodiment employs popular Bluetooth technology, it should be appreciated and understood that other presently available technologies, such as 802.11(x), or future technologies can be used in the same manner as Bluetooth. The base control and remote control units each contain application software that is readily modifiable to adapt to a new or different technology or protocol.

Application software within the systems microcontroller 106 provides for autonomous control that is either preprogrammed at the time of manufacture or customized by the end user of the base station for their specific needs. Examples of autonomous control include: shut down of the air handling system if a fire is detected, thereby the spread of smoke and the possibility of "fanning" the fire; adjusting of indoor temperature and humidity settings depending

upon conditions and information such as outdoor environmental conditions such as temperature, humidity, sun load and wind, short-term weather forecasts, family schedule and activities, structure occupancy, context, location of users; shutdown of sensitive electronic components and subsystems in cases of severe weather, or failures in other subsystems; closing and opening of windows and/or window coverings to conserve energy; control of sprinkler systems based upon current weather conditions and weather forecasts. The application software includes a macro language interpreter to enable efficient end-user customization and future expansion to the system. A macro is a miniature computer program activated by a symbol, name, or key that represents a list of commands, actions, or keystrokes. A macro allows a local or remote user to enter a single character or word to perform a series of predetermined actions.

Base control unit 16 further comprises the Ethernet interface 82 to respond to external web services generally accessible through an Internet connection. For example, at present, weather services on the Internet can be queried using the SOAP protocol. The services respond with timely weather information, typically encoded in XML.

30

The base control unit 16 understands and interprets that received information and responds according to instructions, including macros, programmed into its application software. Such capability allows the base control unit to take actions, like causing the sprinkler system to bypass its scheduled watering cycle should rain be forecast. Other information services allow other responses. A school system's notification that schools are being released early due to inclement weather conditions could cause the base control unit to notify the class containing the parental remote control users of the decision to afford the parent the opportunity to make transportation and custodial decisions with regard to their children in the schools. The application software is RSS–aware and is capable of receiving and responding accordingly to RSS feeds. RSS ("really simple syndication") is an efficient and popular web content syndication serial data format. Any information that can be broken down into discrete data items can be syndicated via RSS. Once information about each item is in RSS format, in the present invention, the base control unit examines the feed for changes and reacts to the changes in an appropriate way. The Ethernet bridge

function is easily updated and expanded by an upload of revised application software to the base control unit.

Messages from the remote control unit 12 to the base control unit 16 do not need to rely on port addressing for processing. The base control unit 16 uses a cellular telephone module that does not contain a user interface. The processing of SMS messages is handled by the base control unit applications software.

The base control unit 16 commands the cellular module to send newly received SMS messages directly to the base control unit 16 over the serial port using unsolicited result codes. Upon receipt of a new message the cellular module sends the following:

+CMT: <length><CR><LF><pdu>

Where <length> is the length of the <pdu> element

<CR> is carriage return and <LF> is line feed.

<pdu> is the Short Message data in either PDU or text format.

The base control unit 16 processes the data according the content of the message data.

Although port addressing is not currently used when messages are sent from the remote control unit 12 to the base control unit 16 software (it still is used within the base control unit 16 cellular

module for provisioning and control from the carriers), the system can utilize the port addressing to direct messages to specific subsystems that are tied to the base control unit 16.

The present invention thus provides an on–demand bidirectional communications interface for monitoring, controlling, and securing various environment functions and characteristics attendant the interior and exterior of a building. The system may thus monitor and control temperature, and a myriad of other environmental functions of the building include, by way of example and not limitation, temperature, power status for the building and discrete applications therein, humidity/moisture, smoke/toxic gases, structural breaches, security status, visual conditions and a host of other natural and non–natural phenomena.

The base control unit is preferably mounted at an appropriate location on a wall within the building to provide a local access for regulation. The base control unit is locally operatively interfaced with a plurality of sensors and devices systematically distributed throughout the building and communicating according to varying protocols such as infrared, radio frequency, X–10, and hard wiring.

The sensors provide continuous measurement and status of target environmental characteristics. Examples of sensor applications include utilities status, moisture and humidity detection, door and window condition, and the like. Associated controlled devices providing operational functions refrigeration, water heating, security cameras, illumination devices, and the like.

The air handling unit receives signals from the associated sensors and communicates them to the base control unit 16 that, based on the processed measured characteristics thereof, activates or deactivates one or more of the devices of the unit in response to the measurement. For example, if the temperature sensor exceeds a preset value, the HVAC unit is activated, and when the measured characteristic is within a preset value range, the unit is deactivated. In addition, when a measured characteristic exceeds a predetermined value range, an alarm signal may be transmitted to a remote control unit 14 to provide an audible, tactile, and/or visual indication. Thus, if utility sensor S2 indicates a loss of electrical, water, or communications service, a signal is sent to the remote control unit 14 and the operator thereof has the ability to take corrective action in response thereto. Also, the operator may invoke

the a command from the remote control unit 14 to the base control unit 16 to activate a select device such as the HVAC unit, a water heater, a refrigeration appliance or other discrete device remotely in order to prepare the building for occupancy by the operator or designee.

The sensors for the system are distributed throughout the building to detect the environmental characteristics of the building. These characteristics include, but are not limited to, temperature, humidity/moisture, smoke/toxic gases, structural breaches, and a host of other natural and non-natural phenomena.

In a conventional thermostat, a temperature sensor and switch automatically control a heating or cooling appliance when the sensed temperature is beyond a preset value. The thermostatic interface of the invention would include a temperature sensor that constantly monitors the environmental temperature and control of a heating and/or cooling appliance to maintain the building at a substantially constant temperature.

The thermostatic interface also receives other environmental characteristics of the building and responds in a like manner. For example, a sensor would monitor the humidity (or moisture content

of the air) of the building. If the temperature monitored by temperature sensor is within the preset range value, a conventional thermostat would not adjust the heating and/or cooling appliance to regulate the moisture content, thus presenting favorable environment for the growth on molds and mildew. The thermostatic interface receives the humidity value measured by the humidity sensor, determines that the value exceeds a predefined limit, and generates an alarm signal that is transmitted as an alarm signal via the communication link to the remote control unit. The operator receives the information and transmits a control signal from the remote access unit to the base control unit via the communication link and activates the appropriate appliance in response thereto, thus reducing the humidity value to acceptable levels and preventing the progression of mold and mildew growth.

The sensors are distributed according to a predetermined plan that effectively makes the "most likely place" for a change in environmental characteristics to be sensed. For example, several smoke/toxic gas sensors would be distributed about the ceilings and floors so as to identify the presence of smoke (i.e. fire) or carbon monoxide (i.e. toxic gas), and relaying the measured

36

characteristic to the thermostat. Other types of sensors would be optimally placed in order to monitor the egression of water into the building, lighting striking the building, suspension or cessation of a provided utility (i.e., electric power, water and sewer provisions, natural gas), collapse of the building or a portion thereof due to weather (i.e., tornado, hurricane, blizzard), or breach of the building security (i.e., break-ins). The sensors may be hard wired through the structure of the building. Also, the sensors may have a wireless communication. The optimal presentation would be a dual connection, such a hard-wired and wireless communication, e.g., a transmitter/receiver. This provides maximum effective monitoring of the building because the hard wiring would alleviate the need for constant battery monitoring, likewise, the wireless communication provides monitoring should the absence of electrical power be a factor. For example, the combined hard wired and wireless connection of the sensors to the unit allows the monitoring of the building and generates the alarm when the power is lost due to an area wide electrical outage. The unit transmits that information (i.e., the loss of electrical power) to the remote control unit and the operator is aware that the electrical power is absent. If the loss of

electrical power were due to a nefarious figure seeking to breach the building, i.e., breaking a window to gain access, a security sensor would still be able to provide the base control unit with an indication that the building has a security breach. The base control unit, operating under an alternate electrical power supply such as a backup battery, would generate a subsequent alarm signal and transmit the subsequent alarm signal for routing through the direct connect wireless for immediate transmission to the remote control unit, thereby alerting the operator that in addition to the loss of electrical power, the security of the building has been breached. The operator can thereby contact the law enforcement facility of the local jurisdiction and have an immediate response. If the remote control units are organized in classes, such as "managers", the information would be almost simultaneously provided to each member of the class who would have a need to receive and react to it.

In addition to main residence use, the system is typically suited for a vacation/second dwelling, a business concern, or any building structure that is not constantly occupied. For example, if the thermostat control system is installed in a vacation home in one

locality, the operator may effectively be in any other portion of the globe so long as an effective communication link is provided with the remote control unit 14.

Multiple base station units could be controlled through a single cellular phone for those instances where a person desires to have systems installed in multiple residences. The application software uses the Source Address field of the message to distinguish between different base control units 16.

It is to be understood that the present invention is not limited to the embodiments described above, but encompasses any and all embodiments within the scope of the following claims.

WHAT IS CLAIMED

1.    A slave remote unit configured to receive a command from a master remote unit via a base unit, the slave remote unit comprising:

a wireless interface module configured to receive a tower cell identification (ID) information associated with a tower location information;

a microprocessor configured to determine a present location of the slave remote unit based upon the tower cell identification (ID) information, and to determine a command based upon the present location;

a wireless interface module configured to send the command via the base unit wherein the base unit is further configured to obey a master set of commands from the master remote unit upon a determination that the master remote unit is the master remote unit, and to obey a slave set of commands from the slave remote unit upon a determination that the slave remote unit is slave remote unit; and wherein the master set of commands includes at least one command which is not in the slave set of commands.


2.    The slave remote unit as recited in claim 1 wherein said microprocessor is configured to determine a direction of movement from the present location by

40

comparison with a past location, and to determine a command based upon the current location and direction.

3.    The slave remote unit as recited in claim 1 wherein the command is initiated when the present location is within a programmed distance from a predetermined location.

4.    The slave remote unit as recited in claim 1 wherein the command is initiated when the present location exceeds a programmed distance from a predetermined location.

5.    A base unit configured to communicate with a slave remote unit and a master remote unit, the base unit comprising:

a wireless interface module configured to communicate with the slave remote unit and with the master remote unit; and

a processing portion configured to:

a)  receive a command from an unknown remote unit;

b)  determine an identity of the unknown remote unit;

41

c)  upon a determination that the unknown remote unit is the slave unit and that the command is contained in a set of slave commands, obey the command; and

d)  upon a determination that the unknown remote unit is the slave unit and that the command is contained in a set of master commands, obey the command, and

wherein the set of master commands contains at least one command which is not contained in the set of slave commands.

6.     The base unit of claim 5, wherein processing portion of the base unit is further configured to:   e) query the remote slave unit to learn a present location of the remote slave unit.

7.     The base unit of claim 6, wherein the processing portion of the base station is further configured to:  f) determine a direction of movement of the remote slave unit by comparing the present location of the remote slave unit against a previous location of the remote slave unit.

42

ABSTRACT OF THE DISCLOSURE

A thermostat control system for monitoring and controlling environmental characteristics of a building includes a base station unit and a remote access unit continuously interfacing through instant wireless private direct connectivity.  The system also includes a plurality of sensors that measure the environmental characteristics and provide the thermostat unit with the measurements.

43



Fig. 1



**Fig. 2**



**Fig. 3**



**Fig. 4**

PTO/SB/01 (04-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63) | Attorney Docket Number | 7080-04-04 |
|---|---|---|
| | First Named Inventor | SHAMOON, Charles G. |
| | *COMPLETE IF KNOWN* | |
| | Application Number | |
| | Filing Date | |
| | Art Unit | |
| | Examiner Name | |

[✓] Declaration Submitted With Initial Filing   **OR**   [ ] Declaration Submitted after Initial Filing (surcharge (37 CFR 1.16 (e)) required)

**I hereby declare that:**

Each inventor's residence, mailing address, and citizenship are as stated below next to their name.

I believe the inventor(s) named below to be the original and first inventor(s) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS

*(Title of the Invention)*

the specification of which

[✓]   is attached hereto

**OR**

[ ]   was filed on (MM/DD/YYYY) [                    ] as United States Application Number or PCT International

Application Number [                ] and was amended on (MM/DD/YYYY) [                ] (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or (f), or 365(b) of any foreign application(s) for patent, inventor's or plant breeder's rights certificate(s), or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent, inventor's or plant breeder's rights certificate(s), or any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | US | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |

[ ]   Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto.

[Page 1 of 2]

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 21 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/01 (04-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## DECLARATION — Utility or Design Patent Application

| Direct all correspondence to: | ☑ The address associated with Customer Number: | 23983 | OR | ☐ Correspondence address below |

| Name | |

| Address | |

| City | State | ZIP |

| Country | Telephone | Email |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

**NAME OF SOLE OR FIRST INVENTOR:**    ☐ A petition has been filed for this unsigned inventor

| Given Name (first and middle [if any]) | Family Name or Surname |
| Charles G. | SHAMOON |

| Inventor's Signature | Date |
| *Charles G. Shamoon* | 5/24/05 |

| Residence: City | State | Country | Citizenship |
| Little Elm | TX | US | US |

| Mailing Address |
| 2436 Tisbury Way |

| City | State | Zip | Country |
| Little Elm | TX | 75068 | US |

**NAME OF SECOND INVENTOR:**    ☐ A petition has been filed for this unsigned inventor

| Given Name (first and middle [if any]) | Family Name or Surname |
| Deborah H. | SHAMOON |

| Inventor's Signature | Date |
| *Deborah H. Shamoon* | 5-24-05 |

| Residence: City | State | Country | Citizenship |
| Little Elm | TX | US | US |

| Mailing Address |
| 2436 Tisbury Way |

| City | State | Zip | Country |
| Little Elm | TX | 75068 | US |

☑ Additional inventors or a legal representative are being named on the one supplemental sheet(s) PTO/SB/02A or 02LR attached hereto.

[Page 2 of 2]

PTO/SB/02A (09-04)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| DECLARATION | ADDITIONAL INVENTOR(S) Supplemental Sheet | Page 1 of 1 |
|---|---|---|

| Name of Additional Joint Inventor, if any: | ☐ A petition has been filed for this unsigned inventor |
|---|---|

| Given Name (first and middle (if any)) | Family Name or Surname |
|---|---|
| Franklin Eugene | NEAL |

| Inventor's Signature *Franklin Eugene Neal* | Date 5-25-05 |
|---|---|

| Ashland Residence: City | KY State | US Country | US Citizenship |
|---|---|---|---|

9220 Oak Hill Drive

Mailing Address

| Ashland City | KY State | 41102 Zip | US Country |
|---|---|---|---|

| Name of Additional Joint Inventor, if any: | ☐ A petition has been filed for this unsigned inventor |
|---|---|

| Given Name (first and middle (if any)) | Family Name or Surname |
|---|---|
| Michael | FEHNEL |

| Inventor's Signature | Date |
|---|---|

| Fuquay Varina Residence: City | NC State | US Country | US Citizenship |
|---|---|---|---|

3021 Bentwillow Drive

Mailing Address

| Fuquay Varina City | NC State | 27526 Zip | US Country |
|---|---|---|---|

| Name of Additional Joint Inventor, if any: | ☐ A petition has been filed for this unsigned inventor |
|---|---|

| Given Name (first and middle (if any)) | Family Name or Surname |
|---|---|

| Inventor's Signature *Michael D. Fehnel* | Date 6-2-2005 |
|---|---|

| Residence: City FUQUAY-VARINA | State N.C. | Country USA | Citizenship USA |
|---|---|---|---|

Mailing Address  3021 BENTWILLOW DRIVE

| City FUQUAY-VARINA | State N.C. | Zip 27526 | Country USA |
|---|---|---|---|

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 21 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/686,993 | 03/16/2007 | Charles G. SHAMOON | 8006-06-07 |

CONFIRMATION NO. 7384

40401
Hershkovitz & Associates, LLC
2845 Duke Street
Alexandria, VA 22314

POA ACCEPTANCE LETTER

RECEIVED

JUL 19 2011

HERSHKOVITZ & ASSOCIATES, LLC

*OC000000048679508*

Date Mailed: 07/13/2011

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 06/24/2011.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

/ttkim/

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1

Appx01634

REVOCATION/NEW POA/CORRES. ADD. CHANGE

# REVOCATION OF POWER OF ATTORNEY
# WITH A NEW POWER OF ATTORNEY
# AND
# CHANGE OF CORRESPONDENCE ADDRESS

*I hereby revoke all previous powers of attorney given in the patent(s) and/or application(s) identified herein.*

[ ]   A Power of Attorney is submitted herewith.
**OR**
[X]   *I hereby appoint the practitioners associated with the Customer Number:*
__000040401__   *for the patent(s)/application(s) identified herein.*
**Practitioner Under Customer Number: Abe Hershkovitz, Reg. No. 45,294**

[X] *Please change the correspondence address for the patent(s)/application(s) identified below to:*

### CORRESPONDENCE ADDRESS

[X] Customer Number: __000040401__ OR [ ] Correspondence address below

| Name | HERSHKOVITZ & ASSOCIATES, LLC | | |
|---|---|---|---|
| Address | | | |

| City | | State | | Zip Code | |
|---|---|---|---|---|---|
| Country | Email | | Telephone | Facsimile | |
| | **patent@hershkovitz.net** | | **703-370-4800** | | |

### IDENTIFICATION OF PATENT(S)/APPLICATION(S)

| Application Number | Filing Date | Patent Number | Issue Date |
|---|---|---|---|
| **11/686,993** | **03/16/2007** | | |
| | | **6,990,335** | **01/24/2006** |
| | | **7,257,397** | **08/14/2007** |
| | | **7,643,823** | **01/05/2010** |
| | | **7,668,532** | **02/23/2010** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

REVOCATION/NEW POA/CORRES. ADD. CHANGE - Page 2

---

### SIGNATURE OF INVENTOR(S) OR ASSIGNEE(S)

I/We am/are the:

[ ]  Inventor(s)

[X]  Assignee(s) of entire and exclusive interest in and to the patent(s) and application(s) identified herein.  See 37 CFR §3.71.

[X] Statement under 37 CFR §3.73(b):
The documentary evidence of a chain of title from the original owner(s) to the Assignee(s), as recorded/to be recorded in the Assignment records of the Office:

[ ]  is attached hereto (copy of recorded Assignment or other conveyance, or copy of Assignment being submitted concurrently for recordation);

OR

[X]  was recorded on __June 6, 2005_____ at Reel _016096__ Frame __0409__, for the patent(s)/application(s) identified herein.

*The individual(s) whose signature(s) is/are supplied below is/are the Assignees of entire and exclusive interest in the patent(s)/application(s) identified herein.*

| Assignees of Entire and Exclusive Interest | | Date | |
|---|---|---|---|
| | | | |
| Signature of Assignee **CHARLES SHAMOON** | *(signature)* | Date | 6/24/2011 |
| Signature of Assignee **DEBORAH H. SHAMOON** | *Deborah H. Shamoon* | Date | 6-24-2011 |
| | | | |

Any additional patent(s)/application(s), or additional signature(s) of Inventor(s), or additional Assignee(s)/Signatory(s), are submitted on the attached page(s).

NUMBER OF PAGES ATTACHED:_____

PTO/SB/14 (11-08)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | P2921569CON |
|---|---|---|
| | Application Number | |

| Title of Invention | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Applicant Information:

**Applicant 1**

Applicant Authority ⦿ Inventor  ◯ Legal Representative under 35 U.S.C. 117  ◯ Party of Interest under 35 U.S.C. 118

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Charles | | Shamoon | |

Residence Information (Select One)  ⦿ US Residency  ◯ Non US Residency  ◯ Active US Military Service

| City | Little Elm | State/Province | TX | Country of Residence | US |
|---|---|---|---|---|---|

| Citizenship under 37 CFR 1.41(b) | US |
|---|---|

Mailing Address of Applicant:

| Address 1 | 2436 Tisbury Way |
|---|---|
| Address 2 | |

| City | Little Elm | | State/Province | TX |
|---|---|---|---|---|
| Postal Code | 75068 | Country | US | |

**Applicant 2**

Applicant Authority ⦿ Inventor  ◯ Legal Representative under 35 U.S.C. 117  ◯ Party of Interest under 35 U.S.C. 118

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Deborah | | Shamoon | |

Residence Information (Select One)  ⦿ US Residency  ◯ Non US Residency  ◯ Active US Military Service

| City | Little Elm | State/Province | TX | Country of Residence | US |
|---|---|---|---|---|---|

| Citizenship under 37 CFR 1.41(b) | US |
|---|---|

Mailing Address of Applicant:

| Address 1 | 2436 Tisbury Way |
|---|---|
| Address 2 | |

| City | Little Elm | | State/Province | TX |
|---|---|---|---|---|
| Postal Code | 75068 | Country | US | |

**Applicant 3**

Applicant Authority ⦿ Inventor  ◯ Legal Representative under 35 U.S.C. 117  ◯ Party of Interest under 35 U.S.C. 118

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Franklin | Eugene | Neal | |

Residence Information (Select One)  ⦿ US Residency  ◯ Non US Residency  ◯ Active US Military Service

| City | Ashland | State/Province | KY | Country of Residence | US |
|---|---|---|---|---|---|

Appx01637

PTO/SB/14 (11-08)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | P2921569CON |
|---|---|---|
| | Application Number | |

| Title of Invention | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
|---|---|

| Citizenship under 37 CFR 1.41(b) | | US | |
|---|---|---|---|
| **Mailing Address of Applicant:** | | | |
| Address 1 | 9220 Oak Hill Drive | | |
| Address 2 | | | |
| City | Ashland | State/Province | KY |
| Postal Code | 41102 | Country | US |

| Applicant 4 | | | |
|---|---|---|---|
| Applicant Authority ◉Inventor ○Legal Representative under 35 U.S.C. 117 ○Party of Interest under 35 U.S.C. 118 | | | |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Michael | | Fehnel | |

| Residence Information (Select One) ◉ US Residency ○ Non US Residency ○ Active US Military Service | | | |
|---|---|---|---|
| City | Fuquay Varina | State/Province | NC | Country of Residence | US |

| Citizenship under 37 CFR 1.41(b) | | US | |
|---|---|---|---|
| **Mailing Address of Applicant:** | | | |
| Address 1 | 3021 Bentwillow Drive | | |
| Address 2 | | | |
| City | Fuquay Varina | State/Province | NC |
| Postal Code | 27526 | Country | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.    [ Add ]

## Correspondence Information:

| Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a). | | |
|---|---|---|
| ☐   **An Address is being provided for the correspondence Information of this application.** | | |
| Customer Number | 40401 | |
| Email Address | Docket@hershkovitz.net | [ Add Email ]  [ Remove Email ] |

## Application Information:

| Title of the Invention | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS | |
|---|---|---|
| Attorney Docket Number | P2921569CON | **Small Entity Status Claimed** ☒ |
| Application Type | Nonprovisional | |
| Subject Matter | Utility | |
| Suggested Class (if any) | | Sub Class (if any) |
| Suggested Technology Center (if any) | | |
| Total Number of Drawing Sheets (if any) | | Suggested Figure for Publication (if any) |

**Appx01638**

PTO/SB/14 (11-08)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | P2921569CON |
|---|---|---|
| | Application Number | |

| Title of Invention | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
|---|---|

## Publication Information:

| | |
|---|---|
| ☐ | Request Early Publication (Fee required at time of Request 37 CFR 1.219) |
| ☐ | **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S. C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing. |

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Enter either Customer Number or complete the Representative Name section below. If both sections are completed the Customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 40401 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78(a)(2) or CFR 1.78(a)(4), and need not otherwise be made part of the specification.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing Date (YYYY-MM-DD)** |
| Unknown | Continuation of | 11686993 | 2011-10-11 |

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing Date (YYYY-MM-DD)** |
| 11686993 | Division of | 11163372 | 2007-03-16 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing Date (YYYY-MM-DD)** | **Patent Number** | **Issue Date (YYYY-MM-DD)** |
| 11163372 | Division of | 11160006 | 2005-10-17 | 7257397 | 2007-08-14 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing Date (YYYY-MM-DD)** | **Patent Number** | **Issue Date (YYYY-MM-DD)** |
| 11160006 | non provisional of | 60522887 | 2005-06-06 | 6990335 | 2006-01-24 |

| Prior Application Status | Expired | | Remove |
|---|---|---|---|
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing Date (YYYY-MM-DD)** |
| 60522887 | | | 2004-11-18 |

**Appx01639**

PTO/SB/14 (11-08)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | P2921569CON |
|---|---|---|
| | Application Number | |

| Title of Invention | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
|---|---|

Additional Domestic Benefit/National Stage Data may be generated within this form
by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim benefit of foreign priority and to identify any prior foreign application for which priority is not claimed. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(a).

| | | | Remove |
|---|---|---|---|
| Application Number | Country<sup>i</sup> | Parent Filing Date (YYYY-MM-DD) | Priority Claimed |
| | | | ○ Yes ● No |

Additional Foreign Priority Data may be generated within this form by selecting the
**Add** button.

## Assignee Information:

Providing this information in the application data sheet does not substitute for compliance with any requirement of part 3 of Title 37 of the CFR to have an assignment recorded in the Office.

**Assignee 1**

If the Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information:**

| **Address 1** | |
|---|---|
| Address 2 | |

| **City** | | **State/Province** | |
|---|---|---|---|
| **Country**<sup>i</sup> | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee Data may be generated within this form by selecting the **Add**
button.

## Signature:

A signature of the applicant or representative is required in accordance with 37 CFR 1.33 and 10.18. Please see 37 CFR 1.4(d) for the form of the signature.

| Signature | | Date (YYYY-MM-DD) | 2011-10-11 |
|---|---|---|---|
| First Name | ABRAHAM | Last Name | HERSHKOVITZ | Registration Number | 45294 |

**Appx01640**

PTO/SB/14 (11-08)
Approved for use through 01/31/2014.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | P2921569CON |
|---|---|---|
| | Application Number | |

| Title of Invention | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
|---|---|

This collection of information is required by 37 CFR 1.76.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

**Appx01641**

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
| **First Named Inventor/Applicant Name:** | Charles SHAMOON |
| **Filer:** | Abraham Hershkovitz |
| **Attorney Docket Number:** | P2921569CON |

Filed as Small Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility filing Fee (Electronic filing) | 4011 | 1 | 95 | 95 |
| Utility Search Fee | 2111 | 1 | 310 | 310 |
| Utility Examination Fee | 2311 | 1 | 125 | 125 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | **530** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 11165789 |
| **Application Number:** | 13271203 |
| **International Application Number:** | |
| **Confirmation Number:** | 1022 |
| **Title of Invention:** | UBIQUITOUS CONNECTIVITY AND CONTROL SYSTEM FOR REMOTE LOCATIONS |
| **First Named Inventor/Applicant Name:** | Charles  SHAMOON |
| **Customer Number:** | 40401 |
| **Filer:** | Abraham Hershkovitz |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | P2921569CON |
| **Receipt Date:** | 11-OCT-2011 |
| **Filing Date:** | |
| **Time Stamp:** | 22:32:04 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 530 |
| RAM confirmation Number | 7065 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

Appx01644

| 1 | Transmittal of New Application | P2921569CON_transmittal.pdf | 116858<br><br>5b392cc61df5373a2c7a9f5519c9fe29da24694b | no | 2 |

**Warnings:**

**Information:**

| 2 | | P2921569CON_specification.pdf | 1460133<br><br>05f99c23cbe732f0839a39d5e2f1279a82d03636 | yes | 43 |

| | **Multipart Description/PDF files in .zip description** | | | | |
|---|---|---|---|---|---|
| | **Document Description** | | **Start** | **End** | |
| | Specification | | 1 | 39 | |
| | Claims | | 40 | 42 | |
| | Abstract | | 43 | 43 | |

**Warnings:**

**Information:**

| 3 | Drawings-only black and white line drawings | P2921569CON_drawings.pdf | 79609<br><br>b2f1b3e56661734521 4a753fd3c01662da183f1f | no | 4 |

**Warnings:**

**Information:**

| 4 | Oath or Declaration filed | P2921569CON_declaration.pdf | 185638<br><br>5068f2e52741a160a28c22ab6e5b7e1e9089a4df | no | 3 |

**Warnings:**

**Information:**

| 5 | Power of Attorney | P2921569CON_acceptance_of_new_POA.pdf | 125922<br><br>2041f2d0a898fa40701cb7037f60dccde7b9176 | no | 3 |

**Warnings:**

**Information:**

| 6 | Application Data Sheet | P2921569CON_ADS.pdf | 257891<br><br>f523631bcba244bc463be0c5bfd3064f3e33831c | no | 5 |

**Warnings:**

**Information:**

This is not an USPTO supplied ADS fillable form

| 7 | Fee Worksheet (SB06) | fee-info.pdf | 33119<br><br>4fab3473b0e5fa38e68eb137dfb7f47ce82e19d2 | no | 2 |

**Warnings:**

**Information:**

Total Files Size (in bytes):                    2259170

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.